# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 21-451 DDP (MRWx) | Date | February 10, 2022 |
|---|---|---|---|
| Title | Sanders v. Southwest Airlines | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE

1. Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 26.) The motion is accompanied by a statement that indicates that Defendant did not provide its portion of the joint motion before the moving party filed it in accordance with this Court's Local Rule 37. (Docket # 26-1.)

2. A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by February 17, at 12:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).