Richard A. Lazenby (State Bar No.: 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**DECLARATION OF DAVID NOTOWITZ IN SUPPORT OF SOUTHWEST AIRLINES CO.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

I, David Notowitz, declare as follows:

1. I am the owner of the National Center for Audio and Video Forensics ("NCAVF"), retained by defendant Southwest Airlines Co. ("Southwest") in the above-referenced matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify thereto.

3. I have been in the audio, video, and digital files forensics field for 21 years. In the past two years alone, I have provided clarification, analysis, and preparation of evidence as well as testimony where required in over 100

1. mediations, arbitrations, and/or trials. Attached hereto as Exhibit 1 is a true and correct copy of my CV.

4. On or about April 14, 2022, NCAVF received five (5) files via its ShareFile server: (1) "Sanders video SAN000015 (1).mpg"; (2) "IMG_2218.MOV"; (3) "IMG_2219.MOV"; (4) "IMG_2220.MOV"; and (5) "IMG_2221.MOV." On or about May 16, 2022, NCAVF received one (1) additional file via its ShareFile server: "July 18, 2020.MOV." Hereinafter I refer to the six (6) files collectively as the "Files."

5. NCAVF used various equipment and software to clarify the audio evidence in the Files and organize the Files into a single timeline and video. Attached hereto as Exhibit 2 is a true and correct copy of the report I drafted, which provides further detail regarding clarification of the audio and creation of the single timeline video.

6. On or about June 3, 2022, the following video file was delivered to Victor Rane: "Sequence B, Master Sync with Transcript.mp4" ("Compilation Video"). A true and correct copy of the Compilation Video, saved as Exhibit 3, is available at the following link:

https://victorrane428.sharefile.com/share/view/s35364806529e4cdcbfd3cdc298a47e5b.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of August 2022, in Los Angeles, California.

_____
DAVID NOTOWITZ

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849