# EXHIBIT 1

# NCAVF
national center for audio & video forensics

David Notowitz
Forensic Audio, Video, and Digital Evidence Expert
Founder of the National Center for Audio and Video Forensics

Curriculum Vitae (case list as of January 1, 2022)

6363 Wilshire Blvd, Suite 115
Los Angeles, California, 90048

phone: (213) 973-7811
email: david@ncavf.com

## About

Mr. Notowitz's specialties include video, audio, and digital file recovery, clarification, analysis, expert witness testimony, and media preparation for evidence used in mediations, hearings, and court trials. He has worked as a forensic audio and video expert witness on many cases, both criminal and civil, state and federal, for plaintiffs, prosecutors, and defense attorneys, assisting investigations by police officers, detectives, insurance investigators, public defenders, district attorneys, private attorneys, and corporations across the country.

Prior to a career as a digital media expert, David was involved in many forms of video production. In 1986 he started Notowitz Productions, and in 1989 began producing, shooting, and editing daily news stories for the Financial News Network (since bought by CNBC). Since then he has produced and edited documentaries, television news, and commercial video productions, the most notable listed below. He teaches a continuing legal education class (CLE) to attorneys titled, "Utilizing Audio, Video, and Digital Evidence in Civil and Criminal Litigation." David's knowledge of audio and video technology and production is wide ranging, and his ability to work with any form of audio and video evidence is unparalleled.

## Membership and Certification

California State Bar (to teach MCLE course on investigating audio and video for court)
Los Angeles Superior Court Expert Witness Panel and U.S. District Courts across the country
Audio Engineering Society (AES)
Member of AES Working Group on Forensic Audio
Law Enforcement & Emergency Services Video Association International (LEVA)

## Education
- University of California, Santa Cruz - B.A. Theater Arts, Film and Video emphasis, 1989

## Continuing Education
- CLE by the Sea, Salisbury, MA, July 18, 2019
- CALI Annual Private Investigators Conference, May 30-31, 2019
- LEVA Training Conference, San Antonio, TX, Nov 5-8, 2018
- AES Conference, Arlington, VA, June 15-16, 2017
- LEVA Training Conference, Scottsdale, AZ, Nov 15-17, 2016
- AAFS annual scientific meeting, , Las Vegas, NV, February 24-25, 2016
- SWGDE conference, Houston, TX, January 12-15, 2015
- AES 46th Conference of the Audio Engineering Society, Denver, CO, June 14-16, 2012
- DSI, Digital Summit International, Las Vegas, NV, August 13-16, 2012
- LEVA, Law Enforcement Video Association Training, San Diego, CA, October 23, 2012

**Awards and Scholarships**

L.A. Emmy (1996), nominated for two others (1997 and 1998)
Nominated for three CableACE awards (1994, 1995, 1996)
Wave Award (1995)
Two Hometown Awards (1995, 1996)
Two awards at Berlin Film Festival (1994)
Fellow, Center for Jewish Culture and Creativity, 1991
Dortort Writers' Institute Scholarship, 1991


**Notable Video Projects**

PRODUCER / DIRECTOR, for Rhino Records, ***VOICES of the SHOAH,*** narrated by Elliott Gould. Interviews with survivors of the Holocaust intermixed with stories from American soldiers who liberated and witnessed the horrors of WWII camps. We follow survivors' stories from their earliest memories, through the war, immigrating to America, up through today.

PRODUCER / EDITOR / DP, ***CARPATI 50 MILES, 50 YEARS***, narrated by Leonard Nimoy, feature documentary about the past and present life of a Jewish man in the Carpathian Mountains (south-west Ukraine) who for 30 years has been the guardian of the synagogue. *Nominated for L.A. Emmy in 1998.*

EDITOR / SOUND EDITOR / MIXER, **THE LAST KLEZMER**, a feature documentary about the last living klezmer musician in Eastern Europe. *Two awards at the '94 Berlin Film Festival. Nominated for CableACE, won a Hometown Award*. Had U.S./North American premiere at Santa Barbara Film Festival. Broke box-office records at New York Lincoln Center's Walter Reade Theater.

EDITOR, ***WAGING PEACE***, activist teens in war-torn, crime plagued regions of the world come together in Venice, Italy to discuss the challenges they face, documentary produced by Disney Educational Productions and Elie Wiesel's Foundation for Humanity. Aired November 6 and 26, 1996 on The Disney Channel.

EDITOR / SOUND SUPERVISOR, Edited picture and supervised editing of sound for the feature film ***A WEEKEND WITH BARBARA und INGRID.***

PRODUCER / DIRECTOR / EDITOR, ***DEADHEADS***, a documentary on the fans of the Grateful Dead.

**Criminal and Civil Cases**

Attorney John Ramirez; The Ramirez Firm (2021)
- People v Donato

Attorney Jackie Laino; Agruss Law Firm, LLC (2021)
- Corey Heinlein v Unknown Cab Co.

Attorney Bryan Garcia; Kiesel Law, LLP (2021)
- Neal v County of Los Angeles

Attorney Kerry Armstrong; The Law Offices of Kerry L. Armstrong, APLC (2021)
- People v Guy Picquelle Jr

Attorney Richard Nusbaum; Law Offices of Russell R. Arens (2021)
- Maria Tovar v Cabo Cantina

Attorney Audrey Creighton; Law Office of Audrey A. Creighton (2021)
- State v Brian Ross

Attorney David Yoshimura; Faegre Drinker Biddle & Reath LLP (2021)
- US v Austin Mallory

Attorney Nicholas Ambrose; Alaska Public Defender Agency (2021)
- State v Fenton Leon Jacobs, Jr.

Attorney Robert O'Connor; O'Connor, O'Connor, Hintz & Deveney, LLP (2021)
- Benedetto Valore et al v City of New York et al

Attorney Steve Escovar; Escovar Law APC (2021)
- Maria Felix Beltran v LAWA

Attorney Nicholas Rosenberg; Los Angeles Public Defender's Office (2021)
- People v Colbert Huff

Attorney Greg Tomicich; Montana State Public Defender's Office (2021)
- State v Lorenzo Harris

Attorney Max Galindo; Curd, Galindo & Smith LLP (2021)
- Land v County of Los Angeles et al

Attorney Rick Bissell; Ames & Ames, LLP (2021)
- Walker v RRTC Holdings Inc.

Attorney Mark Zoole; Mark Zoole & Associates (2021)
- Pfyl vs. City of Bella Villa, Missouri

Attorney Jaymes Sanford; Los Angeles Public Defender's Office (2021)
- People v Gustavo Dealba

Attorney Benny Bakshandeh; Los Angeles Public Defender's Office (2021)
- People v Malik Hysaw

Attorney Russ Briggs; Fiolch, Leebron, Copeland & Briggs (2021)
- Jane Doe 12 v John Bookout III

Attorney James Stanley; Law Offices of John A. Hauser (2021)
- Martha Nolasco v Baker Boys Distribution Inc., et al.

Attorney Zach McCready; McCready Law Group (2021)
- People v Jorge Nolasco

Attorney Paul Kaufman; Broderick Law Group, P.C. (2021)
- Brenda Bryant v Messer Ventures, LLC

Attorney Michael Tener; Neumiller & Beardslee (2021)
- De Jong v Bellino

Attorney Steve Whitworth; Law Offices of Steve Whitworth (2021)
- People v Kaejuan Gusters

Attorney Dwane Cates; Cates & Garvey Law Group, PLLC (2021)
- State v Elliott Reese

Attorney Mark Dym; Hughes Socol Piers Resnick & Dym, Ltd (2021)
- Alexander Hook v Hometown Lawn Care Inc. et al

Attorney Thomas Reilly; Orange County Public Defender's Office (2021)
- People v Junior Gil

Attorney Aaron Hicks; Hicks Law Firm PC (2021)
- Hobson v Dyer Oil Inc.

Attorney Mark Weinstein; Veatch Carlson, LLP (2021)
- Mares v HHB Properties

Attorney Craig Sims; Schroeter Goldmark & Bender (2021)
- Malik Williams v City of Federal Way

Attorney Jaclyn Carney; Adelson McLean (2021)
- Jesus Mendoza v Bodega Latina Corporation

Attorney Eugene Egan; Manning & Kass, Ellrod, Ramirez, Trester LLP (2021)
- Delira v Target

Attorney Jay Ferguson; Thomas, Ferguson & Beskind, LLP (2021)
- Joshua Stanhiser v Jamie Stanhiser

Attorney Joseph Drescher; Mack & Associates (2021)
- Ottmar Klaas v Lisa Easterly Klaas

Attorney Jason Benkner; Poole & Shaffery (2021)
- Cheryl Hickok, et al v Longs Drug Stores

Attorney Allison Worthington; Orange County Public Defender's Office (2021)
- People v Flores

Attorney Nathan Karlin; Pottroff & Karlin, LLC (2021)
- Estate of Dorothy Lyons, et al v CSX Transportation, Inc.

Attorney Erika Brenner; Resnick & Louis (2021)
- Rumelyan v Superking

Attorney Robert Marino; Dickie, McCarney & Chilcote, P.C. (2021)
- McMurtrie & Boburka v FC Station Square Landmark, LLC et al

Attorney Dana Dalpiaz; Law Office of Tracey Lazarus (2021)
- Wyant v Porto Vista Hotel

Attorney James Goldman; Berman, Berman, Berman, Schneider & Lowary LLP (2021)
- Rosa Quiroga v Super Center Concepts d/b/a Superior Grocers, *testified in deposition*

Attorney Ethan Flinders; Resnick & Louis (2021)
- Rodriguez v Target

Attorney Gary Kessler; Hasbrouck & Simon LLP (2021)
- Matthew Brady v PruittHealth, Inc.

Attorney Debra Morris; Bretoi, Lutz & Steele (2021)
- Suggs v Williams

Attorney John Little; Clayton Little, PLLC (2021)
- Jennifer O'Conner v Southpointe, et al.

Attorney Brett Shimanovsky; Connolly Krause LLC (2021)
- Hohman v Insight Consulting Group and Kristen Zyga

Attorney Jack Sanchez; LoTempio P.C. Law Group (2021)
- State v Jerry Lisowski

Attorney Ivonne De La Cruz; Los Angeles Public Defender's Office (2021)
- People v Gerardo Zendejas

Attorney Brent Merritt; Brent Merritt Attorney at Law (2021)
- People v Dayon Parker

Attorney Jennifer Jacobs; US Attorney's Office (2021)
- Darla Drinan v US

Attorney Matt McQuaid; McQuaid Law Group (2021)
- State of Illinois v Zeron Moody

Attorney Duane Ruggier; Pullin, Fowler, Flanagan, Brown & Poe, PLLC (2021)
- William Allen Means v City of South Charleston

Attorney M. Kamionski; Law Offices of M. Kamionski (2021)
- People v Markell Covin

Attorney Mike Soska; Lundy Law, LLP (2021)
- Thomas Czaika v American Airlines Inc.

Attorney Jim Duffy; Los Angeles Public Defender Office (2021)
- People v Oscar Garcia

Attorney Lisa Spees; Virginians for Judicial Reform (2021)
- State of Georgia v  Matthew Asbeury et al.

Attorney Ginger Weatherspoon; The Weatherspoon Law Firm (2021)
- Wills v Jenkins

Attorney Joseph Gordon; Manning & Kass, Ellrod, Ramirez, Trester LLP (2021)
- Maria Lowrie v County of Riverside

Attorney Stuart Kodish; Leavitt, Yamane & Soldner (2021)
- Hotta v TJ Maxx

Attorney Peter Marchesi; Wheeler & Arey, P.A. (2021)
- Dunnigan v York County

Attorney Jacob Glucksman; The Law Offices of Jacob Glucksman (2021)
- People v Jonathan Jackson

Attorney Nicole Montes; Stone Dean Law (2021)
- Ahrens, Alexandra v. Ralphs Grocery Company

Attorney Gene Sullivan; Sullivan, Attorneys at Law (2021)
- Ivette Plascencia v FedEx

Attorney Ethan Flinders; Resnick & Louis (2021)
- Manera v Herman

Attorney John O'Meara; Bremer Whyte (2021)
- Bauman v Adams

Attorney Robin Bernstein-Lev; Los Angeles Public Defender's Office (2021)
- People v Gareth Pursehouse

Attorney Albert Evans (2021)
- US v Sam London

Attorney Ann Gushurst; Griffiths Law PC (2021)
- Holm v Holm

Attorney Greg Salarz; Veatch Carlson, LLP (2021)
- Claus v Clark

Attorney Sydney Blaauw; Harbottle Law Group (2021)
- Guerrero v Westminster School District

Attorney Elliot Zinger; Elliot Zinger Law (2021)
- State of Illinois v Tyquon Johnson

Attorney Melissa Galindo; Omega Law Group, PC (2021)
- Miguel Martinez v Ginjian

Attorney Adam Reisner; Reisner Law (2021)
- Peña v KWK Trucking Inc.

Attorney Jarahn Newman; Newman Law Firm (2021)
- State of Florida v Samuel Smiley

Attorney Andrew Cowan; Holmes Taylor (2021)
- US v Lenihan

Attorney Van Torossian; Levin & Nalbandyan LLP (2021)
- Sylvia Torres v Volume

Attorney Devon Hein; Office of the Federal Public Defender (2021)
- Kenneth Kon v Stuart Sherman

Attorney Nirmit Shah; Kramer Law (2021)
- Adan Flores v Ergon Ashfelt and Emulsions

Attorney Steve Glickman; Glickman & Glickman (2021)
- Silberman v Weaver

Attorney Alex Ramon; Hoge Fenton (2021)
- Young Hee Lee v Robert Dennis Stiles

Attorney Lauren Myerscough-Mueller; The Exoneration Project (2021)
- Appeal of Anthony Robinson

Attorney Jaimie Thistle; Zoby Broccoletti (2021)
- Commonwealth of Virginia v Brittani Mcleskey

Attorney Sharon Webb; Mark R. Weiner & Associates (2021)
- Ramirez v Sheu

Attorney Nicholas Rosenberg; Los Angeles Public Defender's Office (2021)
- People v Robert Cisneros

Attorney Nicholas Rosenberg; Los Angeles Public Defender's Office (2021)
- People v Kevin Hernandez

Attorney Craig Marinho; PBB LLP (2021)
- Travis Barker et al. v Durham School Services L.P et al.

Attorney Michael Schwartz; Rains Lucia Stern St Phalle & Silver PC (2021)
- People v Frank Hernandez

Attorney Marty Miller; Marty Miller Law (2021)
- People v Rendom

Attorney Sean Clifford; Colorado Attorney General Office (2021)
- Attorney General of Colorado Police Investigation, *testified in front of Grand Jury*

Attorney Warren Shiell; Law Offices of Warren Shiell (2021)
- Alexis Schrage v Leonard Schrage

Attorney Jill Adair, Lynberg & Watkins (2021)
- Beltran v San Bernardino County

Attorney Christopher Hook; Law Offices of Christopher G. Hook (2021)
- Andy Obinna v Doris Onuohah

Attorney Cynthia LeGaryde; Cynthia LeGardye, Attorney at Law (2021)
- People v Lawrence Island

Attorney John Gomez; Gomez Trial Attorneys (2021)
- Jarell Thomas v Double Tree

Attorney Pedro Cortes; Los Angeles Public Defender's Office (2020)
- People v Ricardo Macias

Attorney Jodi Lin; Los Angeles Public Defender's Office (2020)
- People v Sergio O'Campo

Attorney Mark Waecker; Law Offices of Mark Waecker, A.P.C. (2020)
- Ricardo Sanchez v G S Roofing Products

Attorney Cori Ferrentino; Ferrentino & Associates (2020)
- People v Tom Tjoa

Attorney Maury Mills; Law Office of Maury Mills (2020)
- Kelley v Jones

Attorney Pedro Cortes; Los Angeles Public Defender's Office (2020)
- People v Ricardo Macias

Attorney Michael Wasielewski; Kanner & Pintaluga (2020)
- Perez-Terna v Geico

Attorney Brent Merritt; Brent Merritt Attorney at Law (2020)
- People v Romal Hunter

Attorney Matthew Sims; Rapoport Weisberg & Sims P.C. (2020)
- Eliason v Superior Refining Company

Attorney Alexius O'Malley; Michael Best & Friedrich (2020)
- Brown v City of Chicago

Attorney Teresa Huggins; Waymaker LLP (2020)
- Jorge Leyva v Sunnova Energy Corporation, *testified in arbitration*

Attorney Stephane Quinn; Quinn & Dworakowski LLP (2020)
- People v McRae

Attorney Jason Maughan; Maughan Law Group (2020)
- Daniel McGuire & Connie McGuire v Peter Zielinski

Attorney Ruzan Stepanyan; Hamrick & Evans, LLP (2020)
- Martinez v Superking

Attorney Jared Olen; Los Angeles Public Defender's Office (2020)
- People v Abraham Cruz

Attorney Corey Whiting; Neve Webb (2020)
- State of Minnesota v Novotny

Attorney Maya Shulman; Shulman Family Law Group (2020)
- Sabia Fien v Justin Fien

Attorney Tim C. Holleman; Boyce Holleman (2020)
- Jones v Rockhold

Attorney Gary Casselman; Casselman Law Group (2020)
- People v Kenneth Ogbogu

Attorney Michael Kemp; Hansen Dordell (2020)
- Amy Kemp v Michael Kemp

Attorney Daphne Edwards; Divorce & Family Law, PC (2020)
- Lee v Hur

Attorney Todd A Chamberlain; Murchison & Cumming LLP (2020)
- Silvino De Anda, jr.; Gabriela Garcia Carbajal v State of California Department of Transportation (CALTRANS); City of Riverside

Attorney Alan Yockelson; Law Office of Alan S Yockelson (2020)
- Appeal of John Soto

Attorney Bijan Darvish; Law Office of Bijan Darvis (2020)
- John Elser v City of Huntington Beach

Attorney Donny Young; Donny M. Young Attorney at Law (2020)
- US v Antoine Boyce

Attorney Alexandra Mateus; Escovar Law, APC (2020)
- People v Edgar Aceituno

Attorney Stephen Harris; Law Offices of Stephen M. Harris, P.C. (2020)
- Wallis v. Greyhound Lines Inc. et al

Attorney Fang Li; Horton, Oberrecht & Kirkpatrick APC (2020)
- Phitts vs National Fail Safe

Attorney Bijan Darvish; Law Office of Bijan Darvis (2020)
- Ennio Rocca v California Dept. of Parks and Recreation

Attorney Larry Smith; Smith Marco, P.C. (2020)
- Pat Murphy v Bank of America

Attorney Noah Drew; The Spence Law Firm, LLC (2020)
- Ramirez v Colling

Attorney Jamil White; Louis White Law (2020)
- Khan v. WUSD

Pro Per
- People v Nick Lopez

Attorney Minna Chan; Russ August & Kabat (2020)
- QC v Solatube, *testified in arbitration*

Attorney Anthony Salerno; Salerno & Associates (2020)
- Doug and Janis Warner v Jack Black

Attorney Richard Rivera; Law Offices of Richard R. Rivera (2020)
- People v Freddie Gonzales

Attorney Nicholas Noe; Romano & Sumner, PLLC (2020)
- State v Donald Garnier

Attorney Maya Shulman; Shulman Family Law Group (2020)
- Rachel Vedder v Jamie Fortin

Attorney Bill App; Law Offices of William J. Rapp (2020)
- State of Iowa vs Moody

Attorney Owen Beasley; Will County Public Defender's Office (2020)
- State v Ignacio Jacobo and Juan Santana

Attorney Kori Macksoud; Stone Dean LLP (2020)
- Maria Leiva v Westfield

Attorney Steve Glickman; Glickman & Glickman, ALC (2020)
- Stephens v Juneau Police Dept.

Attorney Michael Carillo; Carillo Law Firm LLP (2020)
- Archie Barry v Pasadena PD

Attorney Theresa Huggins; Waymaker LLP (2020)
- Jorge Leyva v Sunnova Energy Corporation

Attorney Dennis McCarthy; Spencer Meyer & Koch, PLC (2020)
- Hardison v Lewis

Attorney Liv Donnadieu; Wegman & Levin (2020)
- People v Samantha Cunha

Attorney Michael Carillo; Carillo Law Firm LLP (2020)
- Estate of Jose Chavez v City of Los Angeles

Attorney Zachary Shafer; Robert Shafer & Associates, PA (2020)
- State of Florida vs Shanta Gadsden

Attorney Cynthia Everson; Everson Law Office PLLC (2020)
- State v Quintin Shipp

Attorney Noah Pines; Ross & Pines, LLC (2020)
- State v Garret Rolfe

Attorney Jeff Gill; Vernis & Bowling of Northwest Florida, P.A. (2020)
- Patrice Brown v Anagram International, Inc. and John Doe Distributors

Attorney Juan Perez; Los Angeles County Public Defender (2020)
- People v Anthony Aguiar

Attorney Benny Bakshandeh; Los Angeles Alternate Public Defender's Office (2020)
- People v Antwan Wells

Attorney Eric Weaver; Eric Weaver Attorney at Law (2020)
- Appeal of Mario Castineda

Attorney Stacey Sullivan; Liebert Cassidy Whitmore (2020)
- Gutierez v City of Rialto

Attorney Richard Hunnicut; Thomas J Henry Law (2020)
- Michelle Contreras, et al. v FedEx Freight, et al.

Attorney George Santini; Ross & Santini, LLC (2020)
- Joyce Osentowski v United States

Attorney Pat Potter; Potter & Company (2020)
- Clark vs Morant

Attorney Monica Bermudez; Law Office of Monica Bermudez (2020)
- People v Davion Colon

Attorney Irving Meyer; Law Office of Irving Meyer (2020)
- Lindsey Miller v American Botanical Pharmacy

Attorney Nathaniel Prevost; Liberty Mutual Insurance (2020)
- Victoria Nichols v Janitorial Equipment Services

Attorney Nate Wagner; Datsopoulos, MacDonald & Lind, P.C.
- Travis James Tolan v Yellowstone County

Attorney Mike Davis; Atkinson, Andelson, Loya, Ruud & Romo (2020)
- Asphalt Surfacing, Inc. v David Hendrickson

Attorney Steve Glickman; Glickman & Glickman, ALC (2020)
- Sheldon Lockett v County of Los Angeles

Attorney Kerrie Justice; Law Office of Kerrie C. Justice Inc., APC (2020)
- Rebecca Maletta v Donny Maletta

Attorney Dianna Manukyan; Burke Williams & Sorensen, LLP (2020)
- Dib v City of Beverly Hills

Attorney Steven Chang; Reminger Attorneys at Law (2020)
- Amerigas Propane, LP v Superior Energy Systems, Ltd.

Pro per
- Ritt Dudley v State of California

Attorney Elliot Gonzalez; David Weiss Law (2020)
- Sayani, et al. v Uber Technologies, Inc. et al.

Attorney Joshua Babataher; Manning & Kass LLP (2020)
- Vargas v Target

Attorney Dorsey Jones; Law Office of Dorsey Jones (2020)
- US v Victor Coley

Attorney Lora Banks; Federal Pro Bono Project (2020)
- People v Jason Ramirez

Attorney Andrea Kornblau; Manning & Kass LLP (2020)
- Richard Ycaza v Target

Attorney Nathaniel Prevost; Liberty Mutual Insurance (2020)
- Maria Aguilar v MVP, LLC

Attorney Irma Vargas; Los Angeles Public Defender's Office (2020)
- People v Ameal Sims

Attorney Michael Mattingley; Law Offices of Michael Mattingley (2020)
- Baber v Madsen

Attorney Chandra Moss; Holstrom, Block & Parke, APLC (2020)
- Tanner Gill v Danielle Gill

Attorney Ginger Mooney; Ginger G Mooney, LLC (2020)
- Curry v Laney

Attorney Jacqueline Goodman; The Law Office of Jacqueline Goodman (2020)
- People v Robert Deleon

Attorney Adrianna Paige; Silver & Wright LLP (2020)
- Shovey v County of San Bernadino

Attorney Scott Fisher; Harman, Claytor, Corrigan, Wellman (2020)
- Estate of Angel DeCarlo v City of Hopewell

Attorney John O'Meara; Bremer Whyte Brown & O'Meara, LLP (2020)
- OTT v James River Insurance Company

Attorney Scott Palmer; Scott H Palmer, P.C.(2020)
- Estate of Teddy Parker v Smith County et al.

Attorney Danny Luneau; Fife Luneau P.C. (2020)
- State v David Peltier

Attorney Rob Lacopino; La Follette, Johnson, DeHaas, Fesler & Ames (2020)
- Nezafati v Dr. Ali

Attorney Simon Budhwani; Core Law Group, LLP (2020)
- Sadeghi v Sadeghi

Attorney Kevin O'Leary; Coughlin Betke LLP (2020)
- Stone v Family Dollar

Attorney Bruce Eddy; Federal Public Defender, Western District of Arkansas (2020)
- US v Jonathan Scott

Attorney Tony Skogen; Duckor Spradling Metzger & Wynne (2020)
- Wismettac Asian Foods, Inc. v The International Brotherhood of Teamsters Local 630

Attorney Susan Reynolds; Law Offices of John A. Hauser (2020)
- Perry v Hollywood Close Ups Inc.

Attorney Nazila Shokrian; Los Angeles Alternate Public Defender's Office (2020)
- People v Carl Edwards

Attorney David Halm; Quintairos, Prieto, Wood, & Boyer, P.A. (2020)
- Parness v Target

Attorney Brent Merritt; Law Offices Brent Stephen Merritt (2020)
- People v Mackson

Attorney Ramon Damas; The Claiborne Ferguson Law Firm, P.A.(2020)
- Appeal of Jacob Snipes

Attorney Lauren Freidenberg; McMurray Henriks, LLP (2020)
- Richard Franco v City of West Covina

Attorney Michael Morgan; MDK Law Group (2020)
- Candra Adams v Wickenburg Community Hospital

Attorney Joshua Babataher; Manning & Kass LLP (2020)
- Silva Zadoian v Target Corporation

Attorney Pamela Jones; Los Angeles Public Defender's Office (2020)
- People v Franklin Terill Greenburg

Attorney Jack B. Swerling; Law Office of Jack B. Swerling (2020)
- US v Darryl Hemphill

Attorney Liv Donnadieu; Wegman & Levin (2020)
- People v Tyler Cuccia

Attorney Devin Arp; Los Angeles Public Defenders Office (2020)
- People v Bryant Rivera

Attorney Rebecca Handlin; La Follette, Johnson, DeHaas, Fesler & Ames P.C. (2020)
- Francesco Galasso, et al. v Randal D. Haworth

Attorney Scott Fisher Harman; Claytor Corrigan Wellman P.C. (2020)
- Keyanna Bethea, Adm. of the Estate of Deandre Bethea Dec. et al v Officer Charles Houser and Officer Maurice Craighill

Attorney Tyler Cole; Missouri State Public Defender's Office (2020)
- Appeal of Jihad Spann

Attorney Brian Palmer, Law Office of Brian Palmer, LLC (2020)
- Victoria Jackson v Save-A-Lot, Et Al

Attorney Lauren Freidenberg; McMurray Henriks, LLP (2019)
- Richard Franco v City of West Covina

Attorney Michael Morgan; MKD Attorneys (2019)
- Candra Adams v Wickenburg community hospital

Attorney Joshua Babataher; Manning & Kass, Ellrod, Ramirez, Trester LLP (2019)
- Silva Zadoian v Target Corporation

Attorney Pamela Jones; Los Angeles County Public Defender (2019)
- People v Franklin Terill Greenburg

Attorney Alisa Wilson; Law Office of Jack Swerling (2019)
- US v Darryl Hemphill

Attorney Liv Donnadieu; Wegman & Levin (2019)
- People v Tyler Cuccia

Attorney Devil Arp; Los Angeles County Public Defender (2019)
- People v Bryant Rivera

Attorney Jonathon Herzog; Weston Herzog LLP (2019)
- Jeiran Tovmassian v Wells Fargo

Attorney Nicholas Rosenberg; Los Angeles Defenders (2019)
- People v Robert Celmer

Attorney Tom Flaskamp; Donna Law Firm, P.C.(2019)
- Juan Garcia v Desiree Medina and MUY Pizza-Tejas, LLC

Attorney Nazila Shokrian; Los Angeles County Public Defender (2019)
- People v Joseph Center

Attorney Nancy Aronson, Ventura Public Defenders (2019)
- People v Tomayo

Attorney Justin King; Law Offices of Justin H. King (2019)
- Deandre White v Martinez

Attorney Michael Amaro; Amaro Baldwin Law Firm (2019)
- Takacs v Wash Depot

Attorney Sean O'Keefe; OKeefe & Associates Law Corporation, P.C. (2019)
- T3M, Inc v William Tsumpes

Attorney Anna Karczag; Encore Law Group, LLP (2019)
- Luis Moro v Ari Lezama

Attorney Glen Jasweic; Law Office of Glenn Jazwiec (2019)
- State v Rasahn Southall

Attorney Jessica Farley; Snyder Burnett Egerer, LLP (2019)
- Sukiasyan v Target

Attorney Jeffrey Andrews; Office of the City Attorney of Las Vegas (2019)
- Alisha Molina v City of Las Vegas et al

Attorney Don Kochersberger, Business Law Southwest, LLC (2019)
- US v Mariah Ferry

Attorney Mark Waecker; Law Offices of Mark Waecker, APC (2019)
- Carmen Adame v Baskin Robbins

Attorney Laurie Harold; Mark R. Weiner & Associates (2019)
- Toledo v Abnoosian

Attorney Amanda Touchton; Touchton & Weinberger LLP (2019)
- People v Jose Manuel Salazar

Attorney Cynthia Ducey; Ducey & Associates LLP (2019)
- Robin Wetherell v Waterson Construction Company

Attorney Deborah Peterson; Mark R. Weiner & Associates (2019)
- Ajib v Ocasio

Attorney Pamela Jones; Los Angeles County Public Defender (2019)
- People v Salvador Espinoza

Attorney Kelly Brauweiler; Cofman Townsley Attorneys at Law (2019)
- Daniel Gross, individually and on Behalf of All Beneficiaries v Max Paul Wipfler, Daniel Curtis Roark, & Express Lease, LLC.

Attorney Janet Greenberg; Los Angeles County Public Defender (2019)
- People v Byuzand Markarian

Attorney Shant Kakayan; Hewitt & Truszkowski (2019)
- Campos v Tasteful, et al

Attorney Michelle Floyd; Hunt, Suedhoff, Kalamaros LLP (2019)
- Dreamer Holdings LLC and Ryan Squires v Cincinnati Insurance Company

Attorney Alana Chandler; Farmer's Insurance (2019)
- Glenda Wilson v Jack in the Box

Attorney Nicholas Renninger; Kozak, Davis & Renninger, P.C. (2019)
- State v Jeremy Durocher - *testified at hearing*

Attorney Joshua Boyce; Frank Penney Injury Lawyers (2019)
- Tatiana Larkin v Michael Augustyniak

Attorney William Sykes; Claggett and Sykes Law Firm (2019)
- Jesus Carrillo v Palace Station Hotel and Casino, Kone Inc., and ThyssenKrupp Elevator Corporation

Attorney Nicholas Rosenberg; Los Angeles Defenders (2019)
- People v Salvador Sanchez

Attorney Brendon Carrington; FPH (2019)
- Rachael Hicks v Virginia Frazier

Attorney Joshua Praw; Murchison & Cumming, LLP (2019)
- Loup Family v Robertson's Ready Mix

Attorney Craig Powell; Hart Powell SC (2019)
- State of Wisconsin v Byron Lathan

Attorney Jeffrey King; Law Offices of Justin King (2019)
- Herring v City of Upland

Attorney Nicole Huang; Law Offices of George L. Mallory, Jr. & Associates (2019)
- Ryan Jensen v County of Los Angeles

Attorney Eileen M O'Connor; O' Connor Law Group (2019)
- Alcorn v City of Chicago, Cook County Sheriff's Office, et, al

Attorney Peter Cho; Law Offices of Johny C. Ye (2019)
- Conchita Gadon v City of Torrance

Attorney Claudia Carreon; Farmers Insurance (2019)
- Pedro Pitones v Omar Romero

Attorney Jill Leathers; GBPTA (2019)
- Dorin Trofin v Costco Wholesale Corp

Attorney Bradley Stark, Fisher Stark Trial Attorneys (2019)
- State of Florida v Steve Stark

Attorney Cathy Otto; Savage, Turner, Durham, Pinckney & Savage (2019)
- Jimmy Burns v Georgia Port Authority

Attorney Ken Kazan; Law Offices of Kenneth L. Kazan (2019)
- Kenneth Coon v Hardrock Cafe Intl, et al.

Attorney William Sykes; Claggett and Sykes Law Firm (2019)
- Martin Family v Bally's Hotel and Casino

Attorney William Sykes; Claggett and Sykes Law Firm (2019)
- Jasmine Espana v Republic Services

Attorney Kevin Taccino; Taccino Law Office (2019)
- Commonwealth vs Mendoza Mcghee

Attorney Joe Hurley; Joseph A Hurley Law Office (2019)
- State v Rodney West

Attorney Randy Grossman; Law Offices of Randy M. Grossman (2019)
- People v Mark Cyprian

Attorney Gene Connell; Kelaher, Connell & Connor, PC (2019)
- Housand v Paint Authority

No attorney — pro per
- People v Rene Guzman

Attorney Hunt Braly, Poole & Shaffery (2019)
- John and Sandra Schniederf v Doris and Kent Carlson

Attorney Stephanie Zacarias; Los Angeles County Public Defender (2019)
- People v Kobe Bell

Daniel Eisenberg; Meyers McConnell Reisz Siderman P.C. (2019)
- Joe Carlos Garcia v Southern California Pizza Co. LLC, et al

Attorney Sy Nazif; Marcereau & Nazif (2019)
- Farrand v Mozafar

Attorney Rick Rose; Ray Quinney & Nebeker P.C. (2019)
- Ryan Hill v FedEx Freight

Attorney Kerry Armstrong; The Law Offices of Kerry L. Armstrong, APLC (2019)
- People v Kevin Murphy

Attorney Melinda Ryals; Georgia Capital Defender's Office (2019)
- State v Shanorris

Attorney Roxanna Santamaria; Los Angeles County Public Defender (2019)
- People v Alonso Miramontes

Attorney Tyree Campbell; Los Angeles County Public Defender (2019)
- People v Guillermo Teran,

Attorney Roxanna Santamaria; Los Angeles County Public Defender (2019)
- People v Arturo Alvarez

Attorney Erick Kuylman; Pierce Bainbridge Beck Price & Hecht LLP (2019)
- Lenny Dykstra v Boucher LLP

Attorney Wyatt Holtsclaw, Smith Law Offices (2019)
- Gallardo v County of San Luis Obispo

Attorney William Fleischaker; Law Office of William Fleischaker (2019)
- State v E.F. Fitzpatrick

Attorney Lea Villegas; Santa Barbara Office of the Public Defender (2019)
- People v Augstin Flores

Attorney Antony Ontiveros; Arnold Law Firm (2019)
- Kenneth Haines v Matheson Postal Services

Attorney Stephen Valentine; Law Office of Stephen Valentine (2019)
- Mendoca v Stamos

Attorney David Moore; Los Angeles County Public Defender (2019)
- People v Joshua Whelan-Rogers

Attorney Bill Kennedy; Rupp Baase Pfalzgraf Cunningham, LLC (2019)
- Robert Pokorski v FDA Logistics, LLC and Kelmic Holdings, LLC

Attorney Ruben Nunez; The Law Office of Ruben Nuñez, P.C. (2019)
- State v Miguel Valiente

Attorney Susan Jerich; Rains Lucia Stern St. Phalle & Silver PC (2019)
- People v Kathy Torres

Attorney Nathaniel Prevost; Liberty Mutual (2019)
- Geronimo Gonzalez v Mohamed Mohamed

Attorney Bradley Wallace; Law Offices of Bradley S. Wallace, PC (2019)
- Estate of Carmel Musgrove v Martin Herold, Joel Silver

Attorney Steve Glickman; Glickman & Glickman, A Law Corporation (2019)
- Francesco Galasso, et al. v Randal D. Haworth, M.D

Attorney Waseem Salahi Office of the Federal Public Defender (2019)
- US v Chelsea McIntyre

Attorney Richard Southard; Law Office of Richard Southard (2019)
- State v Sebastian Telfair

Attorney Kelsey Maxwell Murchison & Cumming LLP (2019)
- Maria Hurtado v LACMTA

Attorney Greg Stone; Stone l Dean LLP (2019)
- Sarah Franco v Ralphs Grocery Co.

Attorney Nathaniel Prevost; Liberty Mutual (2019)
- Renee Francis v Silver Oak

Attorney Laurie Harrold; Mark R. Weiner & Associates (2019)
- Olea v Van Wodtke

Attorney Mark Millard; Banafsheh, Danesh & Javid (2019)
- Clara Martinez v Buy-Low Market, dba Top Valu Markets

Attorney Mike Wallace; Law Offices of Mike Wallace (2019)
- US v Leon Martinez

Attorney Ray Panneton; Daniel & Associates, LLC (2019)
- Ina Stewart v Dallas Area Rapid Transit

Attorney Lynn Carpenter; Manning & Kass, Ellrod, Ramirez, Trester LLP (2019)
- Jovane Leonard v City of Santa Monica, et al.

Attorney Steve Warren; Long, Parker, Warren, Anderson, Payne & McClellan P.A. (2019)
- Bonner v Mitchell County School,

Attorney Michelle Vasquez; Santa Clara County Public Defender's Office (2019)
- People v Joseph Apodaca

Attorney Natalie Price; Lawrence, Beach, Allen, & Choi (2019)
- Kathy Craig v County of Orange

Attorney Lynn Carpenter; Manning & Kass, Ellrod, Ramirez, Trester LLP (2019)
- Anthony Perez v City of Fresno

Attorney Benjamin Zeng; Vaziri Law Group, A.P.C (2019)
- Laura Pittman v ABM

Attorney Amy C. Feldmann; Moore, Schulman & Moore, APC (2019)
- Rajnish Kooner v Banita Sehgal

Attorney Sam Luton; Luton Law Firm (2019)
- Jessica Reyes v Hanford PD

Attorney Chris Provost; Provost Law Office (2019)
- State v Bradley Renfro

Attorney Eurus Cady; Veatch Carlson, LLP (2019)
- Robert Ross, et al. v Emmanuel Marquez

Attorney Jamie Dixon; Wadsworth, Margrey & Dixon LLP (2019)
- Kenyatta Richardson v B & L Service, Inc

Attorney Jennifer Nicolalde; Orange County Public Defender's Office (2019)
- People v Gary Figueroa

Attorney Justin Tynsky; Tysnky Law Office (2019)
- State v Kelly Jackson

Attorney Brent Merritt; Law Office of Brent Merritt (2019)
- People v George Sanchez

Attorney Jessica Melikian; Alternate Public Defender's Office of Los Angeles (2019)
- People v Dwayne Davison

Attorney Kirt Hopson; Law Office of Kirt J Hopson (2019)
- People v Randy Headley

Attorney Sal Ciulla; Ciulla Salvatore Law Offices (2019)
- People v Houssin Nayeri

Attorney Carrie Marsh; Law Office of Douglas R. Cloud (2019)
- David Rice, et al. v City of Roy Washington

Attorney Tania Vallejo; Orange County Public Defender's Office (2019)
- People v Thi Nguyen

Attorney Amanda Touchton; Touchton & Weinberger LLP (2019)
- People v Jamal Frazier

Attorney John Troxel; Verdict Resources (2019)
- Jacobus v Jacobus

Attorney Caroline Byrne; Woodruff, Spradlin & Smart (2019)
- Abdelnaser Elmansoury v City of Garden Grove

Attorney Richard Dieffenbach; Veatch Carlson, LLP (2019)
- Stephanie Hernandez v MeriVentures, LLC.

Attorney Paul Hoffman; Cooksey Toolen Gage Duffy Woog, APC (2019)
- Chesney v Rancho Corrido

Attorney Casey Russo; Humboldt County Public Defender's Office (2019)
- People v Mario Maggio

Attorney Brent Merritt; Law Office of Brent Merritt (2019)
- People v Gregory Christophe

Attorney John Dixon; Dixon Law LLC (2019)
- Arnold v Personal Touch Delivery Services,

Attorney Jeffrey Choi; Snyder Burnett Egerer, LLP (2019)
- Norma Sordia v Fred Hamilton

Attorney Michael Amaro; Amaro Baldwin LLP (2019)
- Lusine Antonyan v Big Bear Snow Play

Attorney John Carpenter; Carpenter, Zuckerman & Rowley (2019)
- Jason Ashley v Krehbiel

Attorney Yaron Tilles; Ecoff Campain & Tilles, LLP (2019)
- Shailesh Jogani v Haresh Jogani

Attorney Danielle Hollis; Ramey Chandler Quinn & Zito P.C. (2019)
- Clara Boyle & Renay Boyle v Akrotex, Inc.

Attorney Craig Squillace; Clifford Law Firm (2019)
- Marcia Scavuzzo v Jewel Food Stores, Inc.

Attorney Tom Flaskamp; Donna Law Firm (2019)
- Donna Bearss v Desert de Oro Foods

Attorney Nicholas Rosenberg; Los Angeles Defenders (2019)
- People v Christopher Jauregui

Attorney Kamau Edwards; Farmers Insurance (2019)
- Dietrich Lee v 1377 Imperial, LLC

Attorney Roman Escueta; Public Defender's Office of Los Angeles (2019)
- People v Rosie and Sean Bishopp

Attorney Cathy Lee; Public Defender's Office of Los Angeles (2019)
- People v Brian Barrale

Attorney Celeste Torres; Public Defender's Office of Los Angeles (2019)
- People v Caden Snyder

Attorney Monica Bermudez; Public Defender's Office of Los Angeles (2019)
- People v Victor Ortega

Attorney Britt Evangelist and Ed Swanson, Swanson & McNamara (2019)
- Appeal of Ajay Dev (2019) - *testified in court*

Attorney Dominick Crea; Justice Technology Professionals (2018)
- US v Madonna

Attorney Stephanie Blaisdell, Public Defenders Office, Dover, Delaware (2018)
- State v Paul Cerro

Attorney Alex Polshuk; Jeffer Mangels Butler & Mitchell (2018)
- Paula Rickey v Kerry Assil, et al.

Attorney Kerry Armstrong; The Law Offices of Kerry L. Armstrong, APLC (2018)
- People v John Neuhart II

Attorney James Galloway; Veatch Carlson LLP (2018)
- Christine Vuong v A.N. Deringer, Inc.

Attorney Brian Martin; C Brian Martin Law Offices (2018)
- Bertzyk v Southern

Attorney Susan Jerich; Rains Lucia Stern St. Phalle & Silver, PC (2018)
- Matthew Bradley Administrative Case

Attorney Kirt Hopson; Law Office of Kirt Hopson (2018)
- Julius Branch v LACMTA, et al

Attorney Mary McMillen; McMillen Legal (2018)
- Matter of AARM

Attorney Bryan Sullivan; Sullivan & Triggs, LLP (2018)
- Kathy Griffin v Jeff Mezger

Attorney Matt Cross; Cummings, McClorey, Davis & Acho, P.L.C (2018)
- Johnson v Pipin

Attorney John Grant; Florida Public Defender (2018)
- State v Carl Bryant Lee

Attorney Donald Smith; Donald Smith Law Firm (2018)
- State v Jason Carver

Attorney Max Latman; Amaro Baldwin LLP (2018)
- Hollingshead v Petsmart, Inc.

Attorney Nyasha Seale; Wilson Elser (2018)
- Christopher Kaufman v A1 Florida Sod et al.

Matt Koohanim; Law Offices of Matt Koohanim (2018)
- People v Hadi Golian

Attorney Robbert Bettencourt: Law Offices of Robert Bettencourt (2018)
- People v Mitchell Hathaway

Attorney Doug Jacobsen: Law Offices of Doug Jacobsen (2018)
- People v Melanie Silva

Attorney Kimberly Gordon, Gordon Saunders Law (2018)
- State v Marc and Elizabeth Hokoana

Attorney Azad Jingozian; Law Offices of Azad Jingozian (2018)
- People v Salman Sajid

Attorney Kristi Schubert; Lamothe Law Firm, LLC (2018)
- Ferrand v Greenbriar

Attorney Charles R. Haskins & Bradley M. Cosgrove; Clifford Law Offices (2018)
- Duda v Justice Park District - *testified in deposition and testified in trial*

Attorney William Banning; Banning LLP (2018)
- Estate of Michael Castaneda v Cape Ferrat Fishing, LP

Attorney Charles Lew, The Lew Firm, APC (2018)
- Ron Masson v Stephanie Paine

Attorney Kevin Farrell; Law Offices of Randy B. Corporon, PC (2018)
- State v Sue and Steven Jaeger

Attorney Steve Kelley; (2018)
- State v Karen Drath

Attorney Brian Yin; Law Offices of Brian Yin and Associates (2018)
- People v Larry Garcia

Attorney Richard Martin; Lamothe Law Firm, LLC (2018)
- Gabrielle Gaines v Jose Nobre

Attorney Suzanne Bryant; Varner & Brandt, LLP (2018)
- Rebekah Rogers v Stater Bros

Attorney Kevin LaHue; Kaye, McLane, Bednarski, & Litt LLP (2018)
- Lopez v County of Kern

Attorney Nathaniel Prevost; Liberty Mutual (2018)
- Reilly v Parker

Attorney Mary Pat Barry; County of Santa Barbara (2018)
- Estate of Bryan Carreno v County of Santa Barbara

Attorney Leslie Cory: Leslie A Cory Attorney at Law (2018)
- US v Silas

Attorney Vicky Ourfalian; Public Defender's Office of Los Angeles (2018)
- People v George Melendez

Attorney Geoffrey Kraemer; Bassett, Discoed, McMains & Kargozar (2018)
- Leslie Dustheimer v Albertson's LLC

Attorney Bret Rayburn; Los Angeles County Public Defender (2018)
- People v Alonzo Holloway

Attorney Randy Short; Public Defender's Office of Los Angeles (2018)
- People v Tevin Hayes

Attorney Doug Pharr; Law Office of Douglas Pharr (2018)
- People v Naseem Owais

Attorney Doug Pharr; Law Office of Douglas Pharr (2018)
- People v Kevin Ewers

Attorney John Sauer; Nixon Shefrin, Hensen, Ogburn APC (2018)
- Magee v Crane Repair Company

Attorney Luigi Caldeira; Holland & Knight LLP (2018)
- PDVSA US Litigation Trust v Lukoil Pan Americas LLC,

Attorney Scott Spindel; Melnick & Spindel (2018)
- People v Trevor Gerszt

Attorney Brian Michaels; Brian Michaels Attorney at Law (2018)
- People v Joseph Fabish and Alfred Corso et al. vs Joseph Fabish

Attorney George Pieczenik; (2018)
- State v George Pieczenik

Attorney Jack Simmons; Wadsworth Law LLP (2018)
- Iraida Pacheco v Wilfredo Calzadilla & Coastland Construction

Attorney Scott Frankel; Frankel & Cohen (2018)
- US v Victor Hernandez

Attorney Zack McCready; McCready Law Group (2018)
- People v Steven Cruz

Attorney Trent Bush; Ward, Murray, Pace & Johnson, P.C. (2018)
- Lynette Damhoff v Whiteside County

Attorney Mark Adams; Law Offices of Mark Adams (2018)
- US v Charles Moore

Attorney Anthony Kimbirk; San Bernardino County Public Defender (2018)
- People v Angel Mora

Attorney Chelsea Pille; Bleile and Dawson Law Firm (2018)
- State v Andrew Frank

Attorney Roxanna Santamaria; Los Angeles County Public Defender (2018)
- People v Gerrado Salas

Attorney William Wurch; The Law Firm of William A. Wurch, PC (2018)
- William Wurch v Mary Meeker-Wurch

Attorney Nicholas Rosenberg; Los Angeles Defenders (2018)
- People v Hector Benitez

Attorney Michael Levin; Wegman & Levin (2018)
- People v Terry Gillard

Attorney John Sauer; Nixon Shefrin (2018)
- Magee v Crane Repair Company

Attorney Rodrigo Martins; (2018)
- People v Eduardo Martins

Attorney Brent Meritt; Law Office of Brent Merritt (2018)
- People v Preston Scott

Attorney Arbella Azizian; Baker, Olson, LeCroy & Danielian (2018)
- Nalbanyan v Chang

Attorney Azeem Khan; (2018)
- Tamoor Chattha, et al. v Gyro House, Inc

Attorney Ed Harris; (2018)
- Harris v Juan Perez et al

Attorney Susan Yoon; Sloan Sakai Yeung & Wong LLP (2018)
- John Tennis v City of Sacramento

Attorney Roger Rosen; Rosenberg Mendlin & Rosen. LLP (2018)
- Marc Young v Rite Aid

Attorney Christine Cummings; Christine S. Cummings Attorney at Law (2018)
- People v Angel Ancira

Attorney Bill Smith; Smith Law, LLC (2018)
- Callaway v Chapman

Attorney Jonathan Thomas; Power Rogers & Smith, LLP (2018)
- Jerime Mitchell v City of Cedar Rapids

Attorney Ron Gill; Fortunato & Fortunato, PLLC (2018)
- Ramon Perez v Tappan Zee Constructors, et al.,

Attorney Mary Pat Barry; County of Santa Barbara (2018)
- Barbere v County of Santa Barbara

Attorney Jonathan Thomas; Power Rogers & Smith, LLP (2018)
- Trevon Johnson v Dupage County Sheriff's Office

Attorney Alphonsie Nelson; Bassett, Discoed, McMains & Kargozar (2018)
- Susan Williams v Vons

Attorney Jim Mounts; Ray, McChristian & Jeans, PC (2018)
- Graciela Mendez and Rosa Maria Mendez v Goodwill Industries, et al.

Attorney Seth Bradley; Eason & Tambornini, A Law Corporation (2018)
- Nickolas Saldivar v McDonald's

Attorney Jason Stone; Stone and Sallus, LLP (2018)
- Linda Boerum, et al. v Costa Del Sol Boat Slip Owners Assoc., et al.

Attorney Denise Turner; Law Office of Denise Laureen Turner (2018)
- State v Jason Brown

Attorney Susan Spahn; (2018)
- Ken Eskam v Sharon Eskam

Attorney Iddo Harel; Ross Feller Casey, LLP (2018)
- Marquez v Sky Zone

Attorney Nathaniel Nesbitt; Hogan Lovells US LLP (2018)
- ITV Gurney Holding Inc, et al. v Scott Gurney, et al.,

Attorney Carlos Iriarte; Law Office Carlos n Iriarte (2018)
- US v Fred Montoya

Patrick Murphy (2018)
- Patrick Murphy v Tamara Murphy

Attorney Daniel Kurtz; League of Minnesota Cities (2018)
- Powell v Brooklyn Center

Attorney Angela Powell; Manning & Kass, Ellrod, Ramirez, Trester LLP (2018)
- Almarou v City of Gardena

Attorney Stuart Adams; Victoria Wood Adams, Ferrone & Ferrone (2018)
- US v Prince Hutchinson

Marek Kaspryzk; (2018)
- People v Christoper Lute

Attorney Mike Osgood; State of California Attorney General (2018)
- Cristobal Acosta v California Highway Patrol

Attorney Jack Gross; Chartwell Law (2018)
- Cindy Mendoza v Supreme Oil

Attorney Lynn Carpenter; Manning & Kass, Ellrod, Ramirez, Trester LLP (2018)
- Joaquina Valencia v County of Riverside, et al.

Attorney Don Burns; Law Office of Don C Burns (2018)
- Hirsch v La Veta Surgical Center

Calvin Townsend (2018)
- Julia Lee et al v Truck Tire Sales

Attorney Matt Lombard; Law Offices of Matthew J. Lombard (2018)
- US v Castro

Attorney Roxanna Santamaria; Los Angeles County Public Defender (2018)
- People v Omar Buenrostro

Attorney Mark Brown; Lane & Lane, LLC (2018)
- Estate of Pedro Rios v City of Chicago

Attorney Deborah Nixon; Fellheimer & Eichen, LLP (2018)
- Commonwealth v Tarrell Rister

Attorney Sonia Zimmerman; PMA Insurance Group (2018)
- Muriel Henderson v Desert de Oro Foods

Attorney Amy Lewis; Stone Dean LLP (2018)
- Dina Heredia v Albertsons

Attorney Carlos Iriarte; Law Office of Carlos Iriarte (2018)
- US v Joffri Molina

Attorney Koerner; Davis, Grass, Goldstein & Finlay (2018)
- Jonathan Carillo v San Antonio Regional Hospital

Attorney Doug Yarborough; Huesby (2018)
- Eric Maricelli v Burbank Glendale Pasadena Airport

Attorney John Targowski; Targowski Law Office, PLLC (2018)
- US v Chris Ferreira

Attorney Michael Scheibli; Michael Scheibli (2018)
- Michael Murchison v Tehama Co

Attorney Masood Khan; Khan Law Group (2018)
- Ruiz v Servtech

Attorney Kori Macksoud; Stone Dean LLP (2018)
- Vickie Moore v Ralph's Grocery Co.,

Attorney Heather Bale; Mark R. Weiner & Associates (2018)
- Brown v Berro Management

Craig Bates (2018)
- Caseras v City of Fontana

Attorney Chris Viviani; Law Office of Chris Viviani (2018)
- US v James Harris

Jezaira Veronee (2018)
- Jezaira Veronee v Brandon Veronee

Attorney Andrea Kornblau, Manning & Kass
- Robert Duh v City of Beaumont (2017)

Attorney Arica Underwood
- State of Ohio v Deonte Baber (2017)

Attorney Jodi Lin
- People v Dmarcus Hayes (2017)

Attorney Leonard Becker & Gregg Harris
- Bragar v Chicago Transit Authority (2017)

Attorney Abby Samoa
- US v Soriano Rodriguez (2017)

Attorney Kristen Riley
- Mariah Urieta v Subway (2017)

Attorney Kim Singer
- US v Vivian Tat (2017)

Attorney David Boyer
- US v Rickey Knuckles (2017)

Attorney Gil Arbel
- People v Jack Shlush (2017)

Attorney Patrick Dwyer
- People v Brendan Coleman (2017)

Attorney Kathleen Fisher
- DFS Guam L.P. v Antonio B. Won Pat International Airport (2017)

Attorney Kendra Morries
- Troian v California Institute of Technology (2017)

Attorney Monica Bermudez
- People v Jazdion Gabriel (2017)

Attorney David Vandercoy
- US v Anton James (2017)

Attorney Richard Barnwell
- People v Richard Thompson (2017)

Attorney Kelly Mallard
- State of Idaho v Scott Mickelson (2017)

Attorney Richard Garrigues
- Cadena v Project Life Impact (2017)

Attorney Brent Merritt
- People v Steven Sedillo (2017)

Attorney Rose Carter
- Michael Justice v Albertson Co. (2017)

Attorney Chris Napolitano
- Kimberly Whyley v Village of Oakview, et al. (2017)

Attorney Mike Cunningham
- State of Texas v Michel McKay (2017)

Attorney Peter Vann
- Preston Kwei v Bebe Fusion (2017)

Attorney Edward Blum
- People v Douglas DeVito (2017)28

Attorney Heather Hocter
- People v Arnie Brooks (2017)

Attorney Charles Cassy
- People v Timothy Adams (2017)

Attorney Tod Castronovo
- Segura v DeSylva (2017)

Attorney Martin O'Toole
- People v Derek Howell (2017)

Attorney Michael MaHammer
- US v Carl Linden Jr. (2017)

Attorney Paul Blatz
- People v Kim Peterse (2017)

Attorney Karen Evans
- Robin Andrews v NRH (2017)

Attorney Natalie Price
- Holmes v Orange County Sheriff's Dept. (2017)

Attorney Steve Escovar
- People v Pedro Castillo (2017)

Attorney Bill Kennedy
- Aaron Woods v Matthew Bruenn (2017)

Attorney Alex Sario
- People v Gildardo Salazar (2017)

Attorney Jodi Lin; Los Angeles County Public Defenders Office
- People v Terrill Clem (2017)

Attorney Doug Rhodes
- People v Ryan Maxstadt (2017)

Attorney GeoffreyTabor
- Tammy Honea v City of Hugo, et al. (2017)

Attorney Linda Parisi
- People v Robert Cassara (2017)

Attorney Barry Rodolff
- Karen Garcia v Tri-Modal Distribution Services (2017)

Attorney Nina Marino
- People v Ernesto Shaun Reyes (2017)

Attorney Jodi Lin
- People v Richard Thompson (2017)

Attorney Trevor Grimm
- Kerry Wesson v County of Los Angeles (2017)

Attorney Dennis Suarez
- US v Rolando Castillo-Matos

Attorney Elizabeth Fitzgerald
- Mathew Whitmire v City of Los Angeles

Attorney John McNicholas
- US v Raymond Montes

Attorney Pro Per
- Bill Breindel v Jessica Law

Attorney Nathalie Vallejos
- Jeanette Finicum v Oregon State police and FBI

Attorney Demi Tolbert
- People v Heriberto Garcia
- People v Elias Lopez

Attorney Vanessa Hierbaum
- Peng v Liu

Attorney Raymond Hua
- Leading Insurance Group Ins. Co., Ltd. v Everbrite LLC, et al.

Attorney Vanessa Hierbaum
- Peng v Liu

Attorney Steve Brody
- US v Mike Aguilar

Attorney Darren McBratney
- Todd Hansen v Sir Mix Concrete

Attorney Csaba Palfi
- People v Harry Keo
- People v Kaleah Smith

Attorney Larry Esten
- Cormany v JC Penny

Attorney Geoffrey Plowden
- Dorthy Sams v City of Los Angeles

Attorney Ty Ford
- Tyson Zoltan Heder v City of Los Angeles

Attorney Steve Brody
- US v Overdo Ramirez

Attorney Lisa Simons
- US v Andy Chan

Attorney F. Michael Ayaz
- Irene Lopatic v Rosanna, Inc.

Attorney Brigette Khoury
- Jose Arcila Muniz v County of Los Angeles

Attorney Chad Prentice
- Patricia Germann v Target

Attorney John Barnett
- People v Maxwell Kupchak

Attorney Tim Kral
- Mark Pascascio v County of Los Angeles

Attorney Angela Powell
- Keivon Young v County of San Bernardino
- Aaron Forgash v County of Riverside

Attorney Brent Merritt
- People v Kam Santos

Attorney Elizabeth Jimenez
- People v Steven Castillo

Attorney Keith Rozanski
- Moctezuma v Big Lots

Attorney Vicki Podberesky
- US v Joey Aguiar & Mariano Ramirez

Attorney Michael Schwartz; Rains Lucia Stern St. Phalle & Silver, PC
- People v Ivory Webb (2007)
- People v Manuel Ramos & Jay Cicinelli (2014)
- People v Curiel - *testified at trial and testified at retrial*
- People v Jay Tattman - *testified at trial*
- US v Sclafani
- People v Margaret Bell
- US v Vigil
- People v Charles Holloway & Jerry Martinez
- People v Brandon Sontag (2017)
- People v Downey, Phelps, & Foster (2017)
- US v Chad Jensen (2018)

Attorney Elizabeth Gibbons
- Joseph Wolfe v City of Fullerton, *testified at administrative hearing (2016)*

Attorney Bill Hadden; Silver Hadden Silver Wexler + Levine
- Administrative hearing of Charles Fowler and Juan Tapia
- U.S. v Johnson and Kirsch - *testified at trial (Federal) and administrative hearing (2016)*

Investigator Dennis Foley; Koning & Associates
- Enhanced security camera video of bar fight

Attorney Richard Rivera
- People v Jose Manuel Garcia & Richard Vincent Zamarripa

Attorney Robert Schwartz; Farley Cassy Schwartz & Powell
- People v. Danny Alfaro
- People v. Isaac Gil - *testified at trial*

Attorney Christopher Sheedy; Calendo, Puckett, Sheedy & DiCorrado, LLP
- Nuguyen v. Romine (analysis of two neighboring home security camera systems)

Attorney Marnin Weinreb; Blady Weinreb Law Group, LLP
- Trip and fall case

Attorney Oliver Vincent
- People v Jarell Green

Attorney Mark Jaffe; Jaffe Law Firm
- Administrative hearing involving Joshua Cook with the Santa Fe Police Academy - *testified at administrative hearing*

John S. Peterson; Peterson Law Group
- Real Estate surveillance of construction site

Autumn Visser; Zodiac Pool Systems
- Investigation of theft

Braden & Tucci
- Enhance patrol car video

Attorney Richard Dewberry; Bewley, Lassleben & Miller, LLC
- West v Stater Bros.

Attorney Rudie Baldwin; Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz, LLP
- Gleason v. Capitol Bowl
- Donald DeVera v Flow Sports, Inc.

Attorney Eileen Kotler; Balin & Kotler, LLP
- People v Jason Darn

Attorneys Paul Hanna & Gene Egan; Manning & Kass, Ellrod, Ramirez LLP
- Sheridan v Target
- Nelson v Target
- Kevin Hanna v Target
- Steve Farah v Target (2017)

Joshua Goodman; Jenkins Goodman Neuman & Hamilton LLP
- Jacqueline Ann Garcia v. Home Depot
- Hassaine v. Home Depot

Forensic Audio & Video Expert • Cellphone & Hard Drive Analysis • Accident Reconstruction • Surveillance Consultant
David@NCAVF.com
www.NCAVF.com
Recover. Analyze. Clarify. Prepare. Testify
6363 Wilshire Blvd, Suite 115
Los Angeles, CA 90048
213-973-7811

Attorney Gilbert Gellim; Gellim Law Firm
- Maggie Finneran v City of Los Angeles
- People v Reymundo Lainez

Attorney Gregg Audet; City of Anaheim
- Jennifer Cruz v. City of Anaheim

Attorney Sanaz Cherazaie; Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLPL:
- Theodore, Jules v. Ten Thirty Eight
- Nicholas Tovar v Onyx Protective Services

Attorneys Ron Kaufman & Sara McDuffie; Fenigstein Kaufman
- Cheviot Hills Sports Center, Inc. v City of Los Angeles

Attorney Mark R. Schwartz
- Frederica Barlaz v. Ebrahim Moradian

Attorney Jacqueline Boggs; Buter, Buzard, Fishbein & Royce, LLP
- Dr. Steven Burres and Rachel Wooller

Attorney Marty Miller; Riverside County Public Defender
- People v. Ronald Sharp

Attorney Kathleen Pedro; Riverside County Public Defender
- People v Eric Suggs

Attorney Leah Kisner; Riverside County Public Defender
- People v Dayle Long

Attorney Angela Berry Jacoby; Office of the Public Defender
- People v Dotson

Attorney Charles Yesnick; Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLPL
- Williams v Superior Grocers

Attorney Francis Bennett; Los Angeles County Public Defender
- People v Salguero Smith Bojour

Attorney James B. Cohoon; Bistline, Cohoon, and Luymes
- Jessica Richens v Stater Bros

Attorney Scott Kamin; Law Offices of Scott T. Kamin
- Nixon v Village of North Chicago

Attorney Gilda Chavez; Hamilton, Miller & Birthisel
- Jackelin Gutierrez v Caribbean Cruises Ltd.

Attorneys Dannelle Fleites & Alan Feldman; Lydecker Diaz
- Willie Frank Robinson v Oerther Foods, dba McDonald's - *testified at deposition*

Attorney Vincent Tien
- Parra v City of Santa Ana - *testified at deposition and trial, Federal Court*

Attorney Nereyda Higuera; San Bernardino County Public Defender
- People v Thomas E. Cooper

Attorney Tyler Whitmer, Quinn, Emanuel, Urquhart, and Sullivan, LLP
- No Doubt v Activision - *testified at deposition*

Attorney Murrey Correa; LA County Public Defender
- People v Joseph Carrillo - *testified at trial*

Attorney Kasey Castillo; Lackie, Dammeier & McGill
- People v Enoch Jeremy Clark - *testified at trial*

Attorney Kerri Rollins; Anwyl, Scoffield, & Stepp, LLP:
- Tolle v Paramount Petroleum Corp.

Attorney David M. Bixby, Santa Maria Public Defender
- People v Jesus Quevado

Attorney Tom Steelman & Joshua Knight; Riverside County Public Defender:
- People v Johnson

Attorney Tony Sain; Manning & Kass, Ellrod, Ramirez, Trester LLP
- Estate of Allen Kephart v County of San Bernardino (2012)
- Sandra Salazar v County of San Bernardino (2017)

Attorney Wyeth Burrows; Wood, Smith, Henning, & Berman, LLP
- Alcala v SureFire

Attorney Pamela Jones; Los Angeles County Public Defender
- People v Baldwin
- People v Thompson
- People v Kevin Odonnell

Attorney John Simonetti; Marino & Simonetti
- Hegg v IKEA

Attorney Lyssa Anderson; Kaempfer, Crowell, Renshaw, and Gronauer
- Alma Chavez v Las Vegas Metropolitan Police

Attorney Anthony Brooklier; Marks & Brooklier, LLP
- People v Francis Coyote Shivers
- People v Kenny Trieu Du

Attorney Matthew McLean; Nielsen, Zehe & Antas, P.C.
- Anastopoulos v Cruz

Attorney Karl Fenske; Los Angeles County Public Defender
- People v Quino
- People v Cornwell - *testified at trial*

Attorney Lazuli Whitt; Office of Cliff Gardner, Attorney at Law
- People v Bulos Paul Zumot - *testified in court at Habeas corpus hearing*

Attorney Michael Waldinger; Los Angeles County Public Defender
- People v Gutier Hernandez
- People v Edwin Soto

Attorneys Jose Colon, Binh Dang, & Greg Gonzales; Los Angeles County Public Defender
- People v Javier Herrera

Attorney Tanya Scharot, Edwards Wildman
- Annie Tian v CVS

Attorney Kevin Smith; Milano and Wanat LLC
- Estate of Mila Rainof v R & M Trucking

Attorney Johan El-Farra; Los Angeles County Public Defender
- People v Sundee Randall

Attorney Robin D. Dal Soglio; Dal Soglio & Martens LLP
- Beltran v Fortune Enterprise Holdings, Inc

Attorney Won Sook; DeCarlo & Shanley
- Casa v Carpenters Union, et.al.

Attorney Robin Ginsburg; Los Angeles County Public Defender
- People v Pierre Facusse

Attorney Michael Olecki; Grodsky & Olecki LLP
- Almex USA Inc v Vista Metals Corp

Attorney Lauri Brenner; Los Angeles County Public Defender
- People v Dennis Brown

Attorney Leslie F. Levy; Levy, Vinick, Burrell, Hyams
- Sun v Safeway Inc

Attorney Stephen Hsu; Baker & Associates
- Murafetis v Heidt, et.al.

Attorney Kimberly Hoffman; Morris James LLP
- New Castle County v Pike Creek Recreational Services

Attorney Tim Kral; Manning & Kass
- Fuchs v County of Los Angeles
- Garcia & Perez v City of Monterey Park

Attorney Rafael Nones; Las Vegas Public Defenders
- State of Nevada v James McNamara

Attorney Angela Powell; Manning & Kass, Ellrod, Ramirez, Trester LLP
- David Cunningham, III v The Regents of the University of California
- Claudius Gaines v The Regents of the University of California

Attorneys Megan Hitchcock & Deborah Peterson; Mark R. Weiner & Associates (State Farm)
- Victoria Luchkina v Yun-Shia Perng; Shih C. Mei

Attorney Summer Bridges; Manning & Kass, Ellrod, Ramirez, Trester LLP
- Perry Alexander Jr. v City of Gardena et.al.

Attorney Larry Rogers; Power Rogers & Smith P.C.
- Miriam Alvarez v Ketchum, et.al.
- LaReese Thomas et.al. v Prairie Materials et.al.

Attorney Daniel Tiktin; Los Angeles County Public Defender
- People v Billy Morales

Attorney Geoffrey Plowden, City of Los Angeles
- Vachel Howard v City of Los Angeles
- Torres v City of Los Angeles

Attorney Even Pena; Paul, Plevin, Sullivan & Connaughton LLP
- Paredes v Pipegear

Attorney Zachary J. McCready; Zachary McCready & Associates
- People v Aaron Garcia - *testified at trial*

Attorney Brett Berman; Law Office of Brett Berman
- Lauren Mo-Sun v Alejo Mo-Sun

Attorney Michael Stone-Malloy; The Lion's Law Office
- Oglesby et.al. v LACMTA

Attorney Steve Urias; Los Angeles County Public Defender
- People v Amanda Calkins
- People v Della Jo Espinoza

Attorney Daniel Marshall; Los Angeles County Public Defender
- People v David Moreno

Attorney David Fox & Ben Coughlan; Los Angeles County Public Defender
- Harwell v Sureride Charter

Attorney Elizabeth Greenwood; Los Angeles County Public Defender
- Maurice Miles v Bradley Nielson

Attorney Alana Segal; Law Offices of Alana Segal P.C.
- People v Yale Yurman

Attorney Tim C. Holleman; Boyce Holleman & Associates
- Brianna Medina v Hard Rock Cafe

Attorney Mary Burton; Los Angeles County Public Defender
- People v Raul Villalobos

Attorney Lola Perez; Law Offices of Albert Perez
- State of Tennessee v Brandon Vandenburg

Attorney Kevin Mooney & Jonathan Skorheim; Minyard Morris LLP
- Sajadi v Saadatkhah

Attorney Harry Stern; Rains Lucia Stern
- People v Parham

Attorney Lisa Simons; Law Offices of Robert W Lyons
- United States v Emmanuel Sua
- United States v Orozco

Attorney Maryam Assad; Law Office of Maryam Assad
- Tanveer Hussain v Malik

Attorney Marilyn Spiegel & Mike Dimond; Young, Spiegel, & Lee LLP
- Ezzuddin v Ezzuddin

Attorney Hirad Dadgostar; Dadgostar Law, LLP
- Ruiz v NBC Universal - *testified at deposition*

Attorney Barry Hassenberg; Lewis Brisbois Bisgaard & Smith LLP
- Thomas v City of Fullerton

Attorney Amy Pope; Manning & Marder, Kass Ellrod Ramirez LLP
- Hertz v Voss Enterprises (McDonalds)

Attorney Michael Sindell, Los Angeles County Defender
- People v Convario Williams

Attorney Paul Grech, Law Offices of Paul Grech Jr.
- People v Victor Ramirez - *testified in trial*

Attorney April Blackwood, Los Angeles County Public Defender
- People v James Fairly

Attorney Michael Declass, Declass Burkett & Thompson, LLP
- Vallejo v Santa Ana Unified School District - *testified at deposition*

Troy Locanti, Private Investigator
- Backman v Pierce County & King County, Washington

Attorney Marilyn Victor, Manning & Marder, Kass Ellrod Ramirez LLP
- Shane Chase v Jerry Lizarraga, et al.

Attorney Jeannine Stewart, Law Offices of Jeannine Stewart
- People v Charles Sandlin

Attorney Martin Holly, Manning & Marder, Kass Ellrod Ramirez LLP
- Trang Le Truong v Target Corp.

Attorney Stacie Bilyeu, Askinosie & Bilyeu, LLC
- People of MO v Chad Luthy

Attorney Lynn Shinto, Law Offices of Devirian & Shinmoto
- Associated Ready Mixed Concrete, Inc v Granite Construction, et al.

Attorney Luis Carrillo, Law Office of Luis Carrillo
- Penelope Armstrong v County of Los Angeles

Attorney Yarrow Neubert, San Bernardino County Public Defender
- People v Alfred Woods

Attorney Lucas See, Hardy County Prosecuting Attorney's Office
- State of WV v Jerud Crites

Attorney Gary Wigodsky, Los Angeles County Public Defender
- People v Brandon Golden-Taliferro

Attorney Forrest Lowry, Lowry & Hendrix
- US v Ahmad Salim Salti

Attorney Michael Amaro
- Hector Leon, v Golf N' Stuff
- O'Neil v Chaps Leasing (2017)

Attorney Danielle Lincors, Bremer Whyte, Brown & O'Meara, LLP
- Darlene Jones, et al. v Volkswagen of Van Nuys

William Jackson, Private Investigator
- People v William Rios

Attorney April Blackwood, Los Angeles County Public Defender
- People v Charles Brenes

Attorney Susan Roe, Los Angeles County Public Defender
- People v Tyron Graham

Attorney Amanda Gregory, Gregory & Waldo
- State of NV v Eric Loftin

Attorney Rita Badhan, Los Angeles County Public Defender
- People v Kevin Scott

Attorney Scott Spindel, Melnick & Spindel
- People v John Pulskamp

Attorney Tim Krall, Manning & Marder, Kass Ellrod Ramirez LLP
- Joseph Connolly v UC Regents

Attorney Vicki Podberesky, Nastier, Hirsch, Podberesky & Khero
- US v Joey Aguiar & Mariano Ramirez

# Corporate Clients (selected)

Comcast • Kroger • State Farm • StudioCom.com for Miller Beer • Target • Rhino Records • UBS Investment Bank • Los Angeles District Attorney • Pepperdine University • Fridgidaire • Fox Broadcasting • CNN • Research Magazine & AdvisorOne.com • Los Angeles County Office of Education • Magnes Museum • Yahoo! • New England Cable News • Aish Hatorah • PORAC LDF - Peace Officers Research Association • Marvelous Entertainment • Hollywood Forever Cemetery • SpiderDance.com • ZentropyPartners.com, for GM • Chai Lifeline • Los Angeles Public Defenders Office • Myositis Association • Santa Monica-Malibu Unified School District • National Association of Hispanic Journalists • Fandango.com • Disney Educational Productions • City of Santa Monica • City of Los Angeles • County of Los Angeles • University of California, Los Angeles Regents • Bob Abel, Synapse Technologies, for IBM • Financial News Network • McDonalds • The Learning Channel • Jewish Federation of Greater Los Angeles • Transcription Company • University of California, San Francisco • Animaction • PetSmart • Albertsons • Safeway • JC Penny • Walmart • Liberty Mutual Insurance

# References

## From attorney Michael Schwartz

I have retained David Notowitz and his company presently and in the past as a forensic video and audio expert for three high profile criminal cases which garnered national attention as well as several smaller cases. It has been my experience that Mr. Notowitz's depth of experience, thorough investigative techniques, and diligent and professional demeanor mean that no video or audio detail is left behind.

Moreover, the evidence he creates for use in court is easy to use, professionally packaged, and the highest quality.

NCAVF has always been easily accessible and available to answer any questions we have within minutes. I have found their work to be first rate, be it courtroom testimony that disarms the judge and jury with straightforward, honest explanations of complicated, technical issues, or the professional, courteous, and helpful manner in which they have addressed my questions and needs over the years.

I have found that because he has worked with such a variety of surveillance video files, Mr. Notowitz understands the pitfalls and weaknesses of each security video system, and he helps us to best utilize the evidence in each case.

It's my pleasure to recommend Mr. Notowitz. If you have any questions or wish to discuss the matter further, please do not hesitate to contact me.

*Michael Schwartz, Esq.*
*Rains Lucia Stern St. Phalle & Silver*

## From attorney Rudie Baldwin

My Defense firm retained NCAVF to enhance video surveillance footage of an alleged trip and fall accident that occurred at a bowling alley.

NCAVF not only enlarged and enhanced the footage, but also made a very astute observation that Plaintiff was talking on her cell phone at the time of the accident, and hence, was not paying attention!

The enhancements and observations of NCAVF played a substantial role in settling the matter for the costs of defense; a figure significantly lower than the multi-million dollar settlement demand made by the Plaintiff.

Mr. Notowitz is friendly, hard-working and has a great sense of humor. If you are looking for a forensic audio or video expert, you need not look any further!

*Rudie D. Baldwin, Esq.*
*Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP*

## From attorney Bobby Schwartz

To Whom It May Concern,
It is my pleasure to write this letter on behalf of Mr. David Notowitz. Throughout the years I have utilized his services in many cases. Most notably, Mr. Notowitz testified in a first degree murder case. There was a discrepancy in a tape recorded conversation between the defendant and an informant. Through Mr. Notowitz's expert testimony it was established the tape did not purport what the district attorney had claimed, resulting in an acquittal of first degree murder.

In another matter there was a recorded tape showing the defendant committing in essence, a "beer run." It was alleged the defendant used a gun. Using Mr. Notowitz, we were able to prove no gun was involved in the commission of the crime. The gun charge was dismissed and we were able to reach a just disposition. These are but a couple examples of Mr. Notowitz's abilities to testify and present evidence in a court of law. He makes an excellent witness. He is able to relate to a  jury and present evidence in a meaningful manner.

In any case I receive whenever there is tape or a video recording, I automatically send it to Mr. Notowitz. He has become an integral part of my practice in defending people charged with a crime. I would recommend his skill and expertise to any lawyer in any situation. Should you have any questions, please do not hesitate to contact my office.

Very truly yours,
*Robert I. Schwartz*
*Farley Casey Schwartz & Powell*


### From attorney Andrew Mallett

I had the pleasure of working with David Notowitz and his team at NCAVF for nearly a year in a federal civil rights lawsuit where recorded video footage played a central role in the case. NCAVF provided solid technical insight throughout the course of litigation and the result at trial would not have been possible without his team's ongoing expert assistance. When any case involves issues surrounding video or audio recordings, NCAVF is the go to forensic expert.

*Andrew Mallett*
*Wolfe & Wyman*


### From attorney Lazuli Whitt

I would absolutely recommend David Notowitz and NCAVF. I worked very closely with David who reviewed Lorex Security footage for a criminal case I worked on. David was prompt, professional, and brought to the table ideas I had not considered which proved invaluable for the case.

*Lazuli Whitt*
*Law Office of Cliff Gardner*


### From attorney Robert E. Gluck

I just wanted to send this testimonial regarding the work of Forensic Expert Motti Gabler from your company. NCAVF helped me secure a significant six figure settlement for my client on a personal injury case in Florida where there was a denial of liability by the defense due to what they claimed were pixilation issues with an image that distorted the video surveillance and made it appear as if a wet substance was on the ground when in reality it wasn't. Through your analysis, NCAVF was able to provide me the scientific evidence to "debunk" this defense theory. It was not until NCAVF got involved that the defense ever considered settling this case for any amount let alone the amount that we were able to recover, being one of the highest recoveries for this type of case I have ever obtained in thirty years of practicing law.


### From attorney Anthony Salerno

We were able to settle the case on favorable terms Friday. Your work on the video enhancement and side-by-side file, as well as your noticing the shadowing, was crucial in the DA's decision to do what they did. Thank you very much. I will be sure to have you on speed dial in the future.

*Anthony Salerno*
*Salerno Criminal Defense*

**From attorney Kasey Castillo:**

David Notowitz was an essential part of our defense team. Not only was he professional, but he was creative. David made countless presentation suggestions to the attorneys on the case that really allowed us to put forth important information and paint the clearest audio and video picture to the jury. We will not hesitate to call on David again in the future.

*Kasey Castillo*
*CASTILLO HARPER, APC*

**From attorney Richard Martin:**

The videos really helped us settle our case. I will enthusiastically recommend your company's services to anyone coming our way.

Richard Martin
Lamothe Law Firm

**From attorneys Bradley M. Cosgrove and Charles R. Haskins:**

David's attention to detail and work ethic are unmatched. We appreciated his ability to take on a complex video analysis in such a professional and thorough manner.

He was even better at trial, where his familiarity with technology and thoughtful explanation to the jury solidified our case in ways we never imagined possible.

Never have we worked with an expert so invested in his work and dedicated to his craft. His enthusiasm and responsiveness was truly appreciated. We would recommend David to anyone looking for a video forensic expert witness.

Speaking Engagements

- Digital Forensic Research Workshop, DFRWS (2020 United States and 2021 Australia)
- CALI Central Coast District, digital evidence training (2020)
- Office of Los Angeles City Attorney (2020)
- TEN on the 405 @ 4:05 (2020)
- Oregon State Bar Association (2020)
- CALI Orange District (2020)
- Beverly Hills Bar Association (2020)
- Multiple CLE classes in person and online at NCAVF (2020)
- CLE by the Sea, Salisbury, MA (2019)
- CALI Annual Private Investigators Conference (2019)
- Provisors Attorneys Century City (2019)
- TASAnet Webinar (2018)
- TEN Network in Pasadena (2018)
- Criminal Defense Lawyer's Club of San Diego (2018)
- North Orange County Bar Association
- MCLE training at NCAVF
- West Orange County Bar Association
- Mark R. Weiner & Associates
- Beverly Hills Bar Association
- San Francisco Bar Association
- Southeast District Bar Association
- Alameda County Bar Association
- Wilshire Bar Association
- Santa Barbara County Bar Association
- Eastern Bar Association of Los Angeles County
- Culver Marina Bar Association
- Whittier Law School Institute of Trial and Appellate Practice

- Wood, Smith, Henning & Berman LLP
- San Diego Public Defender
- Los Angeles County Alternative Public Defender
- Santa Maria Public Defender
- Riverside Public Defender
- Torrance Public Defender
- San Bernardino Public Defender
- California Association of Licensed Investigators (CALI) - Los Angeles Chapter
- California Association of Licensed Investigators (CALI) - San Fernando Valley Chapter
- Forensic Expert Witness Association (FEWA)
- Professional Investigators of California (PICA) - Los Angeles Chapter
- Annual meeting of PORAC
- National Convention of WEVA

Press - Forensic Video & Audio Consulting

- CNN, Erin Burnett Out Front, (TV interview)
- ABC News 5, Cleveland (TV interview)
- Insider (TV interview)
- Government Video (published article)
- Fox 11 Los Angeles (TV interview)
- Young Turks (TV interview)
- ABC National News (interview)
- KCBS San Francisco radio (interview)
- CBS TV news, Los Angeles (TV interview)
- ABC TV news, Los Angeles (TV interview)
- CW 6 TV news, San Diego (TV interview)
- WGN Chicago radio interview (interview)
- MSNBC interview (TV interview)
- USA Today (quoted in article)

Press for Documentary work

*New York Times, New York Post, Los Angeles Times, San Diego Union-Tribune Review,
Oakland Tribune, Philadelphia Inquirer, The Entertainment Report, The Jewish Week of NY,
Jewish Journal of Los Angeles, Standard of New Jersey*