# EXHIBIT 2




Friday, June 3, 2022

# Adelene Sanders v Southwest Airlines

**1.** This report was created by David Notowitz, owner of the National Center for Audio and Video Forensics, NCAVF, located at 6363 Wilshire Blvd., Suite 115, Los Angeles, CA 90048, 213-973-7811.

NCAVF is a full service audio, video, and digital files forensics company, providing clarification, analysis, and preparation of evidence used in mediation, arbitration, and court.

**2. Equipment and software used for this case to clarify the audio evidence**
  MacBook Pro, 16-inch, 2019, 2.4 Ghz 8-Core Intel Core i9, 32GB 2667 MHz DDR4, and AMD
    Radeon Pro 6700M 8GB and Intel UHD Graphics 630 1536 MB graphics cards
  iMac, late 2017, OS 11.1, 3.8 Ghz Quad-Core Intel Core i5, 64GB 2400 MHz DDR4 Ram,
    and a Radeon Pro 580 8GB video card
  iZotope RX 9 Advanced
  Adobe Premiere, version 22.1.2 (Build 1) and also version 22.2.0
  Adobe Audition version 22.0.4.49
  FFMPEG version 4.1.3 via Terminal
  Wondershare UniConverter version 12.6.3

**3. Receipt of evidence**
  Files delivered to NCAVF via NCAVF's ShareFile server on 4-14-2022:
    "Sanders video SAN000015 (1).mpg"
    "IMG_2218.MOV"
    "IMG_2219.MOV"
    "IMG_2220.MOV"
    "IMG_2221.MOV"

  File delivered to NCAVF via NCAVF's ShareFile server on 5-16-2022:
    "July 18, 2020.MOV"

**4. Converted file in preparation for analysis**
In order for files to be analyzed and clarified using NCAVF software, one file, specifically "Sanders video SAN000015 (1).mpg", required conversion into another format. Using UniConverter created the following:
"Sanders video SAN000015 (1), only audio, converted by UniConverter at 48000 Hz.wav"

---

Forensic Audio and Video Expert • Cellphone & Hard Drive Analysis • Accident Reconstruction • Surveillance Consultant    6363 Wilshire Boulevard, Suite 115
David@NCAVF.com                                                                                                             Los Angeles, CA  90048
NCAVF.com                          Recover. Analyze. Clarify. Prepare. Testify.                                             213-973-7811

**5. Initial evaluation of files and observations**

a) **"Sanders video SAN000015 (1).mpg" is an edited compilation video —** this is clear due to the dissolves used two times which smoothly connect three clips to each other. Based on the camera location, the first and third clip are from the same camera source, and the middle clip is from a different source.

b) **Sound is missing in file "Sanders video SAN000015 (1).mpg" —** The last clip of the three clips contained in this compilation video has no sound. Phones do not have the ability to mute sound, so most likely this last clip originally had audio that was purposefully edited out.

c) **Obvious signs of editing and video missing** — regarding compilation video "Sanders video SAN000015 (1).mpg", the dissolves between clips are approximately the length of 30 frames, or 1 second, meaning this length of video from the end of the first clip is overlapping the beginning of the following clip. In other words, at a minimum, 2 seconds of video evidence is obscured during each dissolve. There are 3 clips connected by 2 dissolves. Also, with "Sanders video SAN000015 (1).mpg" the shape, approximately a square aspect ratio, is not a common aspect ratio used by cameras on cellphones. It is not possible to know how much of the beginning or end of each clip has been purposely excluded from this compilation.

d) **Source of the video file "Sanders video SAN000015 (1).mpg" is YouTube** — this video is a screen capture of playback from YouTube, so is not original source video. Video has lost substantial image quality resolution due to video compression and due to the affects of playback on YouTube and subsequent screen capture. This compilation video has a very low resolution of 360x352 when the other videos in evidence, original files as they were recorded by the phone, are much higher resolution, 1920x1080, with a more rectangular shape common to videos recorded on smartphones. The compilation video is also not the original shape of the video recorded. The beginning and end of this video shows obvious signs of being captured from YouTube. As the compilation video ends and YouTube menu options appear, the fact that menu options are cut off on the left and right demonstrates that our version of the video evidence from the incident in question is likely missing both left and right sides of the video.

e) What tool was used to create this edited compilation video is unknown. However, the level of knowledge required to create "Sanders video SAN000015 (1).mpg" would also lend itself to shortening any clip as desired and removing audio as desired.

**6. Synchronization of video files**

In order to better understand the chronology of events in this matter, it is often helpful to synchronize all available audio and video elements into a single timeline and video. This allows the trier of fact to understand timing of events and to play one source of audio that comes from one video at the same time while watching another source of video or audio recorded simultaneously during the incident.

Adobe Premiere Pro was used to synchronize the video and audio files.

For example, this allowed the video "IMG_2221.MOV" to be used to hear audio that occurred during the third clip in "Sanders video SAN000015 (1).mpg".

Synchronization was accomplished through analyzing and matching metadata, using visual cues, and matching audio signals.

During the times when a video was not available for use, the text "NO VIDEO OR AUDIO" was added.

On the bottom right of the video, a running time counter was added to allow the exact identification of any individual video frame. Note that this timer is NOT an accurate reflexion of the total real time of the incident as it unfolded in the recorded video clips because it is unknown how much time passes between clip #1 and clip #2 in "Sanders video SAN000015 (1).mpg".

**7. Metadata analysis helped with the above described synchronization**

For each of the files named "IMG_22XX.MOV", the metadata contains specific information about the time of each file's creation in the fields named CREATE DATE, TRACK CREATE DATE, and MEDIA CREATE DATE. Very simply, the passage of time can be calculated between each file's CREATE DATE and each clip can be placed on the timeline accordingly. After synchronizing the files named "IMG_22XX.MOV", the audio and visual cues were used to synchronize the other 2 videos which each came from a different source.

**8. Clarifying and Analyzing Audio**

The dialogue involved in this matter required clarification to remove as much airplane noise as possible.

For the following files, the program iZotope RX9 and the audio filters listed below the filenames were used to create clarified versions of the audio:
   "Sanders video SAN000015 (1), only audio, converted by UniConverter at 48000 Hz.wav"
   "IMG_2218.MOV"
   "IMG_2219.MOV"
   "IMG_2220.MOV"
   "IMG_2221.MOV"

   Filters used:
   Spectral De-noise, De-hum, Silence, Gain, and Leveler.

For the file, "July 18, 2020.MOV", the audio program Adobe Audition was used to apply the following filters to create clarified versions of the audio:
   Capture Noise Print and then Noise Reduction, Normalize, Dynamics, Multiband Compressor, De-noise, Hard Limiter

This resulted in the following files containing clarified audio:
   "Sanders video SAN000015 (1), clarified by David, v3.wav"
   "IMG_2218, clarified by David Notowitz of NCAVF.wav"
   "IMG_2219, clarified by David Notowitz of NCAVF.wav"
   "IMG_2220, clarified by David Notowitz of NCAVF.wav"
   "IMG_2221, clarified by David Notowitz of NCAVF.wav"
   "July 18, 2020 Audio Extracted.wav"

These clarified audio files were added to the Adobe Premiere timeline, exactly synchronized to the original, non-clarified audio tracks. The non-clarified audio tracks were then muted.

**9. Creation of Forensic Transcript**

Using iZotope RX 9 Advanced and Adobe Premiere, the audio files were analyzed in order to create a transcript of all dialogue heard within the video files. Techniques used to explore the audio of the incident and create a transcript included critical listening, spectrogram analysis, and waveform analysis.

The transcript was visually added to the video and timed to scroll with dialogue at the same time as spoken.

**10. Slurring of words by Shelly Phillips**
In the process analyzing the video and audio evidence and creating a forensic transcript, during dozens of reviews of the dialogue, it became clear that Shelly Phillips is exhibiting speech impairment — loss of fine motor control in her pronunciation of letters and words, for example starting at 2:40:06 on the video.

**11. Delivery of files to NCAVF client**
On, 6-2-2022, the following video and audio files were delivered to client via NCAVF server:

> "Sanders video SAN000015 (1).mpg"
> "IMG_2218.MOV"
> "IMG_2219.MOV"
> "IMG_2220.MOV"
> "IMG_2221.MOV"
> "July 18, 2020.MOV"
>
> "Sanders video SAN000015 (1), clarified by David, v3.wav"
> "IMG_2218, clarified by David Notowitz of NCAVF.wav"
> "IMG_2219, clarified by David Notowitz of NCAVF.wav"
> "IMG_2220, clarified by David Notowitz of NCAVF.wav"
> "IMG_2221, clarified by David Notowitz of NCAVF.wav"
> "July 18, 2020 Audio Extracted.wav"

On, 6-3-2022, the following video file was delivered to client via NCAVF server:

> "Sequence B, Master Sync with Transcript.mp4"

**12. Experience of David Notowitz**
David Notowitz is the founder of NCAVF, based in Los Angeles. He is an Emmy award winning producer and multi-faceted video and audio forensic evidence expert. His specialties include television news, documentaries, and commercial video production. In 1986 he started Notowitz Productions, and in 1989 was hired to produce daily segments as a reporter for the Financial News Network (since bought by CNBC).

He has produced and edited corporate productions for clients such as Fox Broadcasting Company, Yahoo!, GM, The Learning Channel, Rhino Entertainment, Miller Beer, IBM, Disney, Fandango, Pepperdine University, University of California, City of Santa Monica, and UBS Investment Bank.

His company produced award winning films and documentaries, including *Voices of the Shoah: Remembrances Of The Holocaust* for Warner Bros., and the Emmy nominated *Carpati*, which was named by the *San Diego Union Tribune* as one of the top ten films of 1997. He was also the editor of the nationally acclaimed 1992 documentary *The Last Klezmer*.

Professional awards include a Los Angeles Emmy and two nominations and three CableACE nominations.

Mr. Notowitz has worked as a forensic video, audio, and still image expert on cases investigated by

Forensic Audio and Video Expert • Cellphone & Hard Drive Analysis • Accident Reconstruction • Surveillance Consultant
David@NCAVF.com
NCAVF.com
Recover. Analyze. Clarify. Prepare. Testify.
6363 Wilshire Boulevard, Suite 115
Los Angeles, CA  90048
213-973-7811

police officers, detectives, private investigators, insurance investigators, public defenders, and criminal defense attorneys with cases across California and the country.

His largest corporate clients includes Target, Kroger, Stater Bros, PetSmart, State Farm, Home Depot, and McDonalds.

Prominent court work as a forensic audio and video expert includes his involvement with the nationally covered Ivory Webb case and with the criminal case involving the death of homeless man Kelly Thomas in Fullerton, California. Television, radio, and print coverage of the cases included major national, international, and local news outlets, from the *Today Show* to *The Guardian* to the *New York Times*. Details of his contributions were written up in the PORAC Law Enforcement News. He also consulted as a video forensic expert for the television programs *The Insider* as well as WGN Chicago, USA Today, CNN, ABC News, Inside Edition, KCBS Radio & TV, and The Young Turks.

In late 2013 and early 2014 Mr. Notowitz was the sole audio and video forensic expert on the team defending Fullerton police officers Jay Cicinelli and Manuel Ramos in the death of Kelly Thomas. He worked the civil case for the same defendants and for Joe Wolfe, a third officer named in the civil case, until the case settled in November 2015.

Mr. Notowitz had another high profile criminal case March - April 2017 with People v Downey, Phelps, and Foster, in which three police officers were charged in the pursuit and arrest of a suspect after a two hour, high speed car chase that ended with the suspect stealing a horse and riding it into the high desert near Apple Valley, California. The arrest was captured by a news helicopter flying overhead and required 3D scene reconstruction.

In July 2018, Mr. Notowitz was asked by the state of Minnesota police oversight bureau to assist in the investigation of a controversial shooting in which two officers shot dead a suspect in the back as he ran away. The results of the video and audio clarification and analysis were released to the public just two weeks after the shooting and resulted in a decision by the county attorney to bring no criminal charges against the officers.

In 2019, NCAVF was hired in defense of People v Marc and Elizabeth Hokoana, a husband and wife charged in a shooting at the University of Washington campus prior to a planned talk by Milo Yiannopoulos. Synchronization of 400 videos led to deadlocked jury and case dismissal.

13. Full CV is attached separately, and below specifies testimony during the last four years:

> Attorney James Goldman; Berman, Berman, Berman, Schneider & Lowary LLP (2021)
> Rosa Quiroga v Super Center Concepts d/b/a Superior Grocers, *testified in deposition*
>
> Attorney Sean Clifford; Colorado Attorney General Office (2021)
> Attorney General of Colorado Police Investigation, *testified in front of Grand Jury*
>
> Attorney Teresa Huggins; Waymaker LLP (2020)
> Jorge Leyva v Sunnova Energy Corporation, *testified in arbitration*
>
> Attorney Minna Chan; Russ August & Kabat (2020)
> QC v Solatube, *testified in arbitration*
>
> Attorney Nicholas Renninger; Kozak, Davis & Renninger, P.C. (2019)
> State v Jeremy Durocher - *testified at hearing*

Forensic Audio and Video Expert • Cellphone & Hard Drive Analysis • Accident Reconstruction • Surveillance Consultant

David@NCAVF.com
NCAVF.com

Recover. Analyze. Clarify. Prepare. Testify.

6363 Wilshire Boulevard, Suite 115
Los Angeles, CA  90048
213-973-7811

Attorney Britt Evangelist and Ed Swanson, Swanson & McNamara (2019)
Appeal of Ajay Dev (2019) - *testified in court*

Attorney Charles R. Haskins & Bradley M. Cosgrove; Clifford Law Offices (2018)
Duda v Justice Park District - *testified in deposition and testified in trial*

14. NCAVF charges from $345 to $578.50 per hour for consulting, enhancement, and analysis, and $525 per hour for testifying in deposition or court.

To the best of my knowledge and information at this time, the foregoing is true and correct.

Signed __6-3-2022_____,

David Notowitz