# **EXHIBIT 3**

**Link to Notowitz video:**

https://victorrane428.sharefile.com/share/view/s35364806529e4cdcbfd3cdc298a47e5b