# EXHIBIT 4

## PNR Header

| | | | | | |
|---|---|---|---|---|---|
| **PNR:** | OB2CVI | **Flight No.:** | 577 | **Departure:** | 07 |
| **PAX Name:** | SANDERS, ADELENE P | **Origin:** | ONT | **Booking Date:** | 07 |
| **PAX No.:** | 1 | **Destination:** | LAS | **Booking Time:** | 12 |
| **Agent:** | ASMSAISDCR | **Agency:** | DALWN08AA | **Agent Duty Code:** | SU |
| **Reference PNR:** | | **Mkt Carrier:** | WN | **Code Share:** | N |
| **Ticket Type:** | Ticket | **Booking Source:** | Travel Agent | **Divide From:** | |
| **Res System:** | Altea | **Altea Group PNR:** | No | **Divide To:** | |

| Itinerary | Purchaser/TA | Passengers | Passenger Activity | PNR History | Remarks | Ticket | Fare Quote | VCR Show All | Show All |

## Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 577 | WN577 | ONT | LAS | 07/18/2020 5:35 PM | 07/18/2020 6:35 PM | D | HK | NN | | 1 | 07/18/2020 12:12 PM | ASMSAISDCR DAL WN08AA SU | DALWN08AA | |

## Passengers

| No | Passenger Name | Type | Code | Customer Account # | Customer Since | Tier Level | Customer Name | Customer Type | Booked On | Agent Info | Received From | Cancelled On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SANDERS, ADELENE P | ADT | | | | | | | 07/18/2020 12:11 PM | ASMSAISDCR DAL WN08AA SU | DALWN08AA | |

## Boarding Activity

**Passenger Activity for SANDERS, ADELENE P**

| Activity Date | PNR No | Dep Date | OPNG Carrier | OPNG Flt | MKTG Carrier | MKTG Flight No | ORG | DST | Activity Type | PAX Activity | Device Type | Device Type Desc | Board No | Board Grp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2020 12:06 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | SA | Seat Assigned | WEB | Internet | 41 | A |
| 07/18/2020 12:06 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | PC | Pax Check-in | WEB | Internet | 41 | A |
| 07/18/2020 12:06 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | PR | Pax Reprint | WEB | Internet | 41 | A |
| 07/18/2020 5:15 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | GO | Gate On | GAT | Gate Reader | 41 | A |
| 07/18/2020 5:52 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | GF | Gate Off | GAT | Gate Reader | 41 | A |
| 07/18/2020 5:57 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | RJ | Rejected | GTE | Gate Terminal Equipment | 41 | A |
| 07/18/2020 5:57 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | PU | Pax Un-Check | GTE | Gate Terminal Equipment | 41 | A |
| 07/18/2020 5:57 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | SU | Seat Un-Assigned | GTE | Gate Terminal Equipment | 41 | A |

## Baggage Activity

### Baggage Activity

**Bag Activity for SANDERS, ADELENE P**

| Activity Date | PNR No | Dep Date | OPNG Carrier | OPNG Flt | MKTG Carrier | MKTG Flight No | ORG | DST | Activity Type | PAX Activity | Device Type | Device Type Desc | Bags Chkd | Bag Tag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2020 3:18 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | BC | Bag Check-In | KST | Ticket Counter Kiosk | 1 | 0526718314 |
| 07/18/2020 5:57 PM | OB2CVI | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | BU | Bag Un-Check | GTE | Gate Terminal Equipment | 0 | 0526718314 |

### PNR Fare Quote

Please view **Tickets** for Fare Information.

### PNR Payment

 EX $48.98 USD 5262309484460

### PNR Ticketing Status

| | | | |
|---|---|---|---|
| **Ticket Type:** | Ticket | **Agent Info:** | ASMSAISDCR DALW |
| **Booking Source:** | Airline | **Received From:** | DALWN08AA |
| **Ticket Number:** | | **Cancelled On:** | |
| **Ticket Data:** | Change status | **Cancelled by Agent:** | |
| **Last Modified Date:** | 07/18/2020 12:11 PM | **Cancel Received From:** | |

### PNR Ticketing Status

| | | | |
|---|---|---|---|
| **Ticket Type:** | Ticket | **Agent Info:** | ASMSAISDCR DALW |
| **Booking Source:** | Airline | **Received From:** | DALWN08AA |
| **Ticket Number:** | | **Cancelled On:** | |
| **Ticket Data:** | Refund | **Cancelled by Agent:** | |
| **Last Modified Date:** | 07/18/2020 12:11 PM | **Cancel Received From:** | |

### Purchaser

| Purchaser Name | Purchaser ID | Organization | Received From | Booked On | Agent Info | Cancelled On | XLD by Ag |
|---|---|---|---|---|---|---|---|
| | | | DALWN08AA | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | | |

### Email

| PAX Name | Email | Email Type | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|
| | ▇▇▇▇▇▇▇▇ | | DALWN08AA | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | | |
| SANDERS, ADELENE | ▇▇▇▇▇▇▇▇ | Preferred | DALWN08AA | 07/18/2020 12:12 PM | ASMSAISDCR DALWN08AA SU | | |

### Address

**Billing Address**

Received From: DALWN08AA
Booked On: 07/18/2020 12:11 PM
Agent Info: ASMSAISDCR DALWN08AA SU

|  |  |
|---|---|
| **Name:** | |
| **Address Line 1:** | |
| **Address Line 2:** | |
| **City, State, Zipcode:** | |
| **Country:** | US |

## Phone

| PAX Name | Number | Type | Country Code | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|---|
| | | Information | | DALWN08AA | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | | |

## OSI Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | SSR DOCS ///▮▮▮/F//SANDERS/ADELENE/P/H | | |

## Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | IP_ADDRESS ▮▮▮ | | |
| 07/18/2020 12:12 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/SANDERS:ADELENE P ONT:LAS | | |
| 07/18/2020 8:59 PM | E87258 ONT WN01GL SU | DJ | PLS SEE ALL DOCUMENTATION IN PNR O5JG7B ONT CSS DELL | | |
| | | | PLS REFER TO PNR O5JG7B FOR INFORMATION REGARDING PASSENGER SANDERS. SHE IS THE ACTUAL PASSENGER WHO WAS DENIED BOARDING. | | |

## VCR Ticket Information

### ETicket Number 5262309484460

| | | | | | |
|---|---|---|---|---|---|
| **Pax Name:** | SANDERS/ADELENE P | **Issue Date:** | 07/18/2020 | **Expiration Date:** | 07/ |
| **Add/Collect:** | | **Customer Acct:** | | **Agent:** | ASI |
| **Reservation System:** | Altea | **Currency Rate:** | 0.0 | | SU |
| **Book Method:** | | **ARC No:** | | **Reservation Type:** | Sta |
| **Ticket Type:** | TKT | **Book Source:** | Airline | **Associated Ticket:** | |
| | | | | **Endorsements:** | NO ABI RAI |

**Sold Itinerary**

| Conn | Cpn No | MKTG Carrier | Flt No | OPNG Flt | Flt Date | Dep Time | Arr Time | ORG | DST | Fare Basis Code | Fare Dsgntr | Involu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | WN | 577 | WN577 | 08/02/2020 | 5:35 PM | 6:35 PM | ONT | LAS | DPMUNNR | | 0 |

**Coupon Actual Activity**

| Cpn No | Cpn Status | | | Flt No | Flt Date | ORG | DST | Fa |
|---|---|---|---|---|---|---|---|---|
| 1 | EXCHANGED/REISSUED | | 07/18/2020 12:12 PM | 577 | 08/02/2020 | ONT | LAS | DF |
| | ORIGINAL ISSUE (OPEN FOR USE) | | 07/18/2020 12:11 PM | | | | | |

## Forms of Payment

 **CC $10.10 USD 442743******9829**

 **BU $38.88 USD 9182470159333802**

## Fare Summary

| | | | | |
|---|---|---|---|---|
| Total Fare: 48.98 | Base Fare: 38.88 | Discount: | Total PFC Tax: | |
| Total ZP Tax: | Total AY Fee: 5.60 | Total US Tax: | Total Intl Tax: | |
| Custom Fee: | Fed Insp Fee: | Aphis Fee: | Fuel SurChrg: | |
| Total VAT Tax: | | | | |

| Seq Num | Fare Basis Code | Fare Family | FSType | Travel Date | ORG | DST | Conn Ct | CNT | ZP Tax | PFC Tax | SEC Tax | Base Fare | DOM Fare | Intl Fare | Cust Fee | Fed Insp Fee | Aphis Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DPMUNNR | WGA | | 08/02/2020 | ONT | LAS | 0 | | ONT: 4.50 | ONT: 4.50 | ONT: 4.50 | 38.88 | | | | | |

### ETicket Number 5262309484509

| | | | | | |
|---|---|---|---|---|---|
| Pax Name: | SANDERS/ADELENE P | Issue Date: | 07/18/2020 | Expiration Date: | 07/... |
| Add/Collect: | | Customer Acct: | | Agent: | ASM |
| Reservation System: | Altea | Currency Rate: | 0.0 | | SU |
| Book Method: | | ARC No: | | Reservation Type: | Sta |
| Ticket Type: | TKT | Book Source: | Airline | Associated Ticket: | |
| | | | | Endorsements: | WA -BG |

**Sold Itinerary**

| Conn | Cpn No | MKTG Carrier | Flt No | OPNG Flt | Flt Date | Dep Time | Arr Time | ORG | DST | Fare Basis Code | Fare Dsgntr | Involu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | WN | 577 | WN577 | 07/18/2020 | 5:35 PM | 6:35 PM | ONT | LAS | DPMUNNR | | 0 |

**Coupon Actual Activity**

| Cpn No | Cpn Status | | Flt No | Flt Date | ORG | DST | Fa |
|---|---|---|---|---|---|---|---|
| 1 | REFUNDED | 07/18/2020 8:10 PM | 577 | 07/18/2020 | ONT | LAS | DP |
| | ORIGINAL ISSUE (OPEN FOR USE) | 07/18/2020 8:10 PM | | | | | |
| | AIRPORT CONTROL | 07/18/2020 7:57 PM | | | | | |
| | CHECKED IN | 07/18/2020 2:06 PM | | | | | |
| | ORIGINAL ISSUE (OPEN FOR USE) | 07/18/2020 12:12 PM | | | | | |

## Forms of Payment

⇄ **EX $48.98 USD 5262309484460**

## Fare Summary

| | | | | |
|---|---|---|---|---|
| Total Fare: 48.98 | Base Fare: 38.88 | Discount: | Total PFC Tax: | |
| Total ZP Tax: | Total AY Fee: 5.60 | Total US Tax: | Total Intl Tax: | |
| Custom Fee: | Fed Insp Fee: | Aphis Fee: | Fuel SurChrg: | |
| Total VAT Tax: | | | | |

| Seq Num | Fare Basis Code | Fare Family | FSType | Travel Date | ORG | DST | Conn Ct | CNT | ZP Tax | PFC Tax | SEC Tax | Base Fare | DOM Fare | Intl Fare | Cust Fee | Fed Insp Fee | Aphis Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DPMUNNR | WGA | | 07/18/2020 | ONT | LAS | 0 | | ONT: 4.50 | ONT: 4.50 | ONT: 4.50 | 38.88 | | | | | |

## History ↻

### Recorded 07/18/2020 12:11 PM

**Booked Itinerary**

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On | XLD Ag... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On | XLD Agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **577** | WN577 | ONT | LAS | 08/02/2020 5:35 PM | 08/02/2020 6:35 PM | D | HK | NN | | 1 | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | 07/18/2020 12:12 PM | ASM DAL U |

## OSI Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | SSR DOCS ////▇▇▇/F//SANDERS/ADELENE/P/H | | |

## Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | IP_ADDRESS ▇▇▇<br>NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/SANDERS:ADELENE P ONT:LAS | 07/18/2020 12:12 PM | ASM R DA AA S |

## Purchaser

| Purchaser Name | Purchaser ID | Organization | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|
| | | | DALWN08AA | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | | |

## Email

| PAX Name | Email | Email Type | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|
| | ▇▇▇ | | DALWN08AA | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | | |
| SANDERS, ADELENE | ▇▇▇ | Preferred | DALWN08AA | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | | |

## Phone

| PAX Name | Number | Type | Country Code | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|---|
| | ▇▇▇ | Information | | DALWN08AA | 07/18/2020 12:11 PM | ASMSAISDCR DALWN08AA SU | | |

## Address

**Billing Address**

Received From: DALWN08AA
Booked On: 07/18/2020 12:11 PM
Agent Info: ASMSAISDCR DALWN08AA SU

Name:
Address Line 1: ▇▇▇
Address Line 2:
City, State, Zipcode: ▇▇▇
Country: US



## PNR Payment

 CC $10.10 USD 442743******9829

 BU $38.88 USD 9182470159333802

### PNR Ticketing Status

#### Ticket Number 5262309484460

| | | | |
|---|---|---|---|
| Ticket Type: | Ticket | Agent Info: | ASMSAISDCR DALWN |
| Booking Source: | Airline | Received From: | DALWN08AA |
| Ticket Data: | Change status | Cancelled On: | |
| Last Modified Date: | 07/18/2020 12:11 PM | Cancelled by Agent: | |
| | | Cancel Received From: | |

### PNR Ticketing Status

#### Ticket Number 5262309484509

| | | | |
|---|---|---|---|
| Ticket Type: | Ticket | Agent Info: | ASMSAISDCR DALWN |
| Booking Source: | Airline | Received From: | DALWN08AA |
| Ticket Data: | Refund | Cancelled On: | |
| Last Modified Date: | 07/18/2020 12:11 PM | Cancelled by Agent: | |
| | | Cancel Received From: | |

## Recorded 07/18/2020 12:12 PM

### Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **577** | WN577 | ONT | LAS | 07/18/2020 5:35 PM | 07/18/2020 6:35 PM | D | HK | NN | | 1 | 07/18/2020 12:12 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | |

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 12:12 PM | ASMSAISDCR DALWN08AA SU | DALWN08AA | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/SANDERS:ADELENE P ONT:LAS | | |

### PNR Payment

 EX $48.98 USD 5262309484460

## Recorded 07/18/2020 8:59 PM

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 8:59 PM | E87258 ONTWN01GL SU | DJ | PLS SEE ALL DOCUMENTATION IN PNR O5JG7B ONT CSS DELL<br><br>PLS REFER TO PNR O5JG7B FOR INFORMATION REGARDING PASSENGER SANDERS. SHE IS THE ACTUAL PASSENGER WHO WAS DENIED BOARDING. | | |