# EXHIBIT 5

## PNR Header

| | | | | | |
|---|---|---|---|---|---|
| **PNR:** | O5JG7B | **Flight No.:** | 379 | **Departure:** | 07 |
| **PAX Name:** | PHILLIPS, SHELLY | **Origin:** | ONT | **Booking Date:** | 07 |
| **PAX No.:** | 1 | **Destination:** | LAS | **Booking Time:** | 11 |
| **Agent:** | ASMSAISDCR | **Agency:** | DALWN08AA | **Agent Duty Code:** | SU |
| **Reference PNR:** | | **Mkt Carrier:** | WN | **Code Share:** | N |
| **Ticket Type:** | Ticket | **Booking Source:** | Travel Agent | **Divide From:** | |
| **Res System:** | Altea | **Altea Group PNR:** | No | **Divide To:** | |

| Itinerary | Purchaser/TA | Passengers | Passenger Activity | PNR History | Remarks | Ticket | Fare Quote | VCR Show All | Show All |

### Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 379 | WN379 | ONT | LAS | 07/19/2020 10:25 AM | 07/19/2020 11:25 AM | D | HK | TK | | 1 | 07/18/2020 8:05 PM | NCE1A0955 SU | COP WN | |

### Passengers

| No | Passenger Name | Type | Code | Customer Account # | Customer Since | Tier Level | Customer Name | Customer Type | Booked On | Agent Info | Received From | Cancelled On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PHILLIPS, SHELLY | ADT | | | | | | | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | DALWN08AA | |

### Boarding Activity

Passenger Activity for PHILLIPS, SHELLY

| Activity Date | PNR No | Dep Date | OPNG Carrier | OPNG Flt | MKTG Carrier | MKTG Flight No | ORG | DST | Activity Type | PAX Activity | Device Type | Device Type Desc | Board No | Board Grp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2020 9:06 AM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | SA | Seat Assigned | WEB | Internet | 38 | A |
| 07/18/2020 9:06 AM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | PR | Pax Reprint | WEB | Internet | 38 | A |
| 07/18/2020 9:06 AM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | PC | Pax Check-in | WEB | Internet | 38 | A |
| 07/18/2020 5:16 PM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | GO | Gate On | GAT | Gate Reader | 38 | A |
| 07/18/2020 5:52 PM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | GF | Gate Off | GAT | Gate Reader | 38 | A |
| 07/18/2020 5:57 PM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | PU | Pax Un-Check | GTE | Gate Terminal Equipment | 38 | A |
| 07/18/2020 5:57 PM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | SU | Seat Un-Assigned | GTE | Gate Terminal Equipment | 38 | A |
| 07/18/2020 5:57 PM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | RJ | Rejected | GTE | Gate Terminal Equipment | 38 | A |
| 07/18/2020 6:04 PM | O5JG7B | 07/18/2020 | WN | 577 | WN | 577 | ONT | LAS | DT | Disruption Transfer | GTE | Gate Terminal Equipment | 38 | A |

| Date | PNR | Dep Date | OPNG Carrier | OPNG Flt | MKTG Carrier | MKTG Flight No | ORG | DST | Activity Type | PAX Activity | Device Type | Device Type Desc | Bags Chkd | Bag Tag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/2020 6:05 PM | O5JG7B | 07/19/2020 | WN | [379](#) | WN | 379 | ONT | LAS | PC | Pax Check-in | UNK | Unknown | 53 | A |
| 07/18/2020 6:05 PM | O5JG7B | 07/19/2020 | WN | [379](#) | WN | 379 | ONT | LAS | SA | Seat Assigned | UNK | Unknown | 53 | A |
| 07/18/2020 6:11 PM | O5JG7B | 07/19/2020 | WN | [379](#) | WN | 379 | ONT | LAS | PU | Pax Un-Check | UNK | Unknown | 53 | A |
| 07/18/2020 6:20 PM | O5JG7B | 07/19/2020 | WN | [379](#) | WN | 379 | ONT | LAS | RJ | Rejected | GTE | Gate Terminal Equipment | 53 | A |
| 07/18/2020 6:20 PM | O5JG7B | 07/19/2020 | WN | [379](#) | WN | 379 | ONT | LAS | SU | Seat Un-Assigned | GTE | Gate Terminal Equipment | 53 | A |

## Baggage Activity

### Bag Activity for PHILLIPS, SHELLY

| Activity Date | PNR No | Dep Date | OPNG Carrier | OPNG Flt | MKTG Carrier | MKTG Flight No | ORG | DST | Activity Type | PAX Activity | Device Type | Device Type Desc | Bags Chkd | Bag Tag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No Baggage Activity was found | | | | | | | | | | | | | | |

## PNR Fare Quote

Please view [Tickets](#) for Fare Information.

## PNR Payment

⇄ EX $48.98 USD 5262309475491

## PNR Ticketing Status

| | | | |
|---|---|---|---|
| **Ticket Type:** | Ticket | **Agent Info:** | ASMSAISDCR DALW DALWN08AA |
| **Booking Source:** | Airline | **Received From:** | |
| **Ticket Number:** | | **Cancelled On:** | |
| **Ticket Data:** | Change status | **Cancelled by Agent:** | |
| **Last Modified Date:** | 07/18/2020 11:03 AM | **Cancel Received From:** | |

## PNR Ticketing Status

| | | | |
|---|---|---|---|
| **Ticket Type:** | Ticket | **Agent Info:** | ASMSAISDCR DALW DALWN08AA |
| **Booking Source:** | Airline | **Received From:** | |
| **Ticket Number:** | | **Cancelled On:** | |
| **Ticket Data:** | Refund | **Cancelled by Agent:** | |
| **Last Modified Date:** | 07/18/2020 11:03 AM | **Cancel Received From:** | |

## Purchaser

| Purchaser Name | Purchaser ID | Organization | Received From | Booked On | Agent Info | Cancelled On | XLD by Ag |
|---|---|---|---|---|---|---|---|
| | | | DALWN08AA | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | | |

| PAX Name | Email | Email Type | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|

| PAX Name | Email | Email Type | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|
| | | | DALWN08AA | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | | |
| PHILLIPS, SHELLY | | Preferred | DALWN08AA | 07/18/2020 11:05 AM | ASMSAISDCR DALWN08AA SU | | |

## Address

**Billing Address**

Received From: DALWN08AA
Booked On: 07/18/2020 11:03 AM
Agent Info: ASMSAISDCR DALWN08AA SU

Name:
Address Line 1:
Address Line 2:
City, State, Zipcode:
Country: US

## Phone

| PAX Name | Number | Type | Country Code | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|---|
| | | Information | | DALWN08AA | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | | |

## OSI Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | DALWN08AA | SSR DOCS ////           /F//PHILLIPS/SHELLY//H | | |

## Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | DALWN08AA | IP_ADDRESS | | |
| 07/18/2020 8:05 PM | ONTWN01GL SU | COP WN | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/PHILLIPS:SHELLY ONT:LAS | | |
| 07/18/2020 8:05 PM | NCE1A0955 SU | COP WN | DISRUPTION TRANSFER DUE TO IROPS/PHILLIPS:SHELLY ONT:LAS | | |
| 07/18/2020 8:41 PM | E87258 ONT WN01GL SU | DJ | SAID SHE FELT HARRASSED BY ME AND THE FLIGHT ATTENDANTS BY KEEP ASKING IF SHE HAD SOMETHING TO COVER UP. SHE SAID SHE TOLD | | |
| | | | BATHING SUIT WITH SHORTS… FLIGHT ATTENDANT ASKED HER TO COVER UP AND THE PASSENGER FELT HARRASSED AND CLAIMED RACISM CALLING | | |
| | | | THE PASSENGER THAT THE REQUEST HAS BEEN MADE TO COVER UP HER OUTFIT. I ASKED IF SHE HAD ANYTHING IN HER BAG TO PUT ON…SHE | | |
| | | | THE FLIGHT ATTENDANT THE INSULTING NAME OF KAREN. CSS DELL WAS CALLED TO AC TO SPEAK WITH PASSENGERS. CSS DELL EXPLAINED TO | | |
| | | | THE FA THAT SHE DIDNT AND ASKED IF WE HAD A BLANKET. | | |
| | | | PASSENGER WAS ASKED TO COVER UP REVEALING SPANDEX OUTFIT THAT SHOWED MOST OF BACK SIDE AND HIPS ..SIMILAR TO A MONOKINI | | |
| 07/18/2020 8:54 PM | E87258 ONT WN01GL SU | ARDWEB AU TO FLY PER FORMED | I APOLOGIZED TO PASSENGER FOR HER FEELING THIS WAY BUT WE STILL NEEDED FOR HER TO COVER UP OUTFIT. THEN THE PASSENGER ONT CSS DELL | | |
| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |

| | | | |
|---|---|---|---|
| | | | ONT CSS DELL |
| | | | CALLING ATTORNEYS. PASSENGER VERY IRRATE AND CONTINUED TO CURSE IN GATE AREA. THIS WAS A TERRIBLE SITUATION FOR ALL INVOLVED |
| | | | PASSENGER THAT THEY COULD NOT TRAVEL AND THE INSULTS CONTINUED. THEY DID COME OF FLIGHT AND TOLD US THAT THEY ARE FILMING AND |
| | | | THE CREW ADVISED ME THAT THEY WERE NOT COMFORTABLE WITH HER TRAVELING AND ASKED FOR ME TO REMOVE PASSENGER. I ADVISED |
| | | | MENTIONED THAT ANOTHER PASSENGER DIDNT HAVE BREASTS AND NEEDED TO COVER HER CHEST BUT WE WERENT ASKING HER TO COVER UP. I |
| | | | AND PUT IT ON. |
| | | | CREW TOLD ME THEY WERE COMFORTABLE WITH HER TRAVELING DUE TO THE INSULTS AND FELT UNCOMFORTABLE. |
| | | | KEPT APOLOGIZING SHE FELT WE WERE HARRASSING HER. BY THIS TIME ANOTHER PASSENGER OUTFIT OFFERED HIS T SHIRT-SHE ACCEPTED IT |
| | | | I THANKED THE PASSENGER FOR ACCEPTING SHIRT AND WENT TO FRONT OF AC. I ADVISED THE CREW THAT SHE PUT ON A SHIFT AND THEN THE |
| 07/18/2020 8:56 PM | E87258 ONT WN01GL SU | ARDWEB AUTO EOT PERFORMED | PASSENGER ADELENE WAS THE ACTUAL PASSENGER -- SHELLY WAS TRAVELING WITH HER... MY APOLOGIES FOR DOCUMENTING THIS PNR |

## VCR Ticket Information

### ETicket Number 5262309475491

| | | | | | |
|---|---|---|---|---|---|
| **Pax Name:** | PHILLIPS/SHELLY | **Issue Date:** | 07/18/2020 | **Expiration Date:** | 07/ |
| **Add/Collect:** | | **Customer Acct:** | | **Agent:** | ASI |
| **Reservation System:** | Altea | **Currency Rate:** | 0.0 | | SU |
| **Book Method:** | | **ARC No:** | | **Reservation Type:** | Sta |
| **Ticket Type:** | TKT | **Book Source:** | Airline | **Associated Ticket:** | |
| | | | | **Endorsements:** | NO ABI RAI |

**Sold Itinerary**

| Conn | Cpn No | MKTG Carrier | Flt No | OPNG Flt | Flt Date | Dep Time | Arr Time | ORG | DST | Fare Basis Code | Fare Dsgntr | Involu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | WN | **577** | WN577 | 08/02/2020 | 5:35 PM | 6:35 PM | ONT | LAS | DPMUNNR | | 0 |

**Coupon Actual Activity**

| Cpn No | Cpn Status | | | | Flt No | Flt Date | ORG | DST | Fa |
|---|---|---|---|---|---|---|---|---|---|
| 1 | EXCHANGED/REISSUED ORIGINAL ISSUE (OPEN FOR USE) | | 07/18/2020 11:05 AM 07/18/2020 11:03 AM | | **577** | 08/02/2020 | ONT | LAS | DP |

## Forms of Payment

 CC $10.10 USD 442743******9829

 BU $38.88 USD 9182470159334065

## Fare Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Fare:** | 48.98 | **Base Fare:** | 38.88 | **Discount:** | | **Total PFC Tax:** | |
| **Total ZP Tax:** | | **Total AY Fee:** | 5.60 | **Total US Tax:** | | **Total Intl Tax:** | |
| **Custom Fee:** | | **Fed Insp Fee:** | | **Aphis Fee:** | | **Fuel SurChrg:** | |
| **Total VAT Tax:** | | | | | | | |

| Seq Num | Fare Basis Code | Fare Family | FSType | Travel Date | ORG | DST | Conn Ct | CNT | ZP Tax | PFC Tax | SEC Tax | Base Fare | DOM Fare | Intl Fare | Cust Fee | Fed Insp Fee | Aphi Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DPMUNNR | WGA | | 08/02/2020 | ONT | LAS | 0 | | ONT: 4.50 | ONT: 4.50 | ONT: 4.50 | 38.88 | | | | | |

## ETicket Number 5262309475586

| | | | | | |
|---|---|---|---|---|---|
| **Pax Name:** | PHILLIPS/SHELLY | **Issue Date:** | 07/18/2020 | **Expiration Date:** | 07/ |
| **Add/Collect:** | | **Customer Acct:** | | **Agent:** | ASM |
| **Reservation System:** | Altea | **Currency Rate:** | 0.0 | | SU |
| **Book Method:** | | **ARC No:** | | **Reservation Type:** | Sta |
| **Ticket Type:** | TKT | **Book Source:** | Airline | **Associated Ticket:** | |
| | | | | **Endorsements:** | WA -BC |

### Sold Itinerary

| Conn | Cpn No | MKTG Carrier | Flt No | OPNG Flt | Flt Date | Dep Time | Arr Time | ORG | DST | Fare Basis Code | Fare Dsgntr | Involu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | WN | 379 | WN379 | 07/19/2020 | 10:25 AM | 11:25 AM | ONT | LAS | DPMUNNR | | I |

### Coupon Actual Activity

| Cpn No | Cpn Status | | Flt No | Flt Date | ORG | DST | Fa |
|---|---|---|---|---|---|---|---|
| 1 | REFUNDED | 07/18/2020 8:11 PM | 379 | 07/19/2020 | ONT | LAS | DP |
| | ORIGINAL ISSUE (OPEN FOR USE) | 07/18/2020 8:11 PM | | | | | |
| | CHECKED IN | 07/18/2020 8:05 PM | | | | | |
| | ORIGINAL ISSUE (OPEN FOR USE) | 07/18/2020 8:05 PM | | | | | |
| | AIRPORT CONTROL | 07/18/2020 7:57 PM | | | | | |
| | CHECKED IN | 07/18/2020 11:06 AM | | | | | |
| | ORIGINAL ISSUE (OPEN FOR USE) | 07/18/2020 11:05 AM | | | | | |

## Forms of Payment

 **EX $48.98 USD 5262309475491**

## Fare Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Fare:** | 48.98 | **Base Fare:** | 38.88 | **Discount:** | | **Total PFC Tax:** | |
| **Total ZP Tax:** | | **Total AY Fee:** | 5.60 | **Total US Tax:** | | **Total Intl Tax:** | |
| **Custom Fee:** | | **Fed Insp Fee:** | | **Aphis Fee:** | | **Fuel SurChrg:** | |
| **Total VAT Tax:** | | | | | | | |

| Seq Num | Fare Basis Code | Fare Family | FSType | Travel Date | ORG | DST | Conn Ct | CNT | ZP Tax | PFC Tax | SEC Tax | Base Fare | DOM Fare | Intl Fare | Cust Fee | Fed Insp Fee | Aphis Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DPMUNNR | WGA | | 07/19/2020 | ONT | LAS | 0 | | ONT: 4.50 | ONT: 4.50 | ONT: 4.50 | 38.88 | | | | | |

## History ↺

### Recorded 07/18/2020 11:03 AM

#### Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On | XLD Age |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 577 | WN577 | ONT | LAS | 08/02/2020 5:35 PM | 08/02/2020 6:35 PM | D | HK | NN | 1 | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | DALWN08 AA | 07/18/2020 11:05 AM | ASM DAL U |

#### OSI Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agen |
|---|---|---|---|---|---|
| 07/18/2020 11:03 AM | ASMSAISDCR DALWN08 AA SU | DALWN08A A | SSR DOCS ////▓▓▓▓▓▓/F//PHILLIPS/SHELLY//H | | |

## Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | DALWN08AA | IP_ADDRESS <br><br> NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/PHILLIPS:SHELLY ONT:LAS | 07/18/2020 11:05 AM | ASMSAISDCR DALWN08AA SU |

## Purchaser

| Purchaser Name | Purchaser ID | Organization | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|
| | | | DALWN08AA | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | | |

## Email

| PAX Name | Email | Email Type | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|
| | | | DALWN08AA | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | | |
| PHILLIPS, SHELLY | | Preferred | DALWN08AA | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | | |

## Phone

| PAX Name | Number | Type | Country Code | Received From | Booked On | Agent Info | Cancelled On | XLD by Agent |
|---|---|---|---|---|---|---|---|---|
| | | Information | | DALWN08AA | 07/18/2020 11:03 AM | ASMSAISDCR DALWN08AA SU | | |

## Address

**Billing Address**

Received From: DALWN08AA
Booked On: 07/18/2020 11:03 AM
Agent Info: ASMSAISDCR DALWN08AA SU

Name:
Address Line 1:
Address Line 2:
City, State, Zipcode:
Country: US

## PNR Payment

 CC $10.10 USD 442743******9829

 BU $38.88 USD 9182470159334065

## PNR Ticketing Status

### Ticket Number 5262309475491

| Ticket Type: | Ticket | Agent Info: | ASMSAISDCR DALWN |
| Booking Source: | Airline | Received From: | DALWN08AA |
| Ticket Data: | Change status | Cancelled On: | |

| | |
|---|---|
| Last Modified Date: | 07/18/2020 11:03 AM |
| | |
| Cancelled by Agent: | |
| Cancel Received From: | |

## PNR Ticketing Status

### Ticket Number 5262309475586

| | | | |
|---|---|---|---|
| Ticket Type: | Ticket | Agent Info: | ASMSAISDCR DALWN |
| Booking Source: | Airline | Received From: | DALWN08AA |
| Ticket Data: | Refund | Cancelled On: | |
| Last Modified Date: | 07/18/2020 11:03 AM | Cancelled by Agent: | |
| | | Cancel Received From: | |

## Recorded 07/18/2020 11:05 AM

### Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 577 | WN577 | ONT | LAS | 07/18/2020 5:35 PM | 07/18/2020 6:35 PM | D | HK | NN | | 1 | 07/18/2020 11:05 AM | ASMSAISDCR DALWN08AA SU | DALWN08AA | 07/18/2020 8:05 PM |

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Age |
|---|---|---|---|---|---|
| 07/18/2020 11:05 AM | ASMSAISDCR DALWN08AA SU | DALWN08A A | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - GGAMAUSHAZ/PHILLIPS:SHELLY ONT:LAS | 07/18/2020 8:05 PM | ONTV L SU |

### PNR Payment

 EX $48.98 USD 5262309475491

## Recorded 07/18/2020 8:05 PM

### Booked Itinerary

| Flt No | OPNG Flt | ORG | DST | Dep Date | Arr Date | Fare Class | Status | Orig | Conn | No of Seats | Booking Date | Agent Info | Received From | Cancelled On | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 379 | WN379 | ONT | LAS | 07/19/2020 10:25 AM | 07/19/2020 11:25 AM | D | HK | TK | | 1 | 07/18/2020 8:05 PM | NCE1A0955 SU | COP WN | | |
| 379 | WN379 | ONT | LAS | 07/19/2020 10:25 AM | 07/19/2020 11:25 AM | D | TK | TK | | 1 | 07/18/2020 8:05 PM | ONTWN01GL SU | COP WN | 07/18/2020 8:05 PM | |

### OSI Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Ager |
|---|---|---|---|---|---|
| 07/18/2020 8:05 PM | NCE1A0955 SU | 1APUB/ATL | SK PROT REACC BKG PROTECTION ONT:LAS/PHILLIPS:SHELLY | 07/18/2020 8:05 PM | NCE1 SU |

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Ager |
|---|---|---|---|---|---|
| 07/18/2020 8:05 PM | ONTWN01G L SU | COP WN | NOTIFY PASSENGER PRIOR TO TICKET PURCHASE & CHECK-IN: FEDERAL LAWS FORBID THE CARRIAGE OF HAZARDOUS MATERIALS - | Cancelled On | XLD Ager |

|  |  |  |  |
|---|---|---|---|
|  | GGAMAUSHAZ/PHILLIPS:SHELLY ONT:LAS |  |  |
| 07/18/2020 8:05 PM | NCE1A0955 SU | COP WN | DISRUPTION TRANSFER DUE TO IROPS/PHILLIPS:SHELLY ONT:LAS |

## Recorded 07/18/2020 8:41 PM

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 8:41 PM | E87258 ON TWN01GL SU | DJ | SAID SHE FELT HARRASSED BY ME AND THE FLIGHT ATTENDANTS BY KEEP ASKING IF SHE HAD SOMETHING TO COVER UP. SHE SAID SHE TOLD |  |  |
|  |  |  | BATHING SUIT WITH SHORTS… FLIGHT ATTENDANT ASKED HER TO COVER UP AND THE PASSENGER FELT HARRASSED AND CLAIMED RACISM CALLING |  |  |
|  |  |  | THE PASSENGER THAT THE REQUEST HAS BEEN MADE TO COVER UP HER OUTFIT. I ASKED IF SHE HAD ANYTHING IN HER BAG TO PUT ON…SHE |  |  |
|  |  |  | THE FLIGHT ATTENDANT THE INSULTING NAME OF KAREN. CSS DELL WAS CALLED TO AC TO SPEAK WITH PASSENGERS. CSS DELL EXPLAINED TO |  |  |
|  |  |  | THE FA THAT SHE DIDNT AND ASKED IF WE HAD A BLANKET. |  |  |
|  |  |  | PASSENGER WAS ASKED TO COVER UP REVEALING SPANDEX OUTFIT THAT SHOWED MOST OF BACK SIDE AND HIPS ..SIMILAR TO A MONOKINI |  |  |

## Recorded 07/18/2020 8:54 PM

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 8:54 PM | E87258 ON TWN01GL SU | ARDWEB AUTO EOT PERFORMED | I APOLOGIZED TO PASSENGER FOR HER FEELING THIS WAY BUT WE STILL NEEDED FOR HER TO COVER UP OUTFIT. THEN THE PASSENGER |  |  |
|  |  |  | ONT CSS DELL |  |  |
|  |  |  | CALLING ATTORNEYS. PASSENGER VERY IRRATE AND CONTINUED TO CURSE IN GATE AREA. THIS WAS A TERRIBLE SITUATION FOR ALL INVOLVED |  |  |
|  |  |  | PASSENGER THAT THEY COULD NOT TRAVEL AND THE INSULTS CONTINUED. THEY DID COME OF FLIGHT AND TOLD US THAT THEY ARE FILMING AND |  |  |
|  |  |  | THE CREW ADVISED ME THAT THEY WERE NOT COMFORTABLE WITH HER TRAVELING AND ASKED FOR ME TO REMOVE PASSENGER. I ADVISED |  |  |
|  |  |  | MENTIONED THAT ANOTHER PASSENGER DIDNT HAVE BREASTS AND NEEDED TO COVER HER CHEST BUT WE WERENT ASKING HER TO COVER UP. I |  |  |
|  |  |  | AND PUT IT ON. |  |  |
|  |  |  | CREW TOLD ME THEY WERE COMFORTABLE WITH HER TRAVELING DUE TO THE INSULTS AND FELT UNCOMFORTABLE. |  |  |
|  |  |  | KEPT APOLOGIZING SHE FELT WE WERE HARRASSING HER. BY THIS TIME ANOTHER PASSENGER OUTFIT OFFERED HIS T SHIRT-SHE ACCEPTED IT |  |  |
|  |  |  | I THANKED THE PASSENGER FOR ACCEPTING SHIRT AND WENT TO FRONT OF AC. I ADVISED THE CREW THAT SHE PUT ON A SHIFT AND THEN THE |  |  |

## Recorded 07/18/2020 8:56 PM

### Remarks

| Booking Date | Agent | Received From | Text | Cancelled On | XLD Agent |
|---|---|---|---|---|---|
| 07/18/2020 8:56 PM | E87258 ON TWN01GL SU | ARDWEB AUTO EOT PERFORMED | PASSENGER ADELENE WAS THE ACTUAL PASSENGER -- SHELLY WAS TRAVELING WITH HER… MY APOLOGIES FOR DOCUMENTING THIS PNR |  |  |