# EXHIBIT 6

Flight Date: 7/18/2020
Flight Number: 577
Origin City: ont
Destination City: las

| rec_loc | seq_orig | seq_dest | pax_lst_nme | pax_fst_nme | pax_mid_nme | DOB | M/F | pax_code | bp_grp | bp_grp_seq_num | actv_ts_lcl | devc_type | pstn_loc | RES_SYS_ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HZCR6 | ONT | LAS | (redacted) | PATRICIA | | | M | Pax Un-Check | A | 40 | 7/18/2020 12:59:22 PM | UNK | | 1A |
| GSSR4 | ONT | LAS | LANDRUM | (redacted) | | | M | Pax Un-Check | A | 16 | 7/18/2020 2:02:13 PM | Internet | | 1A |
| 7HX | ONT | LAS | (redacted) | (redacted) | | | F | Pax Un-Check | A | 28 | 7/18/2020 4:28:58 PM | Internet | | 1A |
| N2LYK | ONT | LAS | CHAPMAN-HUMES | CHERYL | | | F | Gate On | A | 42 | 7/18/2020 5:10:06 PM | Gate Reader | 3 | 1A |
| HUV | ONT | LAS | KUHLMAN | BILLY | | | M | Gate On | A | 27 | 7/18/2020 5:10:15 PM | Gate Reader | 3 | 1A |
| 94B | ONT | LAS | BARICHERE | ERICA | | | F | Gate On | A | 37 | 7/18/2020 5:10:21 PM | Gate Reader | 3 | 1A |
| DDDW | ONT | LAS | (redacted) | (redacted) | | | F | Gate On | A | 23 | 7/18/2020 5:10:25 PM | Gate Reader | 3 | 1A |
| LODDDW | ONT | LAS | MUELLER | DOUGLAS | | | M | Gate On | J | 1 | 7/18/2020 5:10:50 PM | Gate Reader | 3 | 1A |
| NEIAL | ONT | LAS | WILSON | RANDI | | | F | Gate On | A | 18 | 7/18/2020 5:11:12 PM | Gate Reader | 3 | 1A |
| K8BT | ONT | LAS | MIER | STEVEN | | | M | Gate On | A | 17 | 7/18/2020 5:11:15 PM | Gate Reader | 3 | 1A |
| K4BT | ONT | LAS | SEXTON | KAITLYN | | | F | Gate On | A | 22 | 7/18/2020 5:11:23 PM | Gate Reader | 3 | 1A |
| FRZXC | ONT | LAS | (redacted) | (redacted) | | | M | Gate On | A | 19 | 7/18/2020 5:11:27 PM | Gate Reader | 3 | 1A |
| KX78O | ONT | LAS | (redacted) | (redacted) | | | F | Gate On | A | 35 | 7/18/2020 5:11:33 PM | Gate Reader | 3 | 1A |
| DUX | ONT | LAS | SOLIS | AMBROSE | | | M | Gate On | A | 33 | 7/18/2020 5:11:36 PM | Gate Reader | 3 | 1A |
| DUX | ONT | LAS | (redacted) | (redacted) | | | M | Gate On | A | 34 | 7/18/2020 5:11:40 PM | Gate Reader | 3 | 1A |
| LJUX | ONT | LAS | HEITZ | KALAH | | | F | Gate On | A | 29 | 7/18/2020 5:11:43 PM | Gate Reader | 3 | 1A |
| JUCOAB | ONT | LAS | LIEPELT | ALANA | | | F | Gate On | A | 30 | 7/18/2020 5:11:50 PM | Gate Reader | 3 | 1A |
| QEZV | ONT | LAS | VO | LINDA | | | F | Gate On | A | 31 | 7/18/2020 5:12:34 PM | Gate Reader | 3 | 1A |
| TWLCI | ONT | LAS | (redacted) | (redacted) | | | F | Gate On | A | 36 | 7/18/2020 5:12:40 PM | Gate Reader | 3 | 1A |
| C78C | ONT | LAS | (redacted) | (redacted) | | | M | Gate On | A | 40 | 7/18/2020 5:12:45 PM | Gate Reader | 3 | 1A |
| FEBXP | ONT | LAS | BARTA | SYDNEY | | | M | Gate On | A | 20 | 7/18/2020 5:12:56 PM | Gate Reader | 3 | 1A |
| 6S6W | ONT | LAS | (redacted) | (redacted) | | | M | Gate On | A | 26 | 7/18/2020 5:13:03 PM | Gate Reader | 3 | 1A |
| 2ZHH | ONT | LAS | HANEY | ALEXANDRIA | | | F | Gate On | A | 45 | 7/18/2020 5:13:10 PM | Gate Reader | 3 | 1A |
| XHE | ONT | LAS | WEBB | ADAM | | | M | Gate On | A | 39 | 7/18/2020 5:13:13 PM | Gate Reader | 3 | 1A |
| UFOZ | ONT | LAS | CHRISTENSON | JULIE | | | F | Gate On | A | 25 | 7/18/2020 5:13:17 PM | Gate Reader | 3 | 1A |
| VJFUN | ONT | LAS | (redacted) | (redacted) | | | M | Gate On | A | 21 | 7/18/2020 5:13:22 PM | Gate Reader | 3 | 1A |
| 4S6W | ONT | LAS | LUNA | CATHERINE | | | F | Gate On | A | 43 | 7/18/2020 5:14:12 PM | Gate Reader | 3 | 1A |
| 34W6 | ONT | LAS | SEKONA | TUUHETOKA | | | M | Gate On | A | 44 | 7/18/2020 5:14:16 PM | Gate Reader | 3 | 1A |
| DWR63 | ONT | LAS | (redacted) | (redacted) | | | M | Gate On | A | 48 | 7/18/2020 5:14:20 PM | Gate Reader | 3 | 1A |
| KPLZ | ONT | LAS | KOSHAK | CELIA | | | F | Gate On | A | 32 | 7/18/2020 5:14:25 PM | Gate Reader | 3 | 1A |
| JERK6R | ONT | LAS | MUNOZ | MONICA | | | F | Gate On | A | 46 | 7/18/2020 5:14:32 PM | Gate Reader | 3 | 1A |
| JJCVI | ONT | LAS | GIZAW | SARA | | | F | Gate On | A | 47 | 7/18/2020 5:14:36 PM | Gate Reader | 3 | 1A |
| IG7B | ONT | LAS | SANDERS | ADELENE | | | F | Pax Un-Check | A | 41 | 7/18/2020 5:57:38 PM | Gate | | 1A |
| | ONT | LAS | PHILLIPS | SHELLY | | | F | Pax Un-Check | A | 38 | 7/18/2020 5:57:48 PM | Gate | | 1A |