# EXHIBIT 8



## 4.4 Irregular Customer Situations
**Revised: 03/06/2015**

There are various scenarios involving difficult Customers. Most of these scenarios are easily resolved by the Agent; some require a written report to law enforcement authorities; and, although rare, some situations require law enforcement intervention on the scene.



## 4.4.2 Customers Unacceptable for Travel
**Revised: 03/06/2015**

[14 CFR Part 121.586]
Under certain circumstances, it is necessary for Southwest Airlines to refuse to transport a Customer or to deplane a Customer prior to reaching his final destination. Use good judgment and common sense to determine if a Customer is unacceptable for boarding or if a Customer should be removed.

The following types of persons are considered unacceptable for travel, and unless they meet the definition of an individual with a disability, we do not knowingly accept them for passage on Southwest Airlines:

1. Any person who is stretcher-borne.
2. Any person with a mental or physical condition who requires physical restraint by an escort or some type of device, or who might become violent and cause injury, harm, and/or discomfort to other Customers or Employees.
3. Any person who may endanger his own or another Customer's health, safety, or comfort because of (but not limited to) any of the following:
   - Appears to be intoxicated
   - Appears to be under the influence of drugs
   - Is or has been known to be disorderly, abusive, offensive, threatening, intimidating, or violent
   - Is barefoot and over five years of age
   - Is unable to sit with the seatback in the full, upright position with the seatbelt fastened
   - Has a contagious disease
   - Has an offensive odor, except when the individual's condition is the result of a disability

- Wears, or has on or about his person, a concealed or unconcealed deadly or dangerous weapon(s), unless that person is a properly authorized armed individual in accordance with FARs
- Is in restraints and in the custody of law enforcement personnel, or has resisted escorts
- Has misrepresented a condition unacceptable for passage, which becomes evident upon arrival at the airport
- Is under the age of 14 days, unless the attending physician approves the travel in writing
- Is unwilling or unable to abide by the no smoking rules

When confronted with any of these issues, always consult a CRO and CSC.

Where safety is concerned, the final decision concerning the acceptance or refusal of Customers rests with the Captain.



### 4.4.5 Customers Who Appear Intoxicated
Revised: 07/11/2018

[14 CFR Part 121.575]

14 CFR Part 121.575(c) prohibits Southwest Airlines from allowing anyone onboard who appears to be intoxicated. This includes revenue Customers, nonrevenue Customers, Employees, and Flight Crew Members. Any Customer who appears intoxicated must be denied boarding for the remainder of his scheduled day of travel, without exception.

Signs of intoxication include, but are not limited to:
- Pupils slow to dilate and contract
- Bloodshot or "glassy" eyes
- Loose muscle tone
- Poor balance (e.g., swaying, staggering)
- Odor of alcohol
- Trembling hands
- Slurred speech
- Delayed or no response to questions
- Disorientation

A Customer who exhibits these signs may not necessarily be intoxicated (e.g., the Customer has underlying medical issues, Customers with disabilities). Employees must use good judgment when determining if a Customer appears intoxicated.

If it is determined that a Customer appears intoxicated, the Customer Service Employee must:
1. Deny the Customer boarding for the remainder of his scheduled day of travel.
2. Rebook the Customer for the following day.
3. Document the Customer's PNR regarding the situation.
4. Complete an online Irregularity Report via SOPI on SWALife.
5. Complete the Denied Boarding Report.

The following information is from 14 CFR Part 121.575:
1. No person may drink any alcoholic beverage aboard an aircraft unless the certificate holder operating the aircraft has served that beverage to him.

2. No certificate holder may serve any alcoholic beverage to any person aboard any of its aircraft if that person appears to be intoxicated.
3. **No certificate holder may allow any person to board any of its aircraft if that person appears to be intoxicated.**

If reasonable cause exists to suspect that a Flight Crew Member is under the influence of alcohol or drugs while on duty, Employees are to follow these procedures:

1. Follow the guidance per Southwest Airlines Drug and Alcohol Policies to determine if the working Flight Crew Member appears to be under the influence of drugs or alcohol.
2. If the First Officer or an Inflight Crew Member appears to be under the influence, notify the Captain and coordinate communication with the Network Operations Control (NOC).
OR
3. If the Captain appears to be under the influence, notify the First Officer and coordinate communication with the NOC.
4. Complete an online *Irregularity Report* via SOPI on SWALife.

## 4.4.6 Refusal of Passage
Revised: 03/06/2015

In questionable cases, the Station Manager, or Supervisor on duty contacts the Customer Service Coordinator (CSC) and determines the acceptability of a Customer for transportation. If it is decided that a Customer is to be refused transportation, care must be exercised to tactfully advise the Customer out of hearing range of other Customers. If the situation involves a Customer with disabilities, the CRO on duty must be involved in the decision.

## 4.4.7 Customer Attire
Revised: 07/01/2020

Southwest Airlines does not have a dress code policy for revenue Customers.

The following are guidelines to use when addressing a Customer's attire:

- Customers should only be approached about what they are wearing if, as stated in the *Contract of Carriage*, the Customer's clothing is "lewd, obscene, or patently offensive."
- Contact local law enforcement if the situation involves indecent exposure.
- Customer interaction should only be initiated if it is impossible to avoid an escalated situation and should take place before the Customer has boarded the aircraft.
- Once on the plane, if anyone approaches an Employee with concerns or complaints about another Customer's clothing, explain that the Customer in question is not going to be addressed directly.
- Ask what can be done to make the concerned Customer's trip better (e.g., offering Southwest LUV Vouchers [issued by an Above the Wing Supervisor]).
- Only have a conversation with a Customer about his attire if there is no alternative, and do so privately and discreetly.

## 4.4.8 Incident Characterizations
Revised: 11/07/2018

For ease of reference, Southwest Airlines has designated three incident characterizations, each with a suggested procedure for Agent conduct:

**Offensive Behavior or Non-Compliance**
- Involves a Customer who presents a problem because of verbal abuse. This can usually be resolved by the Agent, with or without help from the Above the Wing Supervisor or intervention from any other source.
- Does not require law enforcement involvement.
- Generally does not require any followup by the Agent involved.
  - Example:
    - A Customer who has been verbally abusive but voluntarily complies with the Agent's request.
  - Procedure:
    - The Agent should complete an online *Irregularity Report* via SOPI on SWALife if he believes followup is required.
      Note: The online *Irregularity Report* must be completed within 24 hours of the incident.

**Continued/Repeated Offensive Behavior or Non-Compliance**
- Involves a Customer who must be denied boarding or removed from the aircraft.
- Has no physical assault involved (see category below).
- Involves a Customer who appears to be intoxicated, refuses to comply with instructions or warnings given by an Agent, and/or interferes with safety.
  – Examples:
    ○ A continuation of verbal abuse.
    ○ Absolute refusal to comply with FAA regulations.
    ○ Operation of unauthorized electronic equipment.
  – Procedure:
    ○ Attempt to defuse the situation.
    ○ Notify the Above the Wing Supervisor of the disturbance.
    ○ Complete an online *Irregularity Report* via SOPI on SWALife.
    ○ Report any denied boarding to an Above the Wing Supervisor so that a Denied Boarding Report can be completed.

**Threat of Flight Safety**
- This incident characterization is a serious incident involving the safety of a flight (in the air or on the ground) resulting in the need to involve law enforcement authorities.
- Includes any situation that requires an Employee performing a safety-sensitive function to leave his duties to resolve a problem.
- Includes any physical confrontation or assault that takes place involving the Agent and/or Customer(s).
  Examples:
  – Unauthorized possession of weapons or contraband.
  – Any continued or aggressive disturbances involving alcohol or drugs.
  – A breach of security (e.g., bomb threats, hijacking threats, weapons).
  – Any incident that requires an unscheduled landing due to an interference/disturbance incident.

This type of incident involves a Customer's violation of FAA regulations. Each situation is analyzed individually based on the effect it had on the safety of the flight. Federal law prescribes penalties for Crew interference: substantial civil penalties, criminal fines, or imprisonment.
Procedure:
– The Captain notifies the appropriate Ground Operations and/or Dispatch Employees, who in turn notify law enforcement authorities to meet the flight.
– The Agent completes an online *Irregularity Report* via SOPI on SWALife.
– The Agent reports any denied boarding to an Above the Wing Supervisor so that a Denied Boarding Report can be completed.
– The Captain completes an online *Irregularity Report* via SOPI on SWALife.
– The Flight Attendant completes an online *Irregularity Report* via SOPI on SWALife.
– Law enforcement reports are completed as necessary.
– Further documentation may thereafter be requested by Southwest Airlines and law enforcement authorities.
  Note: An Agent may be asked to meet with law enforcement personnel or to testify in court regarding criminal proceedings brought against offending Passengers. In that event, the Agent:
    ○ Will be paid for any time involved for court appearances during a related criminal proceeding brought by law enforcement authorities.
    ○ Will be given nonrevenue must ride passes for travel related to the criminal proceeding.