# EXHIBIT 9

Case 2:21-cv-00451-DDP-MRW Document 84-6 Filed 08/08/22 Page 2 of 10 Page ID #:1504



## 11.12 Customer Misconduct

**Revised: 06/03/2020**

From time to time Flight Attendants may encounter a Customer whose behavior is unacceptable and/or offensive. Your training prepares you to redirect behavior using words and empathy:

SWA 000082

1. **Ask the Customer to comply (ethical appeal).**

   People usually comply when they like or respect the person making the request.

2. **Set the context (rational appeal).**

   Explain why compliance is necessary. Try not to mention federal regulations or Company policies just yet. Setting the context also helps a Customer calm down enough for you to reason with him.

3. **Present options (personal appeal).**

   By creating and presenting options to the Customer, we paint a picture of what will happen as a result of choosing one of the options. Begin by explaining what the Customer has to gain by complying. As a last resort, explain what the Customer could lose by not complying.

4. **Confirm (practical appeal).**

   Make sure that all opportunities to gain voluntary compliance from the Customer have been exhausted. This can be accomplished by asking this key question: "Is there anything I can do, within the rules, that will allow us to work this out?" This step gives the Customer one final chance to comply.

   These techniques may de-escalate a situation before it results in deplanement of a Customer, or grows into a more serious verbal or physical conflict. However, if the Customer refuses to comply after the ethical, rational, personal, and practical appeals:

5. **Act (determine appropriate action).**

   Follow the procedures outlined below.

## 11.12.1 Threatening Behavior

**Revised: 06/03/2020**

Refer to Flight Attendant Sensitive Security Information for specific direction if a Customer's behavior includes **threatening** actions such as:

- Those described in the Flight Attendant Sensitive Security Information, Threat Levels
- Physical abuse
- Interference with duties required of a Crew Member

## 11.12.2 Non-Threatening Behavior

**Revised: 06/03/2020**

In the rare event you are unable to redirect a Customer's unacceptable, **non-threatening** behavior, the following are required:

- Obtain identification and a physical description of the Customer. Record details from the ID card, if possible (e.g., driver license number, date of birth).

**Note:** A Customer involved in an incident who refuses requests to render ID is handled in the same manner as a Level 1 threat. Refer to Flight Attendant Sensitive Security Information, Level 1.

SWA 000083

**Note:** If a Customer refuses to provide identification or if you suspect the information provided to you is false, notify the Captain promptly of the need to obtain correct information from law-enforcement authorities after landing. A Customer involved in an incident who refuses requests to render ID is handled in the same manner as a Level 1 threat. Refer to Flight Attendant Sensitive Security Information, Level 1.

- Document names, addresses, and phone numbers of witnesses—at least three, if possible.
- Each Flight Attendant onboard files an Irregularity Report (refer to 11.37.3 Irregularity Report).

Also:

- If the aircraft is at the gate:
  - Ask the Above the Wing Supervisor or Operations Agent to assist in handling the situation
  - Refer to 11.12.3 Deplaning/Refusal of Customer for procedure
  - Notify the Captain and follow instructions
- If the aircraft is in flight:
  - Ensure that all Crew Members are aware of the situation as soon as possible. Be specific and communicate in plain language
  - Follow the Captain's instructions

The following offer additional guidance for specific, unacceptable behaviors.

SWA 000084

Case 2:21-cv-00451-DDP-MRW Document 84-6 Filed 08/08/22 Page 5 of 10 Page ID #:1507



### 11.12.3 Deplaning/Refusal of Customer

**Revised: 06/03/2020**

The responsibility for making decisions concerning acceptance or refusal of Passengers rests with the Captain after consulting with all three Flight Attendants, First Officer (if pertinent), and the appropriate Ground Operations personnel.

Before asking the Captain for a decision, ensure that all Flight Attendants have conferred about the Passenger(s) in question.



SWA 000085



## 11.16 Discrimination

**Revised: 06/03/2020**

This section contains information on discrimination.

### 11.16.1 Race, Creed, or Color

**Revised: 06/03/2020**

Southwest Airlines provides equal service to all Customers regardless of race, creed, or color. If a Customer objects to riding with another Customer based on race, creed, or color, the objector should be advised of the airline's policy and that airlines are required by law to carry all persons who comply with federal regulations. The Customer may be given the option of an immediate refund or making reservations on a later flight.



SWA 000086



## 11.25 Intoxicated Passengers

**Revised: 07/07/2020**

[14 CFR Part 121.575]

A person who appears to be intoxicated must not be allowed to board the aircraft.

During boarding, if a Passenger appears to be intoxicated:

- Notify the Captain and other Crew Members.

  **Note:** The Captain makes the final decision on whether the Passenger is permitted for travel.

- Request assistance from the Operations Agent.
- Complete an Irregularity Report within 24 hours of the incident.

**Note:** A person who appears to be intoxicated may not be accepted for travel.

Signs of intoxication include, but are not limited to:

- Pupils slow to dilate and contract
- Bloodshot or “glassy” eyes
- Loose muscle tone
- Poor balance (e.g., swaying/staggering)
- Odor of alcohol
- Trembling hands
- Slurred speech
- Delayed or no response to questions
- Disorientation

**Note:** Similar symptoms may appear in a person who is not intoxicated, but suffering from a diabetic insulin reaction/coma. Refer to 7.2.4 Illness/Injury Treatment Guidelines.

**Note:** No person onboard may drink an alcoholic beverage not served by the airline.

### Liquor Service

Southwest Airlines permits onboard sales only for onboard consumption.

SWA 000087

## 11.6.0 Policies
**Revised: 08/09/2013**

### 11.6.1 Liquor Service
**Revised: 01/06/2020**

[14 CFR Part 121.575]

- Southwest Airlines permits onboard sales only for onboard consumption.
- Any unused alcohol should be discarded before landing.
- The only alcohol that may be consumed onboard the aircraft is the alcohol served by Flight Attendants.
- Serve mixed drinks mixed. If a Passenger asks to mix his own, serve the mini-bottle without the cap.
- Never serve alcohol to a Passenger under 21 years of age. If uncertain of a Passenger's age, check for proper identification.
- Serve alcohol only after takeoff.
- Never serve alcohol to an armed Passenger (refer to the Flight Attendant Sensitive Security Information Travelers Permitted to Be Armed), escort or escorted Passenger, or anyone who appears to be intoxicated (refer to the Flight Attendant Manual Intoxicated Passengers).



SWA 000088

# 9.0.0 Common Strategy/Threat Levels

**Revised: 01/06/2020**

[COMMON STRATEGY]

### Common Strategy

Common Strategy is a required element in every aircraft operator's TSA-approved security program. Common Strategy is intended to create a more secure operating environment. The goal is that all involved in an incident response should know what others involved will be thinking and doing. The overall mission of the Common Strategy is to defend the flight deck at all costs.

### Threat Levels

Crew Member behavior and choice of action in a threatening or potentially threatening situation are determined by the seriousness of the disturbance.

**Non-threatening** situations involving unacceptable Customer behavior are addressed in the Flight Attendant Manual Customer Misconduct.

For **threatening** situations, the TSA has established four aviation security threat levels that are useful in determining your response:

**Table 9.1 THREAT LEVEL CLASSIFICATIONS**

| Security Threat Levels |
|---|
| Level 1 – Verbal |
| [redacted] |

### Response to All Levels

- Ensure that the Captain is notified immediately.
- Notify all Crew Members of the situation.
- Be as specific as possible and use plain English to communicate.
- [redacted]

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know," as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

## 9.1.0 Level 1

**Revised: 01/06/2020**

Disruptive, suspicious, or threatening situation or behavior.

Examples: shouting, profanity, refusing to respond to requests. Initial refusal to surrender HAZMAT or prohibited item (except firearm or bomb) upon request. Refusal to comply with instructions or warnings.

**Flight Attendant Response on the Ground**

- Attempt to de-escalate the situation using conflict-management techniques. Refer to Flight Attendant Manual Customer Misconduct for more information.
- If unable to de-escalate the situation, ask the Captain (if onboard) about having the perpetrator(s) removed or ask an Operations Agent for assistance.



**Flight Deck Crew Response**

- At the gate, contact Station Operations to advise them of the threat and request that the Ground Security Coordinator be advised. Request for removal of perpetrator if conflict is not resolved



WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know," as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.