# EXHIBIT 10

SENSITIVE SECURITY INFORMATION

# 4 Common Strategy

**Revised: 02/15/2012**

Common Strategy is a required element in every aircraft operator's TSA-approved security program. Common Strategy is intended to create a more secure operating environment. The goal is that all involved in an incident response should know what others involved will be thinking and doing.

The overall mission of the Common Strategy is to defend the flight deck at all costs. There are four levels of threats:

- Threat Level 1: Disruptive Behavior—Suspicious or Threatening



## 4.1 Common Strategy: In All Situations

**Revised: 02/15/2012**

The following are specific guidelines that Pilots should follow for all four threat levels:



- 
- 
- 
- Be alert
- Stay calm.

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know," as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

THREAT LEVEL 1: DISRUPTIVE BEHAVIOR *OPERATIONS BINDER*                    COMMON STRATEGY

SENSITIVE SECURITY INFORMATION

- Assess each situation, use your training and best judgment, and act accordingly.
- During situations that are not life threatening, Flight Attendants should attempt to establish rapport and defuse Level 1 and 2 perpetrators using conflict management techniques in which they have been trained. It may be helpful to identify a Flight Attendant who is particularly adept at this skill.
- Early communication and intervention can help prevent threat escalation. At the first sign of a threat, notify the Captain and other Flight Attendants. Doing so increases the likelihood of a successful resolution of the problem.
- 
- 
- Whenever possible, communicate in plain English (i.e., speak clearly and avoid using jargon).

## 4.2 Threat Level 1: Disruptive Behavior
### Revised: 02/15/2012

Threat Level 1 is defined as disruptive behavior of a suspicious or threatening nature. The most common example is a verbally abusive Passenger. Such a Passenger could be inebriated, under the influence of drugs, visibly angry and hostile, making threatening remarks with the apparent ability to act on them, or merely aggravated and venting at a Flight Attendant.

### 4.2.1 Threat Level 1—At the Gate
### Revised: 11/02/2015

If a Threat Level 1 event occurs while at the gate, accomplish the following:

1. Clarify the problem with the "A" Flight Attendant.
2. Contact Station Operations to advise them of the threat, and request that the Ground Security Coordinator (GSC) be advised.
3. Remove perpetrator if the conflict is not resolved.

WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know," as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

SWA 000099

SENSITIVE SECURITY INFORMATION

- Coordinate with the GSC for the perpetrator's removal.
- _____.

4. Refer to 4.11 Common Strategy: Post Incident Procedures.



WARNING: This record contains Sensitive Security Information that is controlled under 49 CFR parts 15 and 1520. No part of this record may be disclosed to persons without a "need to know," as defined in 49 CFR parts 15 and 1520, except with the written permission of the Administrator of the Transportation Security Administration or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action. For U.S. government agencies  public disclosure is governed by 5 U.S.C. 552 and 49 CFR parts 15 and 1520.

SWA 000100