# EXHIBIT 11



# Irregularity Report

[Print] [Back]

**IR # 132569**  **Status: Filed**

## Incident Info

| | |
|---|---|
| Submitted Date | 07/21/20 08:44 PM |
| Event Date | 07/18/20 |
| Approximate Time of Event (Central Time) | 1800 |
| Event Category (Refer to FOM Chapter 22 for guidelines) | Passenger Misconduct |
| Sub Category | |
| Other Category - Not Listed | |
| Bird/Wildlife Strike Confirmation # | |

## Flight History

| | |
|---|---|
| This is a Non-Flight related event. | ☐ |
| Flight Number | 577 |
| Departure City | ONT |
| Offline (specify) | |
| Arrival City | LAS |
| Offline (specify) | |
| Diversion City | |
| Offline (specify) | |
| Aircraft Type | 73W |
| Aircraft Number | N7876A |
| Mission | Passenger |
| Other, please specify | |

## Narrative

After the boarding process our "A" Flight Attendant (FA) came to the flight deck to report that a female passenger had boarded the aircraft and most of her rear end was exposed. My FO said he had noticed her board as well. Two of our FA's had approached her to address this issue and this passenger got hostile and claimed it was "her constitutional right" to wear anything she wanted. I suggested we call a Customer Service Supervisor to help resolve the issue. A CSA came on board the AC and tried to talk to this passenger. A male passenger offered a T-shirt to this female passenger to cover up. She said she wasn't covering it up. Our CSA ask her to come off the AC and when she refused she was told the Police would come to remove her. She then decided to get off with her friend she was traveling with. After she got off the AC and got into the terminal she walked over to the big glass window to flip us off with her middle finger and then turn around and bend over exposing her behind to us while slapping it.

I called Dispatch to explain our delayed departure. The two passenger's bags were removed and we then departed for KLAS. Our "A" FA was visibly shaken up from this experience and also from a passenger who was using their phone to video this exchange of words and so she chose to be removed from the remainder of the trip in KLAS.

## Submitter Info

| | |
|---|---|
| Employee Name | Alex Meifert |
| Employee Number | e52318 |
| Base | DEN |
| Seat Assignment | Left Seat |
| Duties During Event | NA |

## Location of Event

| | |
|---|---|
| Phase/Location at Time of Event | Flight Preparation |
| Other, please specify | |
| Flight Plan | Domestic |
| Control Status | Controlled |

## Flight Conditions

| | |
|---|---|
| Weather (Please select) | VMC |
| Turbulence | |
| Other | |
| Light/Visibility | Daylight |
| Ceiling (Feet) | |

| | |
|---|---|
| Visibility (NM) | |
| RVR (Feet) | |
| Wind Direction (000-360): | |
| Wind Speed (Knots 0-400): | |

## Miscellaneous Information

| | |
|---|---|
| Was an emergency declared? | No |
| Logbook entry made? | No |
| Dispatch notified? | Yes |
| Maintenance notified? | No |
| ETOPS authorized aircraft? | N/A |

## Aircraft Related

| | |
|---|---|
| Airspace | |
| Please specify | |
| Altitude - MSL (Feet) | |
| Altitude - AGL (Feet) | |
| Navaids in Use/Nearest Fix | |
| Fix/Approach Description | |
| Radial (Degrees 000-360) | |

| | |
|---|---|
| Distance (NM) | |
| Airspeed Knots (0-400): | |
| Airspeed Mach (.60-.99): | |
| Heading (Degrees 000-360) | |

## On the Ground (non-runway related)

Station Where Occurred (if applicable)
Offline Station
Airfield Location
Please specify

## Non-Aircraft and/or Personnel Related

Station Where Occurred (if applicable)
Offline Station
Location
Please specify
Did you contact Hotel Management?

SWA 000067