# EXHIBIT 12

8/11/2021    Case 2:21-cv-00451-DDP-MRW    Document 84-9    Launch Irregularity Reporting    Filed 08/08/23    Page 2 of 3    Page ID #:1520

Welcome, Blake Whaling |   Home

## IR # 159800                                       Status: Filed

### Incident Info

| | |
|---|---|
| Date of Incident | 07/18/20 |
| Time of Incident | 1730 |
| Event Category | Customer Issues |
| Event Sub Category | Denied Boarding |
| Event Location | Other |
| Please specify | On aircraft |
| Weather | |
| Light/Visibility | |
| Airway Bill Number | |

### Submitter Info

| | |
|---|---|
| Employee Name | Thomas,Justin |
| Employee Number | e99558 |
| Location | ONT |
| Station Event Occurred | ONT |
| Phone Number | ████████ |

### Subject of IR

Southwest Employee ☐

| | | | |
|---|---|---|---|
| Last Name | Sanders | First Name | Adelene |
| Employee ID | | PNR | OB2CVI |

### Flight Info

| | |
|---|---|
| Is this a non-flight event? | ☐ |
| Flight Date | 07/18/20 |
| Flight Number | 577 |
| Stub Flight Number | |
| Scheduled Departure City | ONT |
| Scheduled Arrival City | LAS |

### Witnesses

#### Witness

Southwest Employee ☑

| | | | |
|---|---|---|---|
| Last Name | Jackson | First Name | Dell |
| Employee ID | 87258 | PNR | |

#### Witness

Southwest Employee ☐

| | | | |
|---|---|---|---|
| Last Name | | First Name | |
| Employee ID | | PNR | |

#### Witness

Southwest Employee ☐

| | | | |
|---|---|---|---|
| Last Name | | First Name | |
| Employee ID | | PNR | |

#### Witness

Southwest Employee ☐

| | | | |
|---|---|---|---|
| Last Name | | First Name | |
| Employee ID | | PNR | |

### Narrative

SWA 000069

Customer Adelene Sanders attempted to travel with Shelly Phillips. Adelene boarded the flight wearing attire that was extremely revealing on the backside. It was not noticeable from the front, which caused all GO personnel to miss. When Adelene proceeded to find a seat, she was addressed by one of the flight attendants for the revealing attire. Adelene and Shelly immediately became upset, and a CSS was called to respond after accusations were made based on race. CSS Dell came to address, but the verbal vulgarities continued. The flight crew determined they were uncomfortable with Adelene and Shelly onboard, so they were denied boarding.

Adelene and Shelly continued to cause a scene onboard and other Customers were filming with their phones. Adelene and Shelly eventually deplaned on their own, and the vulgarities continued in the gate area. They claimed there was another Customer onboard with revealing attire as the front of her shirt was open. They felt they were being singled out because of race. The other woman's shirt was nowhere near as revealing as Adelene's attire. Adelene then made an inappropriate gesture towards the Ramp agents outside. They threatened legal action and claimed they were direct family of famous rapper Snoop Dogg. We offered to rebook for the next day, but they demanded their tickets to be refunded. Travel was booked with LUV Vouchers so we converted funds to RTF and offered the number to Customer Relations for recourse.

Print   Close

SOPI
Version 11.0.0 (PROD1)

SWA 000070