# EXHIBIT 13

## Incident Info

| | |
|---|---|
| IR # | 426451 |
| Submitted Date | Jul 19, 2020 02:31:57 AM |
| Event Date | 07/18/20 |

## Flight History

| | |
|---|---|
| Flight Number | 577 |
| Scheduled Departure City | ONT |
| Scheduled Arrival City | LAS |
| Diversion City | ONT |
| Aircraft Type | 700 |
| Aircraft Number | |

## Narrative

After boarding was complete the A FA (Elena) went to speak to a passenger seated at mid cabin. The passenger and her travel companion were speaking loudly and argumentative to Elena. When Elena came back to the front I asked her what was going on. She said one of the women was dressed inappropriately and she asked her if she had a sweater to cover herself up. I had noticed the woman's attire as she boarded. She was wearing a dress that was open on both sides and back exposing a lot of skin. Elena said the woman didn't have a suitcase on board so had nothing to put on. She said the the woman or her companion said they had a constitutional right to wear what they wanted, and accused her of being racist. She also said a woman nearby was video taping the conversation, so Elena asked her to stop. I suggested Elena let the Captain know what was going on.
Elena asked me to go to the exit row to make sure the women were not disrupting other passengers.

While I was in the exit row, the two women were making obnoxious comments about Elena and the travel companion told the woman in the dress that if she wasn't black and fat, there wouldn't have been a problem. They were talking about another passenger nearby who was wearing something low cut and why she didn't have a problem. A supervisor boarded and worked her way back to the two women. One of the women said, " of course they'd send a black supervisor". The woman wearing the dress told the supervisor that she was going to video the conversation, and the supervisor said ok. They talked about her attire, and a man nearby offered a tshirt which the woman accepted but didn't put on. At some point the woman shouted to the other passengers asking if anyone had a problem with how she was dressed. No one responded, it was very uncomfortable. As the supervisor was turned, (I'm not sure if she saw), the travel companion said something like "I'm just gonna take my top off". She lifted her top up over her chest exposing her bra.

The supervisor went up to the front and when I got up there I think she was asking if the other FAs were comfortable having them on board. I said no. I was concerned about all of our safety. They were agitated, intimidating and I didn't know what to expect in the air. The supervisor stepped off and returned to remove them. They got off without incident other than more negative comments and calling their "lawyer" on their way out.

We could hear a woman yelling up at the gate, the pilots said the women who were removed (or at least one of them) had flipped them off and had their backside bent over at the window at them while we were still at the gate.

On a side note. During boarding the travel companion was carrying a suitcase. She sat it down in the aisle. I asked her if she needed a hand putting it into the bin. She said it was heavy and she had a bad back so she wasn't going to lift it. I asked if we could check it but she said she'd already gone around about it at the airport and said it was full of electronics and if we damaged it, Southwest was gonna have to pay for it. A nice man nearby asked if he could help. She agreed and he put it into the bin.

## Submitter Info

| First Name | Last Name | ⇒ Employee Number | Base | Position Flown |
|---|---|---|---|---|
| Lily | Benedict | e129801 | PHX | C |

## Other Flight Attendants

| Employee ID | First Name | Last Name | Base | Position Flown |
|---|---|---|---|---|
| e110706 | CHANTE | ANDRUS | LAS | B |
| e96850 | ELENA | KARENEV | LAX | A |

## Event Type

| | |
|---|---|
| Event Type | PAX Misconduct |
| Threat Level | 1 |

## Select Equipment Involved

| | |
|---|---|
| Equipment Involved (Please select) | NA |

SWA 000071

## Event Information

| | |
|---|---|
| **Flight Phase at Time of Event**  *Select the flight phase in which the incident began* | Parked |
| **Was Fasten Seat Belt Sign On?** | Yes |
| **Event Location** | Cabin |
| **Seat Number** *(e.g. 22B)* | |

## Medical Assistance

| | |
|---|---|
| **Medical Assistance (Please select)** | NA |

## Witnesses of Event

| First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|
| Sara | Gizaw | Non rev | Spirit FA | | | | ■ | ■ | | |

## Passengers Directly Involved

| First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | State | Drivers License | Birth Date | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

List is empty.

## Medical Personnel Involved

| Title | First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | Medical Certificate License | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

List is empty.

▶
▶

[ Print ] [ Close ]

SOPI
Version 11.0.0 (PROD1)

SWA 000072