# EXHIBIT 14

Print   Close

## Incident Info

| | | | Flight History | |
|---|---|---|---|---|
| IR # | 426487 | | Flight Number | 577 |
| Submitted Date | Jul 19, 2020 06:33:47 PM | | Scheduled Departure City | ONT |
| Event Date | 07/18/20 | | Scheduled Arrival City | LAS |
| | | | Diversion City | |
| | | | Aircraft Type | 700 |
| | | | Aircraft Number | |

### Narrative

During boarding on Flight 577 from ONT to LAS, the last two women to board together were an older lady and a younger lady. The older lady was holding an open glass that looked like an alcoholic beverage from the airport bar. I asked her if it was alcohol and she said "no, it's water" and the younger lady jokingly said "but we've been drinking." I then asked the older lady to put on a mask and held her drink for her while she looked in her purse to find one. I also offered her a mask if she couldn't find one. She ended up putting on a Black Lives Matter mask and when I mentioned that she had put it on upside down, she said "doesn't matter, the message is still the same." After both of them entered the plane, I now saw the backside of the younger lady's apparel. Half of her butt was in full display and so was her hot pink lace G string for everyone to see. Both the First Officer and I were taken aback on how naked she was. The sides of her romper were also cut out criss cross strings and she was very bare. The lady in the first row (who is of the same race) came up to me and said "Bless your heart with what you have to deal with on here." After the two ladies sat down, I quietly approached the younger lady and asked her if she had a sweater with her. When she questioned why, I said because her behind was showing. She asked me if we had any blankets, to which I said no. She then said even if she did have a sweater, she wouldn't put it on because it is her constitutional right to wear whatever she wants to wear. The older lady then began to egg her on and escalate the situation saying things like "you know what the problem is, it's that she doesn't like your black skin showing" and "that's okay, we can sue you guys for discrimination". I then said to them that we don't have a problem, I was simply asking if she had anything to cover up her backside. The younger lady then responded "we don't have to do anything and you're lucky we are even wearing masks." She then pointed to a lady a few rows across from them who was videoing all of this on her phone. I approached that woman and asked her politely to put her phone down and to take her bare feet off of the arm rest in front of her. She complied. I went back to my boarding position up front and discussed with FA B (who had just witnessed most of the conversation) what we should do. I was very clear that I did not want to further escalate the issue but the two original passengers were not willing to meet me half way. FA C then came to the front and said that both ladies continued to escalate in their language and volume. FA C said she didn't feel comfortable with them flying like this so we called a Sup. I specifically requested an African American Sup because this was not an issue of race and I didn't want it to further become one. A Sup came down and after she heard what had transpired, went to talk to them. After several minutes the Sup came and asked us what we wanted to do. Since she told us that both women continued to be hostile and aggressive with her, we all agreed that they wouldn't be compliant enough to stay on the flight. She went to ask them to get off and they refused. She then called for the police to come onboard but they never came on the aircraft. Finally, the two women ended up getting off and as the younger woman came off she said, "Sorry my black titties and ass were too much for everybody!" Once they were all the way up the jet bridge, we heard some yelling and screaming. When I went back to the cockpit, the Captain told me that the younger woman (through the glass windows of the terminal) had just flashed him and flipped him off. The main issue with this situation, as far as conflict, is that I met them at a level 1 and they came at a level 10.

Continues on second IR...

### Submitter Info

| First Name | Last Name | ⇒ Employee Number | Base | Position Flown |
|---|---|---|---|---|
| Ellie | Karenev | e96850 | LAX | A |

### Other Flight Attendants

| Employee ID | First Name | Last Name | Base | Position Flown |
|---|---|---|---|---|

List is empty.

### Event Type

| | |
|---|---|
| Event Type | Company Policy Violation, PAX Misconduct, PAX Non-Compliance |
| PAX Non-Compliance | Failure to comply wth Crew instructions |
| Threat Level | 1 |

### Select Equipment Involved

| | |
|---|---|
| Equipment Involved (Please select) | NA |

SWA 000073

### Event Information

| | |
|---|---|
| **Flight Phase at Time of Event**  *Select the flight phase in which the incident began* | Parked |
| **Was Fasten Seat Belt Sign On?** | No |
| **Event Location** | Cabin, Galley - FWD, Jetbridge, Seat |
| **Seat Number** *(e.g. 22B)* | |

### Medical Assistance

| | |
|---|---|
| **Medical Assistance (Please select)** | NA |

### Witnesses of Event

| First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|
| Doug | Miller | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | |

### Passengers Directly Involved

| First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | State | Drivers License | Birth Date | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

List is empty.

### Medical Personnel Involved

| Title | First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | Medical Certificate License | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

List is empty.

▶
▶

[Print] [Close]

SOPI
Version 11.0.0 (PROD1)

SWA 000074

**Incident Info**

| | |
|---|---|
| IR # | 426488 |
| Submitted Date | Jul 19, 2020 06:36:09 PM |
| Event Date | 07/18/20 |

**Flight History**

| | |
|---|---|
| Flight Number | 577 |
| Scheduled Departure City | ONT |
| Scheduled Arrival City | LAS |
| Diversion City | |
| Aircraft Type | 700 |
| Aircraft Number | |

**Narrative**

Continuation of Original IR 426487....

In our Contract of Carriage, it states in Section 6. Acceptance of Passengers > b. Refusal to Transport - Unruly/Disruptive Passenger > (1) > (xiv) Engaging in lewd, obscene or patently offensive behavior, including wearing clothes that are lewd, obscene or patently offensive. In doing so, a passenger's failure to comply shall constitute a material breach of this Contract of Carriage. Lately, passengers boarding our aircrafts with unsuitable or inappropriate attire seems to be a daily occurrence. By not addressing it at the ticketing counter, at the gate or by the Ops Agent, it puts us Flight Attendants in a really hard position. If we say something to the passenger in question, the situation can and usually escalates, and like the aforementioned situation, only gets worse, causing a flight disturbance and a delay. If we don't say anything, often other passengers will write in and ask how could we allow that this kind of offensive clothing and behavior onboard and how disappointed they are in us as an airline, particularly passengers traveling with their young children. It would greatly help us avoid these kinds of uncomfortable confrontations onboard if we all worked together to prevent them from happening, especially addressing them privately before they board our aircrafts.

**Submitter Info**

| First Name | Last Name | Employee Number | Base | Position Flown |
|---|---|---|---|---|
| Ellie | Karenev | e96850 | LAX | A |

**Other Flight Attendants**

| Employee ID | First Name | Last Name | Base | Position Flown |
|---|---|---|---|---|
| e129801 | PHYLLIS | BENEDICT | PHX | C |
| e110706 | CHANTE | ANDRUS | LAS | B |

**Event Type**

| | |
|---|---|
| Event Type | Company Policy Violation, PAX Misconduct, PAX Non-Compliance |
| PAX Non-Compliance | Failure to comply wth Crew instructions |
| Threat Level | 1 |

**Select Equipment Involved**

| | |
|---|---|
| Equipment Involved (Please select) | NA |

**Event Information**

| | |
|---|---|
| Flight Phase at Time of Event  *Select the flight phase in which the incident began* | Parked |
| Was Fasten Seat Belt Sign On? | No |
| Event Location | Cabin, Galley - FWD, Seat |
| Seat Number  *(e.g. 22B)* | |

**Medical Assistance**

| | |
|---|---|
| Medical Assistance (Please select) | NA |

**Witnesses of Event**

| First Name | Last Name | Addr. 1 | Addr. 2 / | City | State | Zip | Phone Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|

SWA 000075

| | | | | | | | Email | | | Area | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

List is empty.

**Passengers Directly Involved**

| First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | State | Drivers License | Birth Date | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

List is empty.

**Medical Personnel Involved**

| Title | First Name | Last Name | Addr. 1 | Addr. 2 / Email | City | State | Zip | Medical Certificate License | Phone Area | Exch. | Line | Ext |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

List is empty.

▶
▶

Print    Close

SOPI
Version 11.0.0 (PROD1)