Richard A. Lazenby (State Bar No.: 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
SOUTHWEST AIRLINES CO.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**SOUTHWEST AIRLINES, CO.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

Defendant Southwest Airlines Co. (hereinafter, "Southwest"), by and through its attorneys of record at Victor Rane, hereby submits this statement of uncontroverted facts and conclusions of law in support of its motion for summary judgment or, in the alternative, for partial summary judgment against plaintiff Adelene Sanders (hereinafter, "Plaintiff") as follows:

/ /

/ /

/ /

/ /

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| 1. | On July 18, 2020, Plaintiff and her aunt, Shelly Phillips ("Ms. Phillips"), were ticketed passengers on Southwest flight no. 577 from Ontario, California to Las Vegas, Nevada.<br>(Declaration of Deborah Carroll ["Carroll Decl."]), ¶ 3; Plaintiff's PNR, Exhibit 4 to Carroll Decl. ["Ex. 4 Pltf.'s PNR"]; Phillips' PNR, Exhibit 5 to Carroll Decl. ["Ex. 5 Phillips' PNR"]). | |
| 2. | Plaintiff wore a one-piece, skin-tight bodysuit that exposed both her sides and back with the exception of string lacing, and was low-cut on the back, exposing parts of her G-string underwear and buttocks.<br>(SAN-000013 to -000014, Exhibit 16 to Declaration of Natasha Mikha Pardasani ["Pardasani Decl."]; Compilation Video, Exhibit 3 to Declaration of David Notowitz ["Notowitz Decl."] | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | ["Ex. 3 Compilation Video"], 13:36-13:39;  Screenshot of Ex. 3 Compilation Video at 16:25:16, Exhibits 32 and 33 to Pardasani Decl.; Body Camera Video 1 at 6:04, Exhibit 35 to Pardasani Decl.; Body Camera Video 2 at 6:51, Exhibit 36 to Pardasani Decl.; Deposition of Elena Karenev, Exhibit 17 to Pardasani Decl. ["Ex. 17 Karenev Depo."], 130:7-131:5; Deposition of Chante Andrus, Ex. 20 to Pardasani Decl. ["Ex. 20 Andrus Depo."], 96:23-97:25). | |
| 3. | Other passengers described Plaintiff's outfit as showing "a lot of skin," "like stripper clothing," "summer beach attire, going-to-a-club attire," and "something you'd wear to like a night out or to a pool . . . just not on a plane." (Deposition of Sara Gizaw, Ex. 26 to Pardasani Decl. ["Ex. 26 Gizaw Depo."], 16:19-18:12; Deposition | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

- 3 -

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | of Kalah Heitz, Ex. 28 to Pardasani Decl. ["Ex. 28 Heitz Depo."], 18:4-19:12, 20:13-24; Deposition of Sydney Barta, Ex. 29 to Pardasani Decl., 21:17-24). | |
| 4. | When Plaintiff arrived at the airport, she obtained her boarding pass at a kiosk, and proceeded to drop her bags at the Southwest counter. (Deposition of Plaintiff, Ex. 15 to Pardasani Decl. ["Ex. 15 Pltf. Depo."], 60:11-61:5). | |
| 5. | Plaintiff testified that two female employees who assisted with checking her baggage at the baggage drop counter were "rude," "mocking and laughing and pointing at her." (Ex. 15 Pltf. Depo., 59:5-18, 65:18-66:19). | |
| 6. | Plaintiff testified that her communication with the baggage agents was "very minimal" and | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | that the only words she heard them say were "look at her" and "she dropped her boarding pass." (Ex. 15 Pltf. Depo., 63:25-64:7, 64:13-22, 67:8-19, 68:21-69:4, 71:16-73:12, 75:22-76:7). | |
| 7. | Based on her brief interaction with these two Caucasian women, Plaintiff concluded that they were "racist" and "prepared to discriminate against me because I'm a black woman, wearing ethnic attire and I'm curvy." (Ex. 15 Pltf. Depo., 71:16-24, 72:3-17, 77:22-78:2). | |
| 8. | Plaintiff did not recall hearing the baggage agents use any racial words or innuendo, or refer to her skin color, attire, or size. Plaintiff did not observe the baggage agents interact with any other passengers. (Ex. 15 Pltf. Depo., 67:8-19, 68:21-69:4, 71:16-73:12, 75:22-76:7). | |
| 9. | Plaintiff believes that the two | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

- 5 -

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | female Caucasian baggage agents are the same two flight attendants who later greeted her on the aircraft as she boarded, and the same two flight attendants who spoke to her on the plane about her attire. (Ex. 15 Pltf. Depo., 67:13-23, 68:7-20, 126:16-25, 138:20-139:15). | |
| 10. | The female employees on the aircraft who greeted Plaintiff and witnessed events on the aircraft are Elena "Ellie" Karenev, Chante Andrus, and Phyllis "Lily" Benedict. They were employed by Southwest as flight attendants. (Ex. 17 Karenev Depo., 62:6-9, 63:11-13, 111:17-112:2, 126:5-13; Ex. 20 Andrus Depo., 73:8-12; Deposition of Phyllis Benedict, Ex. 19 to Pardasani Decl. ["Ex. 19 Benedict Depo."], 59:22-24, 60:16; Carroll Decl., ¶ 14). | |
| 11. | Southwest's flight attendants perform duties pursuant to a flight | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

- 6 -

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | attendant manual, and employees who check passenger baggage perform duties pursuant to a ground operations manual.  The positions are not interchangeable; flight attendants do not and did not check any passenger bags at the baggage-drop counter, and baggage agents do not and did not board the aircraft to address Plaintiff's inappropriate attire. (Carroll Decl., ¶¶ 13-14; Ex. 17 Karenev Depo., 107:19-21, 259:7-15, 259:25-260:2; Ex. 19 Benedict Depo., 61:9-18; Ex. 20 Andrus Depo., 75:14-19). | |
| 12. | The only physical description of these female employees that Plaintiff provided is that they are Caucasian—nothing else. (Ex. 15 Pltf. Depo., 138:20-139:15). | |
| 13. | When Plaintiff and Ms. Phillips boarded the aircraft, Ms. Phillips | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | had a beverage in her hand and was wearing a mask that read "Black Lives Matter." (Ex. 15 Pltf. Depo., 121:16-122:16, 122:25-123:13). | |
| 14. | They were met near the door of the aircraft by flight attendant ("FA") Karenev, who was greeting passengers as they boarded. (Ex. 17 Karenev Depo., 111:17-24, 126:5-13; Ex. 15 Pltf. Depo., 125:12-17). | |
| 15. | FA Karenev asked Ms. Phillips about the contents of her beverage, and smelled the contents to confirm that it was not alcohol. (Ex. 17 Karenev Depo., 112:2-11, 116:16-22, 117:18-21; Ex. 15 Pltf. Depo., 125:12-126:3). | |
| 16. | Plaintiff believes the reason FA Karenev stopped her aunt to determine if her beverage contained alcohol was: "because | |

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | of my ethnic attire, because of my curves, because I'm black, because my aunt ha[d] a Black Lives Matter mask on." (Ex. 15 Pltf. Depo., 128:6-9). | |
| 17. | Federal aviation regulations prohibit passengers from bringing alcoholic beverages to consume while on board the aircraft. (14 CFR § 121.575(a); 14 C.F.R. § 135.121(a); Southwest Flight Attendant Policies, Exhibit 8 to Carroll Decl., p. SWA-000079; Southwest Ground Operations Policies, Exhibit 9 to Carroll Decl., p. SWA-000087 to -88). | |
| 18. | Plaintiff and FA Karenev are similar in stature. Plaintiff is 5'9". FA Karenev is almost 6'2" and considers her body type to be similar to Plaintiff's. (Ex. 15 Pltf. Depo., 81:9-11; Ex. 17 Karenev Depo., 134:2-10). | |
| 19. | Several other Black passengers | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | boarded the flight before Plaintiff and Ms. Phillips. (Ex. 17 Karenev Depo., 132:21-22; Carroll Decl., ¶¶ 3-4, 7-8; Ex. 4 Pltf.'s PNR; Ex. 5 Phillips' PNR; Passenger Manifest, Exhibit 6 to Carroll Decl. ["Ex. 6 Pax Manifest"]; Ex. 26 Gizaw Depo., 24:9-10). | |
| 20. | There is no evidence that the other Black passengers were discriminated against or saw any evidence of racism from the Southwest crew. (Ex. 26 Gizaw Depo., 24:20-26:9; Carroll Decl., ¶ 18). | |
| 21. | Plaintiff did not hear FA Karenev or any of the crew use any racial words or racial language, or refer to Plaintiff's attire, size, or the Black Lives Matter movement during the incident near the door of the aircraft. (Ex. 15 Pltf Depo., 126:16-127:4, | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | 128:13-20, 134:4-136:5, 148:19-23). | |
| **22.** | FA Karenev is a supporter of Black Lives Matter, and produced more than 100 pages of social media posts in support of Black Lives Matter that she posted in the several weeks *before* the incident. (Ex. 17 Karenev Depo., 262:12-13, 274:4-5; SWA-000101 to -218, Exhibit 18 to Pardasani Decl.). | |
| **23.** | Plaintiff testified that she "noticed" other passengers, Caucasian only, board with beverages without being questioned, but cannot provide any physical description other than them being Caucasian. (Ex. 15 Pltf. Depo., 132:3-10, 132:14-22, 159:11-17). | |
| **24.** | When passengers scan their boarding pass at the gate as they board the aircraft, the date and | |

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | time that each boarding pass is scanned is recorded. (Carroll Decl., ¶¶ 3-4, 7-8; Ex. 4 Pltf.'s PNR; Ex. 5 Phillips' PNR; Ex. 6 Pax Manifest). | |
| 25. | Southwest's records reflect that Plaintiff and Ms. Phillips were the last two passengers to scan their boarding passes to board flight no. 577. (Carroll Decl., ¶¶ 3-4, 7-8; Ex. 4 Pltf.'s PNR; Ex. 5 Phillips' PNR; Ex. 6 Pax Manifest). | |
| 26. | The passenger who boarded immediately before Plaintiff and Ms. Phillips, Sara Gizaw, is Black. (Carroll Decl., ¶¶ 3-4, 7-8; Ex. 4 Pltf.'s PNR; Ex. 5 Phillips' PNR; Ex. 6 Pax Manifest; Ex. 26 Gizaw Depo. 24:9-10). | |
| 27. | As Plaintiff entered the aircraft after the interaction about Ms. Phillips' beverage, FA Karenev noticed that Plaintiff's attire | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | exposed part of her G-string underwear and buttocks. (Ex. 17 Karenev Depo., 129:13-16, 130:19-131:5). | |
| 28. | The First Officer, standing next to FA Karenev at the time, was "taken aback" based on his facial expression when he saw Plaintiff's attire. (Ex. 17 Karenev Depo., 129:14-18, 130:1-3). | |
| 29. | FA Karenev noticed that two Black women seated in the front were "taken aback" by Plaintiff's attire, and one of them said to FA Karenev, "Bless your heart, honey, on what you have to deal with." (Ex. 17 Karenev Depo., 129:14-19, 132:6-12, 132:18-22). | |
| 30. | Southwest's Contract of Carriage includes a policy that prohibits "lewd, obscene, or patently offensive" clothing. | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

|  | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
|  | (Carroll Decl., ¶ 9; Southwest Contract of Carriage, Exhibit 7 to Carroll Decl. ["Ex. 7 Contract of Carriage"], p. SWA-00021 to -22). |  |
| 31. | FA Karenev approached Plaintiff after she sat down and asked if Plaintiff had anything to wear over her attire. (Ex. 17 Karenev Depo., 133:10-19, 135:9-12; Ex. 15 Pltf. Depo., 140:10-20, 150:7-10). |  |
| 32. | Plaintiff told FA Karenev that she would not cover up even if she had something with which to do so. Plaintiff admits making this statement to FA Karenev. (Ex. 3 Compilation Video, 01:13-01:15; Ex. 15 Pltf. Depo., 152:4-9; Ex. 17 Karenev Depo., 150:7-13). |  |
| 33. | During this exchange with FA Karenev, Plaintiff mentioned Southwest getting sued, raised her voice, cursed, and asked a passenger who was recording to |  |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | send her the video. (Ex. 3 Compilation Video, 00:16-00:27, 00:37-01:03, 01:13-01:15, 01:20-01:27; Ex. 15 Pltf. Depo., 140:25-141:4, Ex. 17 Karenev Depo. 138:24-139:8). | |
| 34. | Plaintiff and Ms. Phillips are heard on video numerous times referencing another passenger wearing a low-cut top. Ms. Phillips is later seen walking up to that passenger and speaking with her. (Ex. 3 Compilation Video at 02:54-02:58, 05:41-05:46, 06:04-06:10, 13:51-14:00, 14:03-14:04, 14:10-14:17, 14:51-15:08, 16:09-16:14; Deposition of Catherine Luna, Ex. 24 to Pardasani Decl. ["Ex. 24 Luna Depo."], 35:15-22, 38:10-21, 40:11-20, 41:5-19, 40:10-44:4, 44:13-22, 45:7-16, 54:18-55:24, 57:4-9, 58:1-3, 58:25-61:11, 63:2-64:10, 65:18-66:15, 68:24-70:1) | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT CASE NO.: 2:21-CV-00451-DDP-MRW

- 15 -

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

|   | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| 35. | Plaintiff testified that the other passenger is Caucasian, that her top is "sheer" and "see-through" and that "you could see her nipples through the shirt." (Ex. 15 Pltf. Depo., 129:1-6, 129:11-19). | |
| 36. | Southwest produced the names and contact information for passengers onboard who fit the demographic of this alleged Caucasian passenger wearing the sheer, see-through top. (Carroll Decl. ¶ 6; Pardasani Decl. ¶ 20). | |
| 37. | A passenger wearing attire as described by Plaintiff has never been identified, and no one else recalls seeing such attire. (Pardasani Decl., ¶ 21; Ex. 28 Heitz Depo., 12:6-13:18, 14:13-16; Deposition of Tuuhetoka Sekona, Ex. 27 to Pardasani Decl., ["Ex. 27 Sekona Depo."], 69:17- | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | 70:2, 72:6-73:10; 74:19-75:4; Ex. 29 Barta Depo., 14:7-15, 14:22-15:4; Ex. 24 Luna Depo., 27:15-28:1). | |
| 38. | Passenger Catherine Luna was deposed, and testified that she is the individual Plaintiff and Ms. Phillips are referencing in the videos. She is not Caucasian; she is Hispanic. (Ex. 24 Luna Depo., 13:13-23, 14:22-15:15, 23:7-25:21, 26:12-27:14 71:22-23; Ex. 27 Sekona Depo., 28:3-23, 29:11-23, 32:5-32:21). | |
| 39. | Ms. Luna provided photographs of the outfit she was wearing on the day of the flight, which reveal a v-neck summer dress that is not sheer or see-through and through which her nipples are not visible. (Screenshot of Ex. 3 Compilation Video at 05:07:80, Exhibits 30 and 31 to Pardasani Decl.; Ex. 24 Luna | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | Depo., 26:18-27:24, 28:16-24, 29:8-22, 30:3-33:8; Luna Photographs, Ex. 25 to Pardasani Decl.; Ex. 27 Sekona Depo., 75:17-77:8). | |
| 40. | Ms. Luna's outfit was described by the passenger seated next to her as an outfit "you could wear to church." (Ex. 27 Sekona Depo., 73:5-10). | |
| 41. | A Southwest customer service supervisor boarded the aircraft. On video, she tries to resolve the situation and help ensure that Plaintiff can travel on the flight. She offers to go to a store to see if there are "any shawls" with which Plaintiff can cover up. (Ex. 3 Compilation Video, 02:17-02:24, 02:37-02:24, 03:50-03:54, 1:30-6:35; Ex. 15 Pltf. Depo., 150:11-25). | |
| 42. | On video, Plaintiff and Ms. Phillips continue to be | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

- 18 -

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | confrontational toward the crew and other passengers. Plaintiff yells at the other passengers to speak up if they have a problem with her outfit. (Ex. 3 Compilation Video at 03:38-03:39, 04:47-04:49, 04:58-05:20, 05:31-05:38, 05:54-06:00, 06:00-06:06, 06:13-06:25, 06:30-06:34, 06:43-06:58, 07:06-07:11, 08:57-09:06, 15:15-15:17, 15:29-15:36). | |
| 43. | Ms. Phillips repeatedly made racial and insulting comments toward the Southwest crew, including calling them "fucking Karen," "scraggly wragglies," "overweight," and "fucking blue-eyed devil." Plaintiff did not attempt to stop her aunt's insults. (Ex. 3 Compilation Video, 02:11-02:14, 04:12-04:21, 04:26-04:29, 06:18-06:19, 13:12-13:15, 15:18-15:23; Ex. 15 Pltf. Depo., 174:19-22). | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| **44.** | Ms. Phillips is heard threatening to remove her shirt on two occasions. FA Benedict testified that she saw Ms. Phillips raise her shirt and expose her bra before deplaning; Supervisor Thomas testified that he also observed Ms. Phillips raise her shirt and expose her bra. (Ex. 3 Compilation Video at 06:04-06:10, 07:39-07:43; Deposition of Justin Thomas, Ex. 23 to Pardasani Decl., 69:21-70:6;. Ex. 19 Benedict Depo., 85:7-24,). | |
| **45.** | On video, the Southwest employees remained calm and polite. (Ex. 3 Compilation Video at 00:01-01:30, 01:31-06:40, 15:48-16:20, 16:28-16:40). | |
| **46.** | After Southwest's customer service supervisor walked away, Plaintiff is overheard on video stating, "I believe that they can legitimately kick us off the flight | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | now." (Ex. 3 Compilation Video at 09:19-09:22). | |
| 47. | Plaintiff does not dispute that Southwest employees never used any racial words or language during her encounters with them on July 18, 2020. (Ex. 15 Pltf. Depo., 148:19-23). | |
| 48. | Federal aviation regulations permit an air carrier to "refuse to transport a passenger . . . the carrier decides is, or might be, inimical to safety." (49 U.S.C. § 44902(b), 14 C.F.R. § 91.3(a), Southwest Ground Operations Policies, Ex. 8 to Carroll Decl., p. SWA-00077 to -78; Southwest Flight Attendant Policies, Ex. 9 to Carroll Decl., p. SWA-00082 to -85, SWA-00096-to -97; Southwest Flight Operations, Ex. 10, p. SWA00098-100). | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| **49.** | Based on Plaintiff and Ms. Phillips' behavior, the Southwest crew made the decision to remove them from the flight. (Ex. 17 Karenev Depo., 153:14-24, 164:24-166:24, 189:4-11, 190:18-191:9, 193:2-8; Deposition of Alex J. Meifert, Exhibit 21 to Pardasani Decl. ["Ex. 21 Meifert Depo."], 52:11-14, 53:5-16; Ex. 19 Benedict Depo., 105:6-106:15; Ex. 20 Andrus Depo., 90:13-17, 91:1-9; Deposition of Justin Moyer, Ex. 22 to Pardasani Decl., ["Ex. 22 Moyer Depo."], 50:1-10; Carroll Decl., ¶ 16; Meifert Report, Ex. 11 to Carroll Decl.; Benedict Report, Ex. 13 to Carroll Decl.; Karenev Report, Ex. 14 to Carroll Decl.). | |
| **50.** | As they exited the aircraft, Ms. Phillips is heard on video repeatedly telling Plaintiff to "cover your butt up." Ms. Phillips is also heard on video stating | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT CASE NO.: 2:21-CV-00451-DDP-MRW

- 22 -

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | "they saw her G-string and it was a problem." (Ex. 3 Compilation Video at 13:36-13:39, 15:48-15:57). | |
| 51. | As Plaintiff exited the aircraft she is seen and heard on video stating, "Sorry about all the ass and the titties," which she confirms at her deposition. (Ex. 3 Compilation Video at 16:29-16:31; Ex. 15 Pltf. Depo., 185:20-186:1). | |
| 52. | Once in the gate area, Plaintiff admits that she walked over to the window of the gate and gestured to the pilots, including raising her middle finger. (Ex. 15 Pltf. Depo., 191:4-10, 191:25-192:1; Ex. 21 Meifert Depo., 20:5-9, 73:17-25, 93:14-15; Ex. 22 Moyer Depo., 59:1-20). | |
| 53. | There were seven Southwest employees who encountered Plaintiff on July 18, and none of | |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
|---|---|---|
| | them had any racial discrimination complaints made against them by any customers or employees in the ten years prior to July 18, 2020. (Carroll Decl., ¶¶ 15 and 17; Pardasani Decl. ¶ 22; Southwest Supplemental Responses, Exhibit 34 to Pardasani Decl.). | |
| 54. | Plaintiff and Ms. Phillips' tickets were purchased using Southwest vouchers and the taxes for both were paid on the same credit card. (Carroll Decl., ¶¶ 3, 5, 16; Ex. 4 Pltf.'s PNR; Ex. 5 Phillips' PNR; Justin Thomas Report, Exhibit 12 to Carroll Decl. ["Ex. 12, Thomas Report"]). | |
| 55. | Plaintiff did not purchase her own ticket, but a family member did. (Ex. 15, Pltf. Depo., 63:3-4). | |
| 56. | After Plaintiff and Ms. Phillips deplaned, their tickets were refunded. (Carroll Decl., ¶¶ 3, 5, 16; Ex. 4 | |

SOUTHWEST AIRLINES CO.'S STATEMENT OF
UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW

| Moving Party's (Southwest's) Undisputed Material Facts and Supporting Evidence: | Opposing Party's (Plaintiff's) Response and Supporting Evidence: |
| --- | --- |
| Pltf.'s PNR; Ex. 5 Phillips' PNR; Ex. 12, Thomas Report). | |

Dated: August 9, 2022

Respectfully submitted,

By: _____

Richard A. Lazenby
Natasha Mikha Pardasani
Nicole A. Poltash
VICTOR RANE
Attorneys for Defendant
UNITED AIRLINES, INC.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

- 25 -