Richard A. Lazenby (State Bar No.: 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**DECLARATION OF NICOLE POLTASH IN SUPPORT OF SOUTHWEST AIRLINES CO.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

I, Nicole Poltash, declare as follows:

1. I am an attorney with the law firm of Victor Rane, counsel of record for defendant Southwest Airlines Co. (hereinafter, "Southwest") in the above-referenced matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would testify competently to such facts under oath.

3. I have reviewed the Declaration of Anahita Sedaghatfar, Esq. Pursuant to Rule 56(d) as well as the discovery requests Plaintiff Adelene Sanders (hereinafter, "Plaintiff") served on Southwest in this action. Plaintiff never once

served Southwest with discovery requesting the information she now seeks in the Rule 56(d) declaration.

4. On March 24, 2022, I began calling some of the passengers on Southwest flight no. 577 from Ontario to Las Vegas on July 18, 2020. I used the contact phone numbers provided in those passenger's Passenger Name Record ("PNR") to try to call them. These were the same PNRs produced to Plaintiff. For those passengers whose listed phone numbers had been disconnected or appeared to no longer be accurate, I tried contacting them using the email address provided in their PNR (if any) and/or had my office run public record searches for those individuals in an effort to obtain current contact information for them.

5. Attached hereto as **Exhibit 37** is a true and correct copy of the relevant parts of the deposition transcript of Plaintiff Adelene Sanders, taken in this matter on February 10, 2022.

6. Attached hereto as **Exhibit 38** is a true and correct copy of the relevant parts of the deposition transcript of Elena Karenev, taken in this matter on February 23, 2022.

7. Attached hereto as **Exhibit 39** is a true and correct copy of the relevant parts of the deposition transcript of Chante Andrus, taken in this matter on February 25, 2022.

8. Attached hereto as **Exhibit 40** is a true and correct copy of the relevant parts of the deposition transcript of Justin Moyer, taken in this matter on February 25, 2022.

9. Attached hereto as **Exhibit 41** is a true and correct copy of the relevant parts of the deposition transcript of Alex Meifert, taken in this matter on February 28, 2022.

10. Attached hereto as **Exhibit 42** is a true and correct copy of the relevant parts of the deposition transcript of Phyllis Benedict, taken in this matter on March 4, 2022.

1  11. Attached hereto as **Exhibit 43** is a true and correct copy of the relevant parts of the deposition transcript of Justin Thomas, taken in this matter on March 8, 2022.

2  12. Attached hereto as **Exhibit 44** is a true and correct copy of the relevant parts of the deposition transcript of Dell Jackson, taken in this matter on April 12, 2022.

3  13. Attached hereto as **Exhibit 45** is a true and correct copy of the relevant parts of the deposition transcript of Sara Vandermark, taken in this matter on May 25, 2022.

4  14. Attached hereto as **Exhibit 46** is a true and correct copy of the relevant parts of the deposition transcript of Mary Hennes, taken in this matter on May 27, 2022.

5  15. Attached hereto as **Exhibit 47** is a true and correct copy of the relevant parts of the deposition transcript of Catherine Luna, taken in this matter on June 7, 2022.

6  16. Attached hereto as **Exhibit 48** is a true and correct copy of the relevant parts of the deposition transcript of Sara Gizaw, taken in this matter on June 24, 2022.

7  17. Attached hereto as **Exhibit 49** is a true and correct copy of Plaintiff's responses to Southwest's first set of requests for interrogatories.

8  18. Attached hereto as **Exhibit 50** is a true and correct copy of SWA 000694.

9  19. Attached hereto as **Exhibit 51** is a true and correct copy of SWA-001564 through SWA-001566.

10  20. Attached hereto as **Exhibit 52** is a true and correct copy of Southwest' Airlines Co.'s Objections and Responses to Plaintiff's Notice of Deposition of Defendant Southwest Airlines, Co. and Request for Production of Documents served on February 17, 2022.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

DECLARATION OF NICOLE POLTASH
CASE NO.: 2:21-CV-00451-DDP-MRW
- 3 -

21. Attached hereto as **Exhibit 53** is a true and correct copy of Southwest' Airlines Co.'s Fourth Supplemental Disclosures served on May 26, 2022.

22. Attached hereto as **Exhibit 54** is a true and correct copy of Southwest' Airlines Co.'s Second Supplemental Responses to Interrogatories served on March 4, 2022.

23. Attached hereto as **Exhibit 55** is a true and correct copy of the deposition subpoena for Randi Mier. Ace Attorney Service, Inc. attempted service of the deposition subpoena on June 3, 2022. During that attempt, Randi Mier's husband, Steven Mier, informed the process server that she was deployed and he did not know when she would be returning from deployment.

24. Attached hereto as **Exhibit 56** is a true and correct copy of Plaintiff's Initial Disclosures served on May 24, 2021.

25. Attached hereto as **Exhibit 57** is a true and correct copy of Plaintiff's Supplemental Disclosures served on March 3, 2022.

26. Attached hereto as **Exhibit 58** is a true and correct copy of Plaintiff's Third Supplemental Disclosures served on May 30, 2022.

27. Attached hereto as **Exhibit 58** are true and correct copies of screenshots of Ex. 3 Compilation Video at 16:20:43.

28. Attached hereto as **Exhibit 59** are true and correct copies of screenshots of Ex. 3 Compilation Video at 16:31:23.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 29, 2022, in Los Angeles, California.

*Nicole Poltash*
NICOLE POLTASH