EXHIBIT 37

1                   UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4        ------------------------------)

5        ADELENE SANDERS, an individual,)

6                          Plaintiff,    )

7                   vs.                  ) No. 2:21-CV-00451-DDP-MRW

8        SOUTHWEST AIRLINES CO., a       )

9        Texas Corporation; and Does 1  )

10       through 100, inclusive,         )

11                         Defendants.   )

12       ------------------------------)

13

14

15

16           Videotaped Remote Deposition of ADELENE SANDERS,

17           at Los Angeles, California, commencing at

18           9:59 A.M., Thursday, February 10, 2022, before

19           Judith Schlussel, CSR No. 4307.

20

21

22

23

24

25

                                                                      1

Adelene Sanders                                                    February 10, 2022

1          A.   Prior to me getting to the desk to check my

2     baggage, I'm sure they probably had some other

3     things to say as far as checking the luggage.  But

4     very minimal after that.

5          Q.   You don't know if they had anything to say.  11:23:49

6     You're guessing now, correct?

7          A.   No, I'm not guessing.

8          Q.   Well, let's talk about everything that you

9     heard these two Caucasian employees say.  Okay.  You

10    said they said, look at her, look at her, and oh,      11:24:02

11    and she dropped her boarding pass, correct?

12         A.   Uh-huh.

13         Q.   Did you hear them say anything else at any

14    time that day, those two employees?

15         A.   Later in the day after a few other events,   11:24:15

16    I believe that these are the same two Caucasian

17    women who were harassing me on the plane, leaned

18    over, bent over in a seat in front of my face

19    harassing me about my sides.

20         Q.   So you believe that the two employees, the   11:24:37

21    two Caucasian women that checked in your bag were

22    also on the plane talking to you about your outfit?

23         A.   I do believe that.

24              MS. SEDAGHATFAR:   Hold on.

25              MR. LAZENBY:   Okay.                          11:24:50

                                                                    67

1          MS. SEDAGHATFAR:   Can you please -- sorry,

2    you guys are talking over each other.   Can you

3    just -- Adelene, let him finish the question and

4    then respond.   Just take a beat, please.

5          THE WITNESS:   Yes, ma'am.                    11:25:02

6          MS. SEDAGHATFAR:   Thank you.

7       Q.   BY MR. LAZENBY:   And do you believe that

8    because you have a specific recollection that it was

9    the same employees or why do you believe that it was

10   the same employees that checked your bag in and that  11:25:15

11   were on the plane talking to you about your outfit?

12      A.   Because I remember what they looked like.

13   I remember the tone in their voice.   I could not

14   forget that.   That made me feel extremely

15   uncomfortable.   I felt extremely singled out and   11:25:30

16   targeted and I couldn't believe that they were

17   treating me as a black patron the way that they were

18   treating me.   It was the same familiar energy, same

19   familiar voice, same faces that were harassing me

20   when I got there.                                   11:25:49

21      Q.   So let's go back to -- we're going to get

22   to what happened on the plane.   Let's talk about

23   what happened at the check-in counter where you

24   dropped your bag.   You told us you heard, look at

25   her, look at her, and, oh, and she dropped her      11:26:07

1      Q.   Anything else?

2      A.   Look at her.

3      Q.   Anything else?

4      A.   She dropped her boarding pass, look at her.

5      Q.   Okay.                                      11:31:12

6      A.   Like I was a sloppy mess and didn't have

7   any reason to be on their flight; like I was less

8   than.

9      Q.   Okay.  Anything else that they said that

10  makes you think that they were thinking of your      11:31:24

11  attire as ethnic?

12     A.   I think -- no, I don't.

13     Q.   What makes you -- do you believe your

14  attire was ethnic?

15     A.   Yes.  It was.  I was going to an event and   11:31:39

16  it calls for that type of an attire.

17     Q.   When you say ethnic, do you mean sort of

18  like African-American cultural?

19     A.   Yes.

20     Q.   Why do you think your outfit was culturally   11:31:51

21  African-American?

22     A.   A one-piece romper.  That's what I was

23  wearing.  A lot of my cousins had very similar

24  outfits, and we were doing this as a family thing, a

25  cultural thing.  It's very common.                  11:32:13

73

 1      Q.    Okay.   Any other reason you think that the

 2    outfit itself was ethnic?

 3      A.    Based on the cuts, based on it being

 4    one-piece, based on the colors.

 5      Q.    Okay.   Any other reason?                    11:32:31

 6      A.    No, sir.

 7      Q.    Okay.   At that point, again, did you hear

 8    these two -- by that point, I mean when you had this

 9    interaction with these two Caucasian Southwest

10    employees, did you hear them use any racial words or   11:32:56

11    slurs?

12      A.    No.   I did not.

13      Q.    So is it fair to say that your belief that

14    they were being racist or racial related to their

15    tone and what they were saying as you've described?    11:33:21

16            MS. SEDAGHATFAR:   Objection.   Hold on.

17    Objection.   That misstates the prior testimony.   You

18    can answer yes or no.

19            THE WITNESS:   No.   I believe it has to do

20    with their actions and the demonstration towards me.   11:33:34

21      Q.    BY MR. LAZENBY:   The demonstration at that

22    point in time?

23      A.    In that scene, in that scenario, yes, sir.

24      Q.    What is the demonstration that you're

25    referring to?                                          11:33:47

74

```
 1        A.    Ha-ha-ha, look at her, look at her, look at

 2   her, look at her and she dropped her boarding pass.

 3   I don't know what kind of racial slurs that they may

 4   have taken when they turned and whispered towards

 5   one another.  I wouldn't be surprised.  That              11:34:01

 6   definitely was the tone and the gestures that were

 7   already set.

 8        Q.    Again, but you didn't hear any racial

 9   slurs?

10        A.    I did not hear any racial --                   11:34:09

11             MS. SEDAGHATFAR:  Hold on.

12             THE WITNESS:  I'm sorry.

13             MS. SEDAGHATFAR:  You have to let him

14   finish the question.

15             THE WITNESS:  I'm sorry.  I do apologize.       11:34:15

16             MS. SEDAGHATFAR:  It's okay.  Just take a

17   beat so that I can also object and you can answer.

18   Because it's really getting difficult to follow

19   everything.  Can you please read back the last

20   question and answer.                                      11:34:26

21                  (Record read.)

22        Q.    BY MR. LAZENBY:  Again, at the point that

23   you're having this interaction with these two

24   employees when you're dropping your bag, you never

25   heard either one of them use any words, any racial       11:35:02
```

1   epithets or words towards you; is that correct?

2          MS. SEDAGHATFAR:   You can answer.

3          THE WITNESS:   No, sir, I did not.

4      Q.   BY MR. LAZENBY:   Did you observe these two

5   employees' interaction with any other customers        11:35:26

6   dropping their bag, again, at that time?

7      A.   Not at that point in time, I did not.

8      Q.   Do you know if at the time they were making

9   these comments and pointing, that Ms. Phillips was

10   within earshot of and could hear them?                11:36:03

11      A.   No, she was not.

12      Q.   Okay.  So it's your belief -- it's your

13   belief that she did not hear what you heard; is that

14   correct?

15      A.   That's my belief.  I do believe so.          11:36:17

16      Q.   And why do you believe that?

17      A.   She hadn't come inside just yet.  I think,

18   if I'm not mistaken, she was still getting her

19   boarding pass at a kiosk.

20      Q.   Okay.  Did you tell her about that incident  11:36:34

21   before heading to TSA or security?

22      A.   No, I did not.

23      Q.   Why not?

24          MS. SEDAGHATFAR:  Objection; argumentative.

25   You can answer.                                       11:36:50

76

1   evidence shows that you arrived at the terminal and

2   received your boarding pass around 3:15 P.M., a

3   little over two hours before your flight?  Does that

4   sound right?

5        A.   That sounds right.  Yes.                    12:59:48

6        Q.   And during -- at any point during your

7   exchange at the bag drop counter with those two

8   Caucasian women, did at any point they indicate that

9   you could not fly or that you were not going to be

10  able to fly that day?                                 01:00:07

11       A.   No, they did not.

12       Q.   Okay.  If our evidence shows that it was

13  not the same two women that was on the flight later

14  speaking to you about your outfit, you're telling me

15  that your recollection is different?                  01:00:21

16       A.   I do believe that they were the same two

17  individuals.

18       Q.   Okay.

19       A.   If I do recollect -- if my memory serves me

20  correctly, they -- it seemed like they were the same  01:00:43

21  two individuals.

22            MR. LAZENBY:  Okay.  I probably should have

23  asked this before we started speaking.

24            But, Madam Court Reporter, are you able to

25  repeat the last question and answer before we broke?  01:00:56

                                                         111

```
 1    you're approaching the gate to check in for the

 2    flight with your boarding pass, Ms. Phillips has a

 3    cup in her hand?

 4         A.   Yes.

 5         Q.   Can you describe the cup.                    01:21:37

 6         A.   Plastic, translucent, see-through cup with

 7    water and ice.

 8         Q.   Any logos or labels on it?

 9         A.   I don't recall.

10         Q.   Do you know where she got the cup from?     01:21:56

11         A.   Yes.

12         Q.   Where?

13         A.   The Rock & Brewery.

14         Q.   Okay.  Was she sipping as she's approaching

15    the gate?                                             01:22:20

16         A.   Yes, she was.

17         Q.   So she would have had to take her mask down

18    to sip on this cup.  Correct?

19         A.   That's true.

20         Q.   Did you observe her taking her mask down?   01:22:27

21              MS. SEDAGHATFAR:  Sipping it and --

22              THE REPORTER:  I'm sorry, Counsel.  Can you

23    ask that again.

24              MR. LAZENBY:  I wasn't finished, but let me

25    finish -- restart.                                    01:22:40
```

                                                                 123

```
 1    her mask and put her face in the cup to smell the

 2    contents of the cup as if that was a way to verify

 3    if we were liars or not.

 4         Meanwhile, other patrons are just politely

 5    boarding, sipping their drinks.  I didn't understand   01:25:52

 6    why we were targeted out.  Why couldn't she have

 7    done that in a different way, because my aunt was

 8    wearing a Black Lives Matter mask, because of my

 9    ethnic outfit, again, singling us out, treating us

10    like dogs, like we were less than.  I didn't          01:26:11

11    understand why Southwest treated us so differently

12    than the other patrons that were boarding the plane

13    with drinks, sipping away, enjoying it, having the

14    time of their life, getting ready to take their

15    vacation and why we were targeted.                    01:26:26

16         Q.   The two -- you said there were two

17    Caucasian women at the end of the jet bridge on the

18    aircraft greeting passengers as they boarded the

19    aircraft, correct?

20         A.   Yes, sir.                                   01:26:43

21         Q.   And I believe based on your testimony

22    earlier, it is your belief that those are the same

23    two Caucasian women that performed your bag drop

24    when you first arrived at the airport?

25         A.   I do believe they were.                     01:26:57
```

                                                                    126

Adelene Sanders                                                    February 10, 2022

1    felt so embarrassed.  It was an embarrassment.  I

2    was absolutely appalled that these were the standard

3    operating procedures that Southwest would take

4    against their black patrons; meanwhile, other white

5    Caucasian patrons are just boarding, they have cups,   01:28:59

6    bags, no one ever said a thing.  But they singled us

7    out because of my ethnic attire, because of my

8    curves, because I'm black, because my aunt has a

9    Black Lives Matter mask on.  It was -- they were

10   very triggered and they treated us as such.  They    01:29:17

11   treated us like we were criminals because we're

12   black.

13       Q.  Up and to that point, had any of the

14   Southwest employees said anything to your aunt about

15   her Black Lives Matter mask?                          01:29:29

16       A.  No, sir.

17       Q.  Up and to that point, had anyone said

18   anything to you about Ms. Phillips' Black Lives

19   Matter mask?

20       A.  No, sir.                                      01:29:42

21       Q.  You said you observed white passengers

22   walking by with cups.  You have a specific

23   recollection of other white passengers boarding with

24   cups in their hand?

25       A.  Absolutely.  As a matter of fact, one of --  01:29:59

                                                                128

Adelene Sanders                                                        February 10, 2022

1    I mean beautiful young white Caucasian lady, she is

2    boarding the plane with the drink in her hand.  As a

3    matter of fact, she has a very sheer blouse on, very

4    low cut, very see-through.  You could see her

5    breasts, you could see her nipples through the                01:30:22

6    shirt.  Didn't say a word to her.  Treated her like

7    she was royalty.

8         Q.   Is this the --

9         A.   She was welcomed there.  They welcomed her

10   on that plane.                                                01:30:39

11        Q.   Is this the same woman who was referred to

12   later during the confrontation with the flight

13   attendants about another woman having a low cut

14   blouse?

15        A.   Yes, sir.                                           01:30:54

16        Q.   And is it your testimony that this blouse

17   was see-through and you could actually see her

18   nipples?

19        A.   Absolutely.

20        Q.   And you saw this woman board the aircraft?  01:31:03

21   That's your testimony?

22        A.   Yes, sir.

23        Q.   And you're saying that this woman also had

24   a beverage in her hand as she boarded the aircraft?

25        A.   Her specifically, but there were others as  01:31:17

                                                                   129

Adelene Sanders                                                    February 10, 2022

1        Q.    Okay.  And at some point, you took that

2   video and the video that you took and it was edited

3   into one video that you produced in this litigation,

4   correct?

5        A.    No, sir.                                    01:32:38

6        Q.    How did that video become one video?

7        A.    There is two videos, sir.

8        Q.    Right.  You said there is two videos.  The

9   video that was produced in this litigation is one

10  continuous video that seems to be three separate      01:32:51

11  videos edited into one continuous video.  Are you

12  familiar with that?

13       A.    That may be true.  But there were three

14  separate videos.

15       Q.    Okay.  Who put those three videos together  01:33:05

16  into one video?

17       A.    I believe I provided that to my attorney.

18       Q.    So did you do the editing?

19       A.    Yes, I did.

20       Q.    Okay.  And when you edited the video --     01:33:20

21  withdrawn.

22           Did you see any other African-American or

23  brown-skinned passengers on this flight?

24       A.    Yes, sir.

25       Q.    Did you see them board with cups in their   01:33:35

                                                                    131

Adelene Sanders                                                              February 10, 2022

1    hand?

2         A.    No, sir.

3         Q.    So is it your testimony that the only other

4    passengers that you saw boarding with cups in their

5    hand were non-black passengers or Caucasian          01:33:47

6    passengers?

7         A.    That is correct.

8         Q.    Was it just non-black or was it Caucasian

9    only?

10        A.    Caucasian.                                 01:33:58

11              MS. SEDAGHATFAR:   I'm going to object that

12   that's vague and ambiguous.   The form of the

13   question was vague and ambiguous.   You can answer.

14        Q.    BY MR. LAZENBY:   Withdrawn.   Were all of

15   the passengers that you saw boarding with cups in     01:34:06

16   their hand that were not treated the same way you

17   were treated, were they all Caucasian passengers?

18        A.    Yes, sir.   On the jet way, yes.

19        Q.    Okay.   At any point during the boarding

20   process, did you see any passenger that wasn't        01:34:22

21   Caucasian that had a beverage in their hand?

22        A.    No, sir.

23        Q.    Were you looking around for this or how did

24   you notice that?

25        A.    During this particular time when we were    01:34:36

132

Adelene Sanders                                                    February 10, 2022

1   stopped on the jet bridge, I could only help but to

2   notice the other Caucasian passengers who were not

3   being harassed.  That's why I know emphatically that

4   they were Caucasian passengers, because at that

5   point I knew for fact we were being singled out          01:35:01

6   because we were black.

7       Q.   After the flight attendant smells the cup

8   and hands it back, can you tell me what happens

9   next?

10      A.   Disgusted, disgusted that they would do         01:35:32

11  that to us, that they would single us out and treat

12  us like that, I was -- I felt like I was going to

13  throw up.  But, again, just like before, I'm just

14  taking deep breaths, okay, just put this behind you,

15  you have a family reunion to go and look forward to,    01:35:55

16  like let's just -- it's only 45 minutes.  This is

17  going to be over, in disbelief that this was really,

18  really happening.

19          But they continued to press and continued

20  to make it very apparent that they had a problem        01:36:10

21  with my ethnicity, with me being a curvacious black

22  woman and with us representing Black Lives Matter.

23      Q.   And you base that on what happened.  Is

24  there any words that they said that you base that

25  on?                                                     01:36:28

                                                            133

Adelene Sanders                                                February 10, 2022

```
 1            A.    I would say somewhere about the middle of

 2      the plane.

 3            Q.    Okay.  And did you sit next to each other?

 4            A.    We sat on the same row.  There was a space,

 5      a seat missing between us.  She sat on the other      01:51:18

 6      side.

 7            Q.    You mean it was an empty seat in the

 8      middle?

 9            A.    Yes, sir.

10            Q.    Okay.  And what do you remember happening   01:51:27

11      next after sitting down?

12            A.    The same two women who harassed us on the

13      jet way approached us again leaning over the seat in

14      my face harassing me about my sides.  She said there

15      had been a customer complaint, someone had           01:51:53

16      complained on the aircraft, a customer, about my

17      sides, that she continued to aggressively harass me

18      about my attire, asking where my luggage was,

19      continued to just make a spectacle and cause a

20      scene.  And we were surrounded.  She was in my face. 01:52:24

21      And there were other Southwest agents standing

22      around just circled us, surrounded us.  And the

23      topic of the conversation was my sides.  They

24      absolutely humiliated us, making a scene.  It was a

25      huge scene.  There was a Caucasian lady a few rows   01:52:48
```

                                                        140

```
1    can't see me.  I even go a step further and ask the

2    people that are on the flight, is there anyone here

3    that has an issue with what I'm wearing, can you

4    raise your hand now?  Everybody just turns around

5    and looks at me.  Nobody says a thing.  So then Dale    01:56:25

6    comes back and she says, you're going to have to

7    leave the aircraft or we're going to have you

8    forcibly removed by police escort.  Well, I've seen

9    Southwest drag people off planes, and we just dealt

10   with George Floyd, and I didn't want to die.  That's   01:56:44

11   exactly what was going through my mind after all

12   these sequence of events and how they treated me, I

13   didn't want to die that day.

14           So I got off the aircraft.  When I got off

15   the aircraft, I asked Southwest if they could give     01:57:02

16   me my luggage and they were reluctant.  They refused

17   to give me my luggage.  In addition to that, when I

18   come off of the airplane, I'm confronted with police

19   with their hands on their gun.  I'm scared out of my

20   mind.  I'm thinking I'm going to die.  It was          01:57:17

21   extremely -- the whole situation was just

22   devastating to me.

23       Q.   During the exchange with the flight

24   attendants that you just described before you got

25   off the aircraft, Ms. Phillips was insulting the       01:57:34
```

143

Adelene Sanders                                                          February 10, 2022

1    flight attendants, correct?

2        A.    Can you repeat that once again, please.

3        Q.    During the exchange that you just described

4    with the flight attendants on the aircraft, isn't it

5    true that Ms. Phillips repeatedly insulted the          01:57:52

6    flight attendants, correct?

7        A.    No.  I don't agree with that statement.  I

8    believe that she was making a comparison to the

9    beautiful white lady that had the low-cut,

10   see-through blouse on, make the comparison saying,      01:58:08

11   hey, why didn't you stop her, is it because of white

12   privilege, or are you harassing us because we're

13   black?  Because we're not doing anything any

14   different than anybody else has done.  Other people

15   brought drinks on the plane, other people wore what     01:58:22

16   they felt comfortable in wearing, and you only

17   targeted us, so no, she was not insulting anyone.

18   She was being just as a matter of fact, in my

19   opinion.

20       Q.    So she didn't use the term overweight when    01:58:39

21   referring to the flight attendants?

22       A.    She may have.

23       Q.    Did she use the term scraggly white woman?

24       A.    No.

25       Q.    Did she use the word Karen?                    01:58:52

                                                                    144

Adelene Sanders                                                    February 10, 2022

```
 1   woman?

 2        A.   Yes, sir.

 3        Q.   Is that one of the flight attendants that

 4   was at the front of the aircraft when you first

 5   boarded?                                          02:23:59

 6        A.   To my best recollection, I do believe she

 7   was one of those agents.

 8        Q.   Okay.  And you also believe she's the same

 9   woman who checked your bag?

10        A.   I may have misunderstood your question.  02:24:18

11   Can you repeat that first question again?

12        Q.   As I understood from your testimony

13   earlier, you believe the two women who were at the

14   front of the aircraft when you boarded were the same

15   two women who checked your bag when you dropped your  02:24:30

16   bag at the beginning of check-in?

17        A.   I do believe that's -- to the best of my

18   recollection, the young lady in the red was whom I

19   believe I encountered upon baggage check.  The woman

20   in the blue is who stuck her nose or face in my     02:24:46

21   aunt's cup.

22        Q.   Okay.  The woman in the blue is off to the

23   right in this frame, correct?

24        A.   Yes, sir.

25             MR. LAZENBY:  Can you play the video and  02:24:58
```

                                                                162

Adelene Sanders                                                    February 10, 2022

```
 1        Q.   Okay.  My question is, do you know how much

 2    more of that first angle exists before you fade away

 3    to the angle that begins around 1:33?

 4        A.   There is nothing else.  That's it.

 5        Q.   It's your testimony that that first video    02:36:54

 6    ends at the time you fade away to the angle that

 7    you're providing?

 8        A.   Correct.  Yes, sir.

 9        Q.   Okay.  And beginning at 1:34, we see this

10    is who?                                               02:37:11

11        A.   Ms. Dale, the supervisor.

12        Q.   Okay.  And as you testified earlier, this

13    is when she comes back on the plane?

14        A.   This is -- yes, this is when she comes back

15    on the plane.  It's her first time actually on the    02:37:22

16    plane.

17        Q.   At some point during the video, you

18    mentioned in your description of the incident that

19    you had a problem with the fact that they sent a

20    black woman to address the situation; is that         02:37:58

21    correct?

22        A.   Yes, sir.  Damage control.

23        Q.   Okay.  What do you mean by that?

24        A.   Again, for damage control purposes.  I feel

25    like the Caucasian stewardess on that flight felt     02:38:15
```

171

Adelene Sanders                                              February 10, 2022

1    threatened having been recorded, having been in my

2    face, harassing me and now you see a completely

3    different dispensation, how Ms. Dale is respectively

4    in the aisle speaking to us, and she's a black

5    woman.  So when they sent her, she still had no idea    02:38:42

6    what was happening.  She says, I didn't see it, and

7    she says that in the video.  But they say it's your

8    sides, which definitely give me the inclination that

9    she's there on damage control.  And what better

10   person to send than another black woman to try to      02:39:02

11   fix a racially-driven discrimination.

12       Q.   Do you know if during this exchange

13   Ms. Phillips was continuing to insult the flight

14   attendants?

15       A.   I don't believe so.                            02:39:22

16       Q.   So it's your testimony you did not believe

17   during the exchange with Ms. Dale on the screen that

18   Ms. Phillips was insulting the flight attendants,

19   calling them overweight and scraggly wagglies?

20       A.   I think a lot of what she said was just a      02:39:50

21   matter of fact.

22       Q.   So you think that it was factual and okay

23   for her to call the flight attendants overweight and

24   scraggly wagglies during that exchange?

25       A.   No, not at all, not at all.  But what she      02:40:04

                                                            172

Adelene Sanders                                                    February 10, 2022

1    was defending was the fact that there was another

2    white woman there who had a very sheer, see-through

3    shirt on with her breasts exposed.  No one said

4    anything to her.

5         Q.   Do you think it was --                    02:40:18

6         A.   I know she mentioned that.

7         Q.   Do you think it would have been okay for

8    her to call the flight attendant a fucking Karen?

9         A.   I don't agree with that.  I don't condone

10   it.  It wasn't my verbiage.  I don't talk that way.  02:40:29

11        Q.   That's fair.  I just want to know your

12   opinion as to --

13        A.   Absolutely.

14        Q.   -- what your traveling companion was saying

15   during this exchange.  Do you think that it was okay  02:40:39

16   if your companion -- if we have evidence that shows

17   your companion referred to them as white devils or

18   blue-eyed devils?

19        A.   I don't -- no, I don't agree with that.

20   I'm mixed.  I'm a part of biracial product.  So no,  02:40:51

21   I don't agree with any kind of discrimination

22   against anyone, race, color, creed or sexuality.

23   That's not my dispensation.  That's not how I

24   present myself.

25        Q.   So you disagree --                         02:41:05

                                                          173

```
 1          A.   That's me.

 2          Q.   If Ms. Phillips in fact made those

 3     comments, you disagree with them?

 4          A.   I would absolutely disagree with them.

 5          Q.   What about white cracker, if she made that    02:41:14

 6     comment, you would disagree with the propriety of

 7     her saying that as well, correct?

 8          A.   I would disagree.

 9          Q.   What are you mixed with?

10          A.   I identify as a black woman.  But my          02:41:24

11     grandmother is partially white.

12          Q.   Okay.  When you say partially, do you know

13     what percentage?  Half?

14          A.   No, sir.  Maybe half.

15          Q.   Okay.  And is it your testimony that you      02:41:37

16     never used any derogatory terms during this exchange

17     when referring to the flight attendants?

18          A.   That's correct.

19          Q.   Did you at any point tell your aunt to stop

20     referring to the flight attendants with derogatory     02:42:19

21     terms?

22          A.   No, sir, I did not.

23          Q.   Did you at any point feel that her use of

24     derogatory terms towards the flight attendants would

25     get you removed from the flight?                        02:42:45
```

174

Adelene Sanders                                                    February 10, 2022

1    I don't agree with that, because, again, I asked

2    them for something suffice for their complaint.  And

3    she is again on damage control, repeating the same

4    information that I had already provided to the

5    previous Caucasian stewardess.                    02:52:55

6        Q.   But she did not at that point until after

7    all of the insults by Ms. Phillips ask to you

8    deplane, correct?

9        A.   I don't agree with -- there was any insults

10   at that point in time.                            02:53:19

11       Q.   You don't believe at the point we're

12   looking at that Ms. Phillips had insulted the flight

13   attendants?

14       A.   No, I don't.  I believe she was also -- she

15   was sticking up for me.  She was making a valid      02:53:34

16   point, again, how we had been racially profiled and

17   targeted.  Ms. Dale had -- by the way, my name is

18   Ms. Sanders.  She also was attempting to advise them

19   that there is other issues that they need to address

20   as well.  I don't -- again, I feel like she was very  02:53:54

21   matter of fact.

22       Q.   My question is, prior to what we're looking

23   at, 2:24, Ms. Phillips had already insulted a flight

24   attendant, correct?

25       A.   I don't believe so.  I believe it was      02:54:07

                                                          180

```
 1    STATE OF CALIFORNIA          ) ss:

 2    COUNTY OF LOS ANGELES        )

 3

 4        I, JUDITH SCHLUSSEL, C.S.R. No. 4307, do hereby

 5    certify:

 6

 7        That the foregoing deposition testimony of

 8    ADELENE SANDERS was taken before me at the time and

 9    place therein set forth, at which time the witness

10    was placed under oath and was sworn by me to tell

11    the truth, the whole truth and nothing but the

12    truth;

13        That the testimony of the witness and all

14    objections made by counsel at the time of the

15    examination were recorded stenographically by me,

16    and were thereafter transcribed under my direction

17    and supervision, and that the foregoing pages

18    contain a full, true and accurate record of all

19    proceedings and testimony to the best of my skill

20    and ability.

21        I further certify that I am neither counsel for

22    any party to said action, nor am I related to any

23    party to said action, nor am I in any way interested

24    in the outcome thereof.

25
```

244

1       IN WITNESS WHEREOF, I have subscribed my name

2   this _____ day of _____, 2022.

3

4

5                 _____

6                 JUDITH SCHLUSSEL, C.S.R. No. 4307

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

245