# EXHIBIT 39

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
ADELENE SANDERS, an individual,    )
                                   )
           Plaintiff,              )
                                   )
      v.                           ) Case No.
                                   ) 2:21-CV-00451-DDP-MRW
SOUTHWEST AIRLINES CO., a          )
business entity of unknown form;   )
and DOES 1 through 100,            )
inclusive,                         )
                                   )
           Defendant.              )
_____)
```

VIDEOCONFERENCE DEPOSITION OF
CHANTE ANDRUS

Friday, February 25, 2022

9:56 A.M.

Stenographically Reported By:
Helena Flores, CSR No. 13313, RPR

```
1    BY MS. SEDAGHATFAR:
2       Q.   There were no medical blankets on the plane?
3       A.   I don't know.
4       Q.   Okay.  So did you ever look to see if there
5    were any blankets on the plane?
6       A.   I did not.
7       Q.   Did Ms. Karenev ever look, as far as you know?
8       A.   I do not know.
9       Q.   Why not?
10           MR. LAZENBY:  Why doesn't she know?
11   BY MS. SEDAGHATFAR:
12      Q.   Why did you not look to see if there were any
13   of the medical blankets on the plane?
14      A.   Because it did not occur to me to look.
15      Q.   In what way was Ms. Sanders not complying?
16           MR. LAZENBY:  Objection.  Asked and answered.
17           THE WITNESS:  She was not willing to cover up.
18   BY MS. SEDAGHATFAR:
19      Q.   How would you submit that she would be able to
20   cover up?
21           MR. LAZENBY:  Objection.  Vague.
22           THE WITNESS:  By -- by having something to
23   cover up with.
24   BY MS. SEDAGHATFAR:
25      Q.   Isn't it your testimony that Ms. Sanders said
```

```
 1    BY MS. SEDAGHATFAR:
 2        Q.   What did you say to them?
 3        A.   I just thanked them for wearing their masks.
 4        Q.   And what did they say?
 5        A.   They agreed that they were wearing their masks.
 6        Q.   Was there any particular reason that you
 7    thanked them for wearing their masks?
 8        A.   Because Ms. Sanders said that she was wearing
 9    her mask and -- and following that directive.
10        Q.   Was there anything else you said during that
11    exchange?
12        A.   Not that I recall.
13        Q.   Okay.  And then what happened next?
14        A.   I then went to the front of the aircraft.
15        Q.   And what happened next?
16        A.   I just conferred with my colleagues that this
17    situation was -- was escalating.
18        Q.   With who?
19        A.   I don't recall particular [sic].
20        Q.   Was it a flight attendant?
21        A.   Yes, it was a flight attendant.
22        Q.   Was it a first officer?
23        A.   I don't know.
24        Q.   Was it a captain?
25        A.   I don't know.
```

```
 1        Q.   Okay.  And at that point in time when you went
 2   to the front of the aircraft, had Ms. Karenev already
 3   gone to the front of the aircraft?
 4        A.   Yes.
 5        Q.   Okay.  And did you have a discussion with her
 6   at that point?
 7        A.   Yes.
 8        Q.   What was the substance of that discussion?
 9        A.   Just that the situation was escalating.
10        Q.   What did Ms. Karenev say to you?
11        A.   I don't remember.
12        Q.   Did Ms. Karenev say to you that they had called
13   her a "Karen"?
14        A.   I don't know.
15        Q.   Did Ms. Karenev say to you that she feared for
16   her physical safety?
17        A.   I don't remember.
18        Q.   If Ms. Karenev had told you that she feared for
19   her physical safety, would you be required to document
20   that anywhere?
21             MR. LAZENBY:  Objection.  Incomplete
22   hypothetical.
23             You can answer.
24             THE WITNESS:  No.
25   / / /
```

1  BY MS. SEDAGHATFAR:
2      Q.   There would be no requirement for you to notify
3  a supervisor either?
4           MR. LAZENBY:  Objection.  Vague.
5           You can answer.
6           THE WITNESS:  No, not a requirement.
7  BY MS. SEDAGHATFAR:
8      Q.   Would it be recommended?
9      A.   Yes.
10     Q.   Did Ms. Karenev tell you that she feared that
11 Ms. Adelene Sanders or her aunt could physically harm
12 her?
13     A.   I don't remember.
14     Q.   Okay.  And tell me, then, what happened after
15 you conferred with Ms. Karenev at the front of the
16 aircraft.
17          What happened next?
18     A.   Then I went back to my boarding position in the
19 back of the aircraft.
20     Q.   And then what happened next?
21     A.   Then they were asked to deplane the aircraft.
22 And as they were getting up, the aunt looked at me and
23 said, "You are the blue-eyed devil," of which I
24 responded, "Please gather your items, your belongings,
25 and deplane the aircraft."

1  CERTIFICATION OF COURT REPORTER

2  FEDERAL JURAT

3

4       I, the undersigned, a Certified Shorthand

5  Reporter of the State of California, do hereby certify:

6  That the foregoing proceedings were taken remotely at

7  the date and time herein set forth; that

8  any witnesses in the foregoing proceedings, prior to

9  testifying, were placed under oath;

10      That a verbatim record of the proceedings was

11 made by me using machine shorthand which was thereafter

12 transcribed under my direction; further, that the

13 foregoing is an accurate transcription thereof; that

14 before completion of the deposition, a review of the

15 transcript ( ) was (X) was not requested.

16      I further certify that I am neither financially

17 interested in the action nor a relative or employee of

18 any attorney of any of the parties.

19      IN WITNESS WHEREOF, I have this date subscribed

20 my name, _____.

21 Dated March 1, 2022.

22

23 Helena Flores, CSR Number 13313, RPR

24

25