EXHIBIT 40

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
ADELENE SANDERS, an individual,    )
                                   )
     Plaintiff,                    )
                                   )
vs.                                ) Case No.
                                   ) 2:21-CV-00451-DDP-MRW
SOUTHWEST AIRLINES CO., a          )
business entity of unknown form;   )
and DOES 1 through 100,            )
inclusive,                         )
                                   )
     Defendants.                   )
_____)
```

VIDEOCONFERENCE DEPOSITION OF
JUSTIN DANIEL NICHOLS MOYER

Friday, February 25, 2022

1:21 P.M.

Stenographically Reported By:
Helena Flores, CSR No. 13313, RPR

1    A.    It was very revealing.

2    Q.    In what way was it revealing?

3    A.    I don't know how to describe that other than it
4  wasn't -- it didn't provide a lot of coverage.

5    Q.    And can you -- I'm sorry.

6          Can you just be a little bit more specific in
7  terms of what part -- what area of her body you feel the
8  outfit wasn't providing a lot of coverage?

9    A.    So I mean it was basically a -- I want to say
10  some sort of, like, a bikini top type of thing.  So her
11  breasts were quite revealed, and then her -- the bottoms
12  were just a very short -- I don't remember if it was
13  just a skirt or some sort of short.  Some sort of short
14  bottoms.

15    Q.    Anything else that you believe was reveal- --
16  was too revealing on the outfit?

17    A.    No.  I mean, that -- that sums it up.

18    Q.    And did you have any discussions with
19  Ms. Sanders at that time?

20    A.    No.

21    Q.    Was she with anybody at that time?

22    A.    I don't remember.

23    Q.    Do you recall -- strike that.

24          Do you recall when the first time you saw
25  Ms. Shelly Phillips, which was her companion, that day?

1       A.    When they were boarding the airplane.
2       Q.    Did you see them walk into the airplane?
3       A.    I was still standing in the cockpit door at
4  that point; so yes.
5       Q.    Did you ever observe Ms. Shelly Phillips and
6  the plaintiff being stopped at the entrance of the
7  aircraft by one of the flight attendants?
8       A.    I'm sorry.  Say it again one more time?
9       Q.    In other words, did you ever observe
10  Ms. Shelly Phillips and her aunt [sic] stopped in front
11  of the entrance to the aircraft by a flight attendant
12  before they boarded the plane?
13            MR. LAZENBY:  Objection.  Vague.
14            But you can answer.
15            THE WITNESS:  Shelly Phillips was the aunt;
16  correct?
17  BY MS. SEDAGHATFAR:
18       Q.    Correct.
19       A.    Okay.  So you said her and the aunt; so that's
20  why I was confused.  So --
21            MR. LAZENBY:  Your question was Shelly Phillips
22  and the aunt.  Shelly Phillips is the aunt.  So just for
23  the record, restate the question, please.
24  BY MS. SEDAGHATFAR:
25       Q.    Shelly Phillips and the plaintiff.

```
 1        A.   Got it.
 2             Did I see them get stopped?  I saw
 3   Shelly Phillips get stopped.
 4        Q.   And can you tell me what you observed at that
 5   point?
 6        A.   I remember her mask being at least below her
 7   nose.  I don't know if it was farther than that or not.
 8   That's all I remember.
 9        Q.   And what happened next?
10        A.   I remember the flight attendant asking her to
11   wear the mask properly.
12        Q.   And then did -- did Ms. Shelly Phillips
13   respond?
14        A.   I actually don't know because, at that point, I
15   excused myself and got in my seat.
16        Q.   And did you see Adelene Sanders by Shelly?
17   Were they standing together at this time?
18        A.   I --
19             MR. LAZENBY:  Which question -- that was two
20   questions.
21   BY MS. SEDAGHATFAR:
22        Q.   Was Shelly -- strike that.
23             Was Adelene Sanders with Shelly Phillips at the
24   time that you observed this exchange between the flight
25   attendant and Ms. Shelly Phillips?
```

```
 1              MR. LAZENBY:  Objection.  Vague.
 2              You can answer.
 3              THE WITNESS:  At that point, she was already on
 4   the airplane.  Her back was to me, starting to walk down
 5   the aisle.
 6   BY MS. SEDAGHATFAR:
 7       Q.  Okay.  And by that, you mean the plaintiff?
 8       A.  The plaintiff.  Yes.
 9       Q.  Okay.  And did you observe Ms. Shelly Phillips
10   with a cup in her hand at that time?
11       A.  I don't remember.
12       Q.  And do you -- did you ever observe this
13   particular flight attendant taking the cup from
14   Ms. Shelly Phillips?
15       A.  Well, I don't remember there being a cup; so by
16   default, I don't remember her taking a cup.
17       Q.  Okay.  And do you know if there are any
18   protocols as to what a flight attendant is supposed to
19   do if they believe a passenger is attempting to board
20   the aircraft with an alcoholic beverage?
21              MR. LAZENBY:  Objection.  Lacks foundation.
22   Calls for speculation.
23              You can answer.
24              THE WITNESS:  My understanding is they're not
25   allowed to allow passengers on the plane with an open
```

1    anybody?

2        A.   Alex.

3        Q.   And did you have any discussions with anybody

4   at that point regarding your opinions on

5   Ms. Adelene Sanders's attire?

6            MR. LAZENBY:  Objection.  Vague as to time.

7            You can answer.

8            THE WITNESS:  At which point?  I'm sorry.

9   BY MS. SEDAGHATFAR:

10       Q.   So from the time that you observed Ms. Sanders

11  until the time you got into the cockpit, did you ever

12  discuss with anybody your opinions regarding

13  Ms. Adelene Sanders's attire?

14       A.   I had a passing comment with the "A" flight

15  attendant when I got back on the airplane.

16       Q.   And what was your comment?

17       A.   I don't remember.

18       Q.   Did you say something, or did the flight

19  attendant say something?

20       A.   I said something.

21       Q.   Okay.  And was the flight attendant -- do you

22  know the name of that flight attendant?

23       A.   I don't remember her name.

24       Q.   Do you recall what she looks like?

25       A.   If I saw her, I might recognize her.  But I

```
 1            And is that the Joe -- the Joe Wahl that you
 2   said you had a discussion with about plaintiff?
 3        A.   Did I -- I don't know if I said I had a
 4   discussion --
 5            MR. LAZENBY:  Yeah.  Objection.  Misstates the
 6   testimony.
 7            MS. SEDAGHATFAR:  Okay.  Okay.
 8   BY MS. SEDAGHATFAR:
 9        Q.   What was your discussion with Joe Wahl
10   regarding "the crazy Vegas lady"?
11        A.   The -- the discussion -- there was no
12   discussion.  He reached out to me in order to put me in
13   touch with the attorneys.
14        Q.   And what -- are you referencing Adelene Sanders
15   when you say "the crazy Vegas lady"?
16        A.   Yes.
17        Q.   And had you referred to her as that when
18   speaking about her to Mr. Meifert before you sent this
19   text message, at any point in time?
20        A.   I don't remember.
21        Q.   Well, you understand that, in his response, he
22   didn't ask you who the crazy lady was; correct?
23        A.   Correct.
24        Q.   So he understood, as far as you understand, who
25   you were referring to?
```

```
 1      A.   Yes.  And I -- I believed he would understand
 2  it because of what we saw her display in the terminal in
 3  front of us.
 4           She was, you know, flipping us off and slapping
 5  her butt and pushing her boobs up against the window.  I
 6  knew that that would sum up the behavior and he would
 7  know exactly what I was talking about.
 8      Q.   And when did she do this -- Ms. Sanders?
 9      A.   After she was removed from the airplane.
10      Q.   And how did you see her doing that?
11      A.   We were in the cockpit.  And in Ontario, the
12  gates face the windows in the terminal.  And it's all --
13  it's all windows.  You can see in very easily.
14      Q.   And so you observed that Ms. Adelene Sanders
15  slapped her butt?
16      A.   Yeah.  She was -- I mean, I can't tell you
17  specifically the order of everything.  But she was doing
18  somewhat of a dance and turned around and slapped her
19  butt at us and flipped us off, and she pushed her chest
20  up against the window.
21      Q.   And you never documented that particular
22  incident anywhere?
23      A.   I didn't.  No.
24      Q.   And then I see that, after Mr. Meifert replied,
25  there's no other communications until June 9th.
```

```
 1                CERTIFICATION OF COURT REPORTER

 2                       FEDERAL JURAT

 3

 4           I, the undersigned, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify:

 6           That the foregoing proceedings were taken

 7   remotely at the date and time herein set forth; that

 8   any witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath;

10           That a verbatim record of the proceedings was

11   made by me using machine shorthand which was thereafter

12   transcribed under my direction; further, that the

13   foregoing is an accurate transcription thereof;.

14           That before completion of the deposition, a

15   review of the transcript ( ) was (X) was not requested.

16           I further certify that I am neither financially

17   interested in the action nor a relative or employee of

18   any attorney of any of the parties.

19

20           IN WITNESS WHEREOF, I have this date subscribed

21   my name, _____.

22   Dated March 9, 2022.

23

24   Helena Flores, CSR Number 13313, RPR

25
```