# EXHIBIT 43

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
ADELENE SANDERS, an individual,    )
                                   )
     Plaintiff,                    )
                                   )
vs.                                ) Case No.
                                   ) 2:21-CV-00451-DDP-MRW
SOUTHWEST AIRLINES CO., a          )
business entity of unknown form;   )
and DOES 1 through 100,            )
inclusive,                         )
                                   )
     Defendants.                   )
_____)
```

DEPOSITION OF
JUSTIN CHARLES THOMAS

Tuesday, March 8, 2022

9:58 A.M.

Stenographically Reported By:
Helena Flores, CSR No. 13313, RPR

```
 1   BY MS. SEDAGHATFAR:
 2       Q.   And that never happened?
 3       A.   No.
 4       Q.   And so of the oral complaints that, I guess,
 5   passengers would make to you that you just told me
 6   about, were any of those complaints accusing you of
 7   discrimination?
 8            MR. LAZENBY:  Same objection.  Vague.
 9   Overbroad.  Form.
10            THE WITNESS:  I did have one.  It was -- yeah,
11   I did have one.
12   BY MS. SEDAGHATFAR:
13       Q.   Okay.  And can you tell me about that
14   particular --
15       A.   I was in our -- I was in our baggage service
16   office.  A woman came up claiming damage to her luggage
17   that she received.
18            My job as a customer service supervisor is to
19   assess the damage, if it's something that we're liable
20   for.  In my determination, it was -- it was minor.  It
21   was normal wear-and-tear.  And I told her we did not
22   have liability for it.  She did not like that response
23   and -- and claimed -- and claimed racism.
24       Q.   Did she claim racism directly to you?
25       A.   Yes.
```

1  over to the gate.  I may have responded, "Copy.  I'll be
2  there."  I don't recall if I did or not.  That's my
3  typical response.  I don't recall if I did or not.
4     Q.   But you do recall going back to the gate?
5     A.   Yes.
6     Q.   Okay.  And what did you do when you got to the
7  gate?
8     A.   So I -- I went down the jet bridge.  And from
9  there, I don't recall exactly, but I believe I had a
10 conversation with the flight attendant in the jet
11 bridge.
12    Q.   So you didn't walk into the plane at this time?
13    A.   No.
14    Q.   You were just at the -- were you at the
15 entrance of the aircraft at the end of the jet bridge?
16    A.   Just outside there.  Yeah.
17    Q.   Okay.  And who was the flight attendant that
18 you had a conversation with?
19    A.   I do not know.
20    Q.   Do you know what she looked like?  Can you
21 describe her?
22    A.   She was tall, brunette.  And that's about all I
23 can remember, other than she was -- she seemed a little
24 distraught.
25    Q.   And was she -- by "tall," was she about six --

```
 1      Q.   And can you tell me what she told you about the
 2   attire of this particular passenger?
 3      A.   She did say that the back was opened quite a
 4   bit.
 5      Q.   And --
 6      A.   And -- and that her whole -- her whole back --
 7   near her whole back end was exposed.
 8      Q.   Did she tell you her whole buttocks was exposed
 9   or just her back?
10      A.   Well, she did mention buttocks.  Yes.
11      Q.   Okay.  And did she tell you who this passenger
12   was?
13      A.   No.  Not that I recall, exactly who it was.
14   Just in general, a passenger.
15      Q.   And did she tell you that this was an
16   African-American passenger?
17      A.   I believe so.  Yes.
18      Q.   Okay.  And -- and she also told you that she
19   had asked this passenger to cover up; correct?
20      A.   Yes.
21      Q.   And did she tell you whether or not the
22   passenger did cover up?
23      A.   I don't recall if she did.  I believe -- I
24   believe she didn't because that's why it escalated
25   further.
```

```
1        A.   I'm sorry.  Repeat the question, please?
2             MS. SEDAGHATFAR:  I'm sorry.  Can you read back
3    the question, please.
4             (Whereupon, the record was read back by the
5              court reporter as follows:
6              "Q.  And did you ever advise any other
7              supervisor that -- that there was, allegedly, a
8              woman on the plane with a revealing, low-cut
9              shirt?")
10            THE WITNESS:  No.
11   BY MS. SEDAGHATFAR:
12       Q.   Did you have any discussions with any of the
13   flight attendants that it was brought to your attention
14   by Ms. Sanders and Ms. Phillips that there was a young
15   lady on the plane with a low-cut shirt?
16       A.   Not that I recall.
17       Q.   Was there any particular reason why you didn't
18   do so?
19       A.   As a matter of fact, I did see that woman when
20   I first got to the gate.  I did notice her in line when
21   there was actually a line for people to board.  And I --
22   it didn't strike me as anything that was -- that was too
23   revealing.
24       Q.   How do you know that that was the woman that
25   Ms. Shelly and Ms. Adelene were referring to?
```

1     A.    Because they mentioned it was open.  And I -- I
2  did recall seeing, like, an open -- basically down the
3  middle of the -- of the chest was open.
4     Q.    So you understood, in your mind, that the woman
5  that they were complaining about was a woman that you
6  had seen boarding with a -- a low-cut shirt that was
7  open in the middle?
8     A.    Yes.
9     Q.    Can you describe what this woman looked like?
10    A.    Not too much other than I know she had dark
11 hair.  The blouse might have been red.  I -- other than,
12 like, light-skinned and that there was -- it was open in
13 the middle and there was probably no bra there.  But
14 most everything -- everything was pretty much covered
15 other than the middle.
16    Q.    Okay.  And can you tell me how low-cut it was?
17          Like, if you could give me just your best
18 estimate from, like, the neck down.
19    A.    Probably just like how you just mentioned.
20 From your collarbone maybe to, like, right -- maybe just
21 right below the breasts, maybe.
22    Q.    Like right below the bra?
23    A.    Maybe a little lower.  But that's -- that's
24 about -- that's all I can remember.
25    Q.    And I'm just pointing to, like, where below my

1  bra would be.
2           So would it be lower than that mark?
3      A.   Maybe a little bit lower.  Maybe an inch or
4  two, if I can remember.  If -- that's what -- that's
5  what I can remember, yeah.
6      Q.   Okay.  So like an inch or two below where the
7  bottom of -- right here -- my bra would be?
8      A.   Yeah.
9           MR. LAZENBY:  Let me -- objection.  Misstates
10 his testimony.  And misrepresenting the record.
11          But go ahead.
12          MS. SEDAGHATFAR:  And what was -- read back the
13 objection because his --
14          MR. LAZENBY:  Misrepresenting the record.
15          But go ahead.
16          MS. SEDAGHATFAR:  Oh, okay.  Well, I don't want
17 to misrepresent the record; so let's just be clear.
18 BY MS. SEDAGHATFAR:
19     Q.   So I'm pointing right now to the bottom of
20 where my bra is.
21          Do you see that?
22     A.   Right.  Yes.
23     Q.   Did you say it was about maybe one or two
24 inches below that, like kind of right here?
25     A.   Closer to probably one inch, yeah, if I

1  remember.  Yes.
2       Q.   And was it a V-line?  Do you recall?
3       A.   I feel like it was more like a narrow -- more
4  narrow opening.
5       Q.   Okay.  And you could see the young lady's
6  cleavage right on the --
7       A.   Yes.
8       Q.   Okay.
9       A.   Yes.
10      Q.   And you could also see her nipples; correct?
11      A.   No.  Definitely not.
12      Q.   Okay.  So how did you -- how did you know she
13  was not wearing a bra?
14      A.   Because the -- the bra comes across.  Nothing
15  came across.  It was just open -- just flesh in the
16  middle.
17      Q.   I see what you're saying.
18           And this young lady was Caucasian?
19      A.   I don't know for certain.
20      Q.   Is there any particular reason why she stood
21  out to you as she was in line at the gate, this young
22  lady?
23      A.   Only -- I'd never seen an opening like -- quite
24  like that.  It was more like -- it was narrow, and it
25  was all the way through the breasts.  I'd never seen

1  anything like that.
2      Q.  And -- and was the young lady wearing pants or
3  a skirt?  Do you recall what she had on?
4      A.  I don't recall.
5      Q.  Do you know whether that young lady was
6  traveling with anybody at the time?
7      A.  Not that I know.
8      Q.  So -- and in your -- in your view, you didn't
9  believe that this young lady's attire was
10 inappropriate?
11     A.  No.
12     Q.  And was this young lady, would you describe her
13 body type as a slender body type?
14     A.  I don't recall exactly.  But if -- from my
15 recollection, yeah, probably more slender.
16     Q.  And how old would you guess this young lady
17 was?  Or estimate, I should say.
18     A.  I don't know if -- estimate, maybe somewhere in
19 the 20s.
20     Q.  And at the point in time that you observed
21 Ms. Dell Jackson walking out of the plane with
22 Ms. Adelene Sanders, did you get a better look at her
23 attire?
24     A.  Yes.
25     Q.  And what was -- did you believe that her

1  if it was accepted or not.

2      Q.   And you don't recall if it was Dell that told
3  you that or the agent?

4      A.   I don't recall.

5      Q.   Did any of the passengers -- strike that.

6           During your employment at Southwest, how many
7  passengers do you know of that have been kicked off a
8  plane due to their attire?

9           MR. LAZENBY:  Objection.  Lacks foundation.
10  Calls for speculation.

11           THE WITNESS:  In the ten years I've been there,
12  based on attire, I can't recall one other than Ms. --
13  Ms. Sanders -- the situation.

14  BY MS. SEDAGHATFAR:

15      Q.   Okay.  And I think I know what your answer is
16  going to be.

17           But do you know what the name of the young lady
18  was with the low-cut shirt?

19      A.   I do not.

20      Q.   Okay.  And would there be any way that you
21  would be able to find out her name by looking at
22  records?

23      A.   No.  We have -- we don't have assigned seating.
24  So by not even knowing what seat she was in, we couldn't
25  go back and say, "Okay.  This person was sitting in this

```
 1                CERTIFICATION OF COURT REPORTER

 2                        FEDERAL JURAT

 3

 4           I, the undersigned, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify:

 6   That the foregoing proceedings were taken remotely at

 7   the date and time herein set forth; that

 8   any witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath;

10           That a verbatim record of the proceedings was

11   made by me using machine shorthand which was thereafter

12   transcribed under my direction; further, that the

13   foregoing is an accurate transcription thereof; that

14   before completion of the deposition, a review of the

15   transcript ( ) was (X) was not requested.

16           I further certify that I am neither financially

17   interested in the action nor a relative or employee of

18   any attorney of any of the parties.

19

20           IN WITNESS WHEREOF, I have this date subscribed

21   my name, _____.

22   Dated March 17, 2022.

23

24   Helena Flores, CSR Number 13313, RPR

25
```