# EXHIBIT 46

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
ADELENE SANDERS, an individual,   )
                                  )
     Plaintiff,                   )
                                  )
vs.                               ) Case No.
                                  ) 2:21-CV-00451-DDP-MRW
SOUTHWEST AIRLINES CO., a         )
business entity of unknown form;  )
and DOES 1 through 100,           )
inclusive,                        )
                                  )
     Defendants.                  )
_____)
```

VIDEOCONFERENCE DEPOSITION OF
MARY NOEL HENNES

Friday, May 27, 2022

9:58 A.M.

Stenographically Reported By:
Helena Flores, CSR No. 13313, RPR

1  BY MS. SEDAGHATFAR:

2    Q.   Ms. Hennes, do you now have control of

3  Exhibit 2 so you're able to scroll through it?

4    A.   Yes.

5    Q.   Okay. So just take a moment, however much time

6  you need, and just let me know if you're able to answer

7  the pending question.

8    A.   I'm stopping at the printed highlights

9  concerning harassment, sexual harassment,

10 discrimination, and retaliation.

11    Are you -- are you scrolling now? Because it's

12 scrolling, and I did not do that.

13    Q.   Did you say you wanted me to scroll through it,

14 or are you able to --

15    A.   The screen started to move, and I wasn't in

16 control of the mouse at that time. And I didn't know --

17    Q.   That might have been me. Go ahead and -- you

18 can scroll.

19    MS. PARDASANI:  For the record, the witness is

20 stopped on page 1042.

21 BY MS. SEDAGHATFAR:

22    Q.   Okay. And can you tell me what you see on

23 page 1042 that indicates trainings provided to Southwest

24 employees regarding discrimination and harassment of

25 passengers?

1    A.   I will state that we do not specifically say in
2 this document -- we do not use the term "against
3 passengers."  This is an overarching document on our
4 policy regarding harassment, sexual harassment -- those
5 topics.
6    Q.   As it relates to coworkers or employees of
7 Southwest?
8    A.   It -- it may be directed to interaction among
9 Southwest Airlines employees.
10    Q.   Mm-hmm.
11    A.   But, again, I will -- I will say that, when we
12 get to the mission statement, which is something on
13 which all Southwest Airlines employees, regardless of
14 your role in the company -- that there's an expectation
15 of adherence to that.  That is where we say we have this
16 expectation that the way that -- what applies to you as
17 an employee, you are expected to also share that same
18 level of -- of respect with our outside customers.
19         And as I'm scrolling -- because I want to -- I
20 believe it's at the end of this first section.  I'm
21 not -- I don't have this document committed to memory.
22 But I was trying to find the mission statement in here
23 that I -- where I could demonstrate that.  Please bear
24 with me as we scroll.
25         Here is our mission.  This is what I was

1      referring to --
2          Q.   Okay.
3          A.   -- where we say "Above all, Employees will be
4      provided the same concern, respect, and caring attitude
5      within the organization that they are expected to share
6      externally with every Southwest Customer."
7              MS. SEDAGHATFAR:   And I'll, for the record,
8      indicate that the witness is reading from Southwest
9      page 1072.
10     BY MS. SEDAGHATFAR:
11         Q.   So is what you just read into the record what
12     you've been referring to as "the mission statement"?
13         A.   Yes.
14         Q.   Okay.  And is it your testimony that that
15     mission statement that you just read constitutes an
16     aspect of training provided to Southwest employees
17     regarding discrimination and harassment of passengers?
18         A.   It is included in the content of the training.
19     Yes.
20         Q.   Okay.  And -- mm-hmm?
21         A.   Pardon me.
22              But on the screen right now, if you'll see in
23     the "Notes" section, it also recommits -- in the last
24     sentence of our mission statement, it says -- so -- and
25     I -- I believe you were scrolling earlier to cite the

```
1    page number, but I'm going to scroll down to the next
2    page, which would be 1073.  And that is -- on that page,
3    there is an image of the mission statement in its
4    entirety.
5         Q.   So in this mission statement that you've
6    directed our attention to, page 1073, where does it
7    address discrimination and harassment of passengers?
8              MS. PARDASANI:  Objection.  Vague.  Asked and
9    answered.
10   BY MS. SEDAGHATFAR:
11        Q.   We just turned to page 173 [sic].  So I'm just
12   asking you where in that page it refers to
13   discrimination and harassment of passengers.
14        A.   It is inherent in the statement that you will
15   provide the same concern, respect, and caring attitude
16   within the organization that they are expected to share
17   externally with every Southwest customer.  We use the
18   term "customer" sometimes in lieu of the term
19   "passenger."
20        Q.   Understood.
21             THE REPORTER:  Ma'am, did you say the words "it
22   is inherent in the statement"?
23             THE WITNESS:  Yes.
24             THE REPORTER:  Thank you.
25   / / /
```

```
1                CERTIFICATION OF COURT REPORTER

2                        FEDERAL JURAT

3

4           I, the undersigned, a Certified Shorthand

5    Reporter of the State of California, do hereby certify:

6           That the foregoing proceedings were taken

7    remotely at the date and time herein set forth; that

8    any witnesses in the foregoing proceedings, prior to

9    testifying, were placed under oath;

10          That a verbatim record of the proceedings was

11   made by me using machine shorthand which was thereafter

12   transcribed under my direction; further, that the

13   foregoing is an accurate transcription thereof;.

14          That before completion of the deposition, a

15   review of the transcript ( ) was (X) was not requested.

16          I further certify that I am neither financially

17   interested in the action nor a relative or employee of

18   any attorney of any of the parties.

19

20          IN WITNESS WHEREOF, I have this date subscribed

21   my name, _____.

22   Dated June 10, 2022.

23

24   Helena Flores, CSR Number 13313, RPR

25
```