EXHIBIT 47

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4    ADELENE SANDERS, an individual,  )
                                       )
 5               Plaintiff,            )
                                       )
 6    vs.                              ) Case No. 2:21-CV-
                                       ) 00451-DDP-MRW
 7    SOUTHWEST AIRLINES CO., a        )
      Texas corporation; and DOES 1    )
 8    through 100, inclusive,          )
                                       )
 9               Defendants.           )
      _____)

10

11

12

13

14

15

16              DEPOSITION BY VIDEOCONFERENCE OF

17                CATHERINE BARBARA LICHA LUNA

18                   TUESDAY, JUNE 7, 2022

19

20

21

22

23

24    Reported by:   Aileen Neitzert
                     CSR No. 5318
25    Job No.:       258476
```

1

```
 1   seat away from you?
 2        A.   Correct.
 3        Q.   The same passenger who offered the plaintiff a
 4   shirt or a sweater?
 5        A.   Correct.                                            15:36:50
 6        Q.   And what was the comment he made to you later
 7   after you were pointed out?
 8        A.   The comment he made was "I don't know why she
 9   pointed out what you're wearing.  It's totally fine.
10   There's nothing wrong with what you're wearing."              15:37:02
11        Q.   What you were thinking when she pointed you
12   out?
13        A.   The same thing.  I was, like, why am I being
14   pointed out?  My dress was not revealing.  My dress --
15   it was just a typical summer flowery dress.  And it           15:37:17
16   was, like, I don't know why she's pointing me out, if
17   she's just pointing me out just so she can have that
18   comfort of having another passenger, like, if she goes,
19   then somebody else should go too.  But in my head I
20   was, like, I don't know why this lady is pointing me          15:37:39
21   out; I'm just wearing a typical summer flowery dress.
22        Q.   And after the plaintiff pointed you out, what
23   did you do in response?
24        A.   I didn't say anything.  I just kept to myself,
25   again kept my business to myself.  I was not going to         15:37:52
```

25

```
 1          Q.   BY MS. POLTASH:  I'll try it two more times,
 2     and then ask you one final time.
 3          A.   Okay.
 4               (Video played.)
 5               (Video played.)                            16:43:25
 6               THE WITNESS:  Yeah, I still can't hear myself
 7     on there.  I can't hear exactly what I'm saying.
 8          Q.   BY MS. POLTASH:  Okay.  After replaying those
 9     clips could you more clearly make out whether you said
10     "gosh" or "oh my gosh"?                              16:43:53
11          A.   No.
12               MS. POLTASH:  Next I'm going to play 4:16 to
13     4:19.
14               (Video played.)
15               MS. POLTASH:  I'll play that two more times.  16:44:14
16               (Video played.)
17               (Video played.)
18          Q.   At the time marked 4:16 to 4:19 of Exhibit 67,
19     I hear a female voice say in part, "You guys don't even
20     need to apologize."  Were you the passenger who said   16:44:39
21     that?
22          A.   Yes.
23          Q.   And did I hear that correctly?  Did you in fact
24     say, "You guys don't even need to apologize"?
25          A.   Correct.                                    16:44:49
```

                                                                            54

```
 1        Q.   Why did you say that?
 2        A.   Because they're apologizing for basically,
 3   like, pointing me out and -- of what I was wearing, so
 4   I told him it's okay, like they don't need to
 5   apologize.                                              16:45:02
 6        Q.   Any other reason?
 7        A.   That I recall, no.
 8        Q.   And when you were saying that they didn't need
 9   to apologize for pointing you out, what was your
10   purpose for saying that?                                16:45:27
11             MS. SEDAGHATFAR:  Object.  Form.
12             THE WITNESS:  My purpose of telling them that
13   they didn't need to apologize, I just didn't want any
14   conflicts of what -- any type of conflict.  I just
15   wanted the situation to be over already with, so, like, 16:45:44
16   I just let them know, like, they didn't need to
17   apologize for, like, pointing me out if that's the way
18   they felt towards it, but, again, just to avoid any
19   type of conflict.
20        Q.   BY MS. POLTASH:  So you said that to deescalate 16:46:07
21   the conflict?
22        A.   Yes.
23        Q.   No other purpose, correct?
24        A.   Correct.
25             MS. POLTASH:  Next I'm going to play 4:27 to   16:46:24
```

55

```
 1    1:34.
 2           (Video played.)
 3        Q.    At the time marked 1:16 to 1:34 of Exhibit 70,
 4    do you know which passenger the plaintiff's companion
 5    is complaining about?                                    16:58:16
 6           MS. SEDAGHATFAR:  Calls for speculation.
 7           THE WITNESS:  I mean, right there that since
 8    she was, like, talking to me and, like, telling me,
 9    all, like, like, sorry, like, like, see how we get
10    treated.  And I know that's when she was talking about  16:58:35
11    me.
12        Q.    BY MS. POLTASH:  Let me go specifically to the
13    time marked 1:30 of Exhibit 70, so at time mark 1:30 of
14    Exhibit 70, is plaintiff's companion talking to you?
15        A.    Yes, she's talking to me right there.         16:59:01
16           MS. POLTASH:  So I'm going to replay a shorter
17    portion of this clip, 1:27 to 1:33, and if you can
18    particularly listen for anything you hear.
19           (Video played.)
20           MS. POLTASH:  I'm going to play it two more      16:59:32
21    times.
22           (Video played.)
23           (Video played.)
24        Q.    At the time marked 1:27 to 1:33 of Exhibit 70 I
25    hear a female voice say in part, "No, I don't think     17:00:01
```

60

1   that's right."  Were you the passenger who said that?

2        A.   Yes.

3        Q.   And did I hear that correctly?  Did you, in

4   fact, say, "No, I don't think that's right"?

5        A.   Yes.                                              17:00:13

6        Q.   And I'll replay it for you, but did you hear

7   what you said after, "No, I don't think that's right"?

8        A.   "About the situation," I believe I said.

9             MS. POLTASH:  Let me play it one more time and

10  then after "No, I don't think that's right" see if you    17:00:29

11  can pick up exactly what you said.

12            (Video played.)

13            MS. POLTASH:  One more time.

14            (Overlapping video and speaker.)

15            (Reporter asked for clarification.)              17:00:50

16            MS. SEDAGHATFAR:  I'm sorry.  I know.  Let me

17  just lodge my objections because -- I'm only doing so

18  because I have quite a few questions as well.  We've

19  now played this segment repeatedly, so I'm going to

20  object that this line of questions has been asked and    17:01:09

21  answered.

22            MS. POLTASH:  And I would like to note on the

23  record that Catherine is watching these on her cell

24  phone.  We've had extensive talks about how the audio

25  is not entirely clear.  Anahita does not want to try     17:01:22

61

Catherine Barbara Licha Luna                                          June 7, 2022

```
 1    playing the video on her computer to see if that would
 2    make things more clear.  And just so I can get as clear
 3    of a record as possible, I want to replay the clip as
 4    many times as Catherine needs me to to see if she can
 5    make out what she's saying.                                17:01:38
 6           I'm sorry.  I'll replay the clip.  Catherine,
 7    again, if you can see if you can pick up what you said
 8    after, "No, I don't think that's right."
 9           MS. SEDAGHATFAR:  Same objections.
10           (Video played.)                                    17:01:51
11       Q.  BY MS. POLTASH:  Can you make out what you're
12    saying?
13       A.  As I was referring to, like, I was saying, no,
14    I don't think that was right about the whole situation
15    as referring as, like, not towards -- I was more          17:02:13
16    referring about maybe, like, the -- more of, like, the
17    dress code of, like, well, we're just going to Vegas,
18    like, I didn't know.  But, again, I didn't if there is
19    a policy, but me about the -- talking about the
20    situation was more of, like, the dress -- like, what      17:02:31
21    she was wearing not anything else in particular.
22       Q.  And can you repeat what you heard, that phrase
23    with "situation" that you were just explaining?  I can
24    replay it if you want.
25       A.  Yes, one more time.                                17:02:56
```

                                                                    62

```
 1                  (Video played.)
 2                  THE WITNESS:  I believe I said -- the only
 3      thing I could hear is, like, "with you situation."
 4          Q.   BY MS. POLTASH:   "No, with your situation"?
 5          A.   "No" and then, "No, I don't think that's          17:03:19
 6      right," and then it was a little bit of muffle and then
 7      "with your situation."
 8          Q.   And when you say you're referring to the dress
 9      code when you say the word "situation," to clarify, do
10      you mean you disagree with the dress code?              17:03:45
11          A.   Me referring because I know the whole situation
12      was they think they were getting kicked off more
13      because of -- of the way they were treated because of
14      the way they looked.  I was just going based on the
15      reason why they were getting kicked off was because of    17:04:06
16      the dress code.
17                  Again, I don't know no policies with -- in my
18      opinion, they were going to Vegas and on what they're
19      wearing, so the situation could have been situated a
20      little bit better, especially if she did put on the       17:04:23
21      shirt.  But other than that, that was what I was
22      referring to as, like, what the situation of the
23      clothing part of -- but what they were thinking of
24      something, like, their being situation because of the
25      way they are, the color of their skin.                    17:04:39
```

63

| | |
|---|---|
| 1 | know how everything works.  I just thought hopefully |
| 2 | if -- maybe in this situation if she just did like they |
| 3 | told her, if, like, they had anything for her to cover |
| 4 | up, we could have gone.  I don't know the rules and the |
| 5 | policies of dress codes of the flights for Southwest      17:06:12 |
| 6 | Airlines, so, I mean, if it's something that was an |
| 7 | issue with the flight attendants and them trying to fix |
| 8 | that situation and if it was by putting on a T-shirt, |
| 9 | then, by all means, just do what the flight attendants |
| 10 | ask so we can just get going.                            17:06:30 |
| 11 |         MS. POLTASH:  Now I'm going to replay for you |
| 12 | 2:34 to 2:40. |
| 13 |         (Video played.) |
| 14 |         MS. POLTASH:  I'm going to replay it two more |
| 15 | times.                                                   17:07:01 |
| 16 |         (Video played.) |
| 17 |         (Video played.) |
| 18 |    Q.   At the time marked 2:34 to 2:40 of Exhibit 70, |
| 19 | do you here the plaintiff's companion say, "If I were |
| 20 | you, I would enjoy your freedom because it's hard to be  17:07:30 |
| 21 | black in this country"? |
| 22 |    A.   Yes. |
| 23 |    Q.   When the plaintiff's companion said that, was |
| 24 | she talking to you? |
| 25 |    A.   Yes.                                             17:07:41 |

65

| | | |
|---|---|---|
| 1 | Q. | How do you know she was talking to you? |
| 2 | A. | Because I'm the one that's replying back to her |
| 3 | saying I'm so sorry because if that's the way she felt, | |
| 4 | that's way she felt.  But I was just apol -- I just | |
| 5 | said I'm sorry.  I just wanted the -- honestly, I | 17:07:56 |
| 6 | wanted the conflict to already end, and I didn't want | |
| 7 | to be rude of not responding, so that's why I knew she | |
| 8 | was talking to me.  That's why I was the one that | |
| 9 | responded. | |
| 10 | Q. | Was she looking at you when she said that? 17:08:12 |
| 11 | A. | Yes. |
| 12 | Q. | Any other reason that you believed that she was |
| 13 | talking to you specifically? | |
| 14 | A. | Just that she was looking at me and talking to |
| 15 | me, and that's the only reason why I responded back. | 17:08:28 |
| 16 | | MS. POLTASH:  You got a little ahead of me, but |
| 17 | I'm now going to play the time marked 2:40 to 2:42. | |
| 18 | | (Video played.) |
| 19 | | MS. POLTASH:  I'm going to play it two more |
| 20 | times. | 17:08:49 |
| 21 | | (Video played.) |
| 22 | | (Video played.) |
| 23 | Q. | At the time marked 2:40 to 2:42 of Exhibit 70 I |
| 24 | hear a female voice say, "I'm so sorry for that."  Were | |
| 25 | you the passenger who said that? | 17:09:08 |

66

```
 1        A.   Yes.
 2        Q.   And did I hear that correctly?  Did you, in
 3   fact, say, "I'm so sorry for that"?
 4        A.   Correct.
 5        Q.   Did you say anything after the word "that"?     17:09:17
 6        A.   That I recall I don't remember.
 7             MS. POLTASH:  I'll replay the clip if you could
 8   just listen.  If you hear anything, please let me know.
 9             (Video played.)
10             THE WITNESS:  That's all I can hear.            17:09:41
11        Q.   BY MS. POLTASH:  And when you were previously
12   talking about wanting the conflict to end, that was
13   with respect to you saying "I'm so sorry for that"?
14        A.   Yes.
15        Q.   And the reason you said that was also not to be 17:10:06
16   rude and not respond to them, correct?
17        A.   Correct.
18        Q.   Did you mean anything else by "I'm so sorry for
19   that"?
20        A.   I mean, again, she did pay for a flight ticket  17:10:21
21   to go to Vegas, so in a way, like, I did felt bad for
22   her, but at the same time, I mean, policies are
23   policies.  If they have them, then that's what need to
24   abide by.  It does suck in that situation, but if you
25   need to abide some policies, then that's by all means.   17:10:43
```

67

```
 1       Q.   Did you mean anything else by saying "I'm so
 2   sorry for that"?
 3       A.   No.
 4       Q.   And what was the "that" that you were sorry
 5   for?  It was just everything you just talked about?      17:11:06
 6            MS. SEDAGHATFAR:  Objection.  Asked and
 7   answered.
 8            THE WITNESS:  Yes.
 9            MS. SEDAGHATFAR:  Did you get my objection?
10            THE REPORTER:  Yes.  I got:  "Objection. Asked   17:11:15
11   and answered."
12            MS. SEDAGHATFAR:  Thank you.
13            MS. POLTASH:  Home stretch, Catherine.  Home
14   stretch.  So next I'm going to 3:28 to 3:32.  This is
15   the last video.  And here if you can listen for a        17:11:38
16   voice.
17            (Video played.)
18            MS. POLTASH:  I'm going to replay it two more
19   times.
20            (Video played.)                                 17:11:59
21            (Video played.)
22       Q.   Did you hear that okay?
23       A.   Yes.
24       Q.   At the time marked 3:28 to 3:32 of Exhibit 70 I
25   hear a female voice say, "I'm so shocked because this    17:12:24
```

68

```
 1   STATE OF CALIFORNIA      )
                              )
 2   COUNTY OF LOS ANGELES    )

 3

 4              I, AILEEN NEITZERT, do hereby certify:

 5

 6              That I am a duly qualified Certified Shorthand

 7   Reporter, in and for the State of California, holder of

 8   certificate number 5318, which is in full force and

 9   effect, and that I am authorized to administer oaths and

10   affirmations;

11              That the foregoing deposition testimony of the

12   herein named witness was taken before me at the time and

13   place herein set forth;

14              That prior to being examined, the witness named

15   in the foregoing deposition, was duly sworn or affirmed

16   by me, to testify the truth, the whole truth, and

17   nothing but the truth;

18              That the testimony of the witness and all

19   objections made at the time of the examination were

20   recorded stenographically by me and were thereafter

21   transcribed under my direction and supervision;

22              That the foregoing pages contain a full, true,

23   and accurate record of the proceedings and testimony to

24   the best of my skill and ability;that correction and

25   signature by the witness was not requested.
```

```
 1            I further certify that I am not a relative

 2   or employee or attorney or counsel of any of the

 3   parties, nor am I financially interested in the outcome

 4   of this action.

 5

 6            IN WITNESS WHEREOF, I have subscribed my name

 7   this 20th day of June, 2022.

 8

 9

10            _____
              AILEEN NEITZERT, CSR NO. 5318
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                                    138
```