# EXHIBIT 48

```
 1                  UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4

 5   ADELENE SANDERS,              )
                                   )
 6             Plaintiff,          )
                                   )
 7        vs.                      )Case No. 2:12-CV-00451
                                   )          DDP-MRW
 8                                 )
     SOUTHWEST AIRLINES CO., a     )
 9   Texas Corporation; and DOES   )
     1-100, inclusive,             )
10                                 )
               Defendants.         )
11   _____)

12

13

14        VIDEOCONFERENCE DEPOSITION OF SARA GIZAW

15                  Las Vegas, Nevada

16               Friday, June 24, 2022

17

18

19

20

21

22

23

24   REPORTED BY:  Gina Anne George
                   CSR No. 11260
25   JOB NO.:      259402
```

1

Sara Gizaw                                                                                    June 24, 2022

```
 1        A    I don't recall.  I mean, I board -- I        09:13:46

 2   apologize.  I board a lot of flights, so I'm not sure  09:13:48

 3   if that particular day I had a Starbucks in my hand    09:13:52

 4   or not.                                                09:13:56

 5        Q    You mentioned that you board a lot of        09:13:56

 6   flights.                                               09:13:59

 7             It's my understanding that you're employed   09:13:59

 8   as a flight attendant; is that correct?                09:14:01

 9        A    Yes.                                          09:14:04

10        Q    And where are you employed as a flight        09:14:04

11   attendant?                                              09:14:06

12        A    At Spirit Airline.                            09:14:07

13        Q    In boarding the flight that we're talking     09:14:09

14   about here today, you were boarding as a passenger,     09:14:18

15   correct?                                                09:14:23

16        A    Yes.                                          09:14:23

17        Q    Were you commuting home from one of your      09:14:23

18   trips for Spirit Airline?                               09:14:26

19        A    No, I was just at a friend's event.           09:14:28

20        Q    How long have you been a flight attendant     09:14:30

21   with Spirit?                                            09:14:39

22        A    It will be nine years in November.            09:14:41

23        Q    Before becoming a flight attendant at         09:14:43

24   Spirit, were you a flight attendant for any other       09:14:49

25   airline?                                                09:14:53
```

14

```
1    STATE OF CALIFORNIA        )
                                ) ss:
2    COUNTY OF ORANGE           )

3

4              I, GINA ANNE GEORGE, do hereby certify:

5

6              That I am a duly qualified Certified Shorthand

7    Reporter, in and for the State of California, holder of

8    certificate number 11260, which is in full force and

9    effect and that I am authorized to administer oaths and

10   affirmations;

11             That the foregoing deposition testimony of the

12   herein named witness was taken before me at the time and

13   place herein set forth;

14             That prior to being examined, the witness named

15   in the foregoing deposition, was duly sworn or affirmed

16   by me, to testify the truth, the whole truth, and

17   nothing but the truth;

18             That the testimony of the witness and all

19   objections made at the time of the examination were

20   recorded stenographically by me, and were thereafter

21   transcribed under my direction and supervision;

22             That the foregoing pages contain a full, true

23   and accurate record of the proceedings and testimony to

24   the best of my skill and ability;

25
```

59

1          I further certify that I am not a relative or

2     employee or attorney or counsel of any of the parties,

3     nor am I a relative or employee of such attorney or

4     counsel, nor am I financially interested in the outcome

5     of this action.

6

7          IN WITNESS WHEREOF, I have subscribed my name

8     this _____ day of _____, _____.

9

10

11          _____

12          GINA ANNE GEORGE, CSR NO. 11260

13

14

15

16

17

18

19

20

21

22

23

24

25

60