# EXHIBIT 50

## Discrimination Disclaimer

Southwest Airlines has a very clear commitment to treat all Customers respectfully. In regard to security, Southwest Airlines is committed to complying with all applicable civil rights laws and does not tolerate Employee discrimination against Customers, Co-workers, or Contractors. Employees are reminded to apply security policies, directives, and procedures without regard to race, color, national origin, sex, creed, or disability.

SWA 000694