# EXHIBIT 51

| | |
|---|---|
| **From:** | Duane Smith <Duane.Smith@wnco.com> |
| **Sent:** | Saturday, July 18, 2020 7:59 PM |
| **To:** | Inflight Base - LAX-DG |
| **Cc:** | Base Manager NOC-DG; Inflight Senior Manager-DG |
| **Subject:** | Elena Karenev #96850 - SLOL |

Team LAX,

Elena called this evening, crying due to an incident with another passenger on the aircraft.  It was very difficult to understand what she was saying other than a passenger accused her of being a racist and she's not.  I told her to take a few deep breaths and I'd call her back in just a minute so I could understand her better.  I called back three minutes later and got her voicemail.  I called back a couple more times but never could get in touch with Elena.  She apparently called in sick for the rest of her trip.  Please follow up with her as you see fit.  Thanks!  -Duane

| Elena Karenev #96850 | **LAX** | 469-834-5478 |
|---|---|---|

**Duane Smith**
Inflight Base Manager - NOC
Southwest Airlines Co.
2432 Wyman Street, Building B
Dallas, Tx. 75235

NOC:  469.603.0401 | SDN:  8.662.0401



1

SWA 001564

| | |
|---|---|
| **From:** | Mal Foust <Mal.Foust@wnco.com> |
| **Sent:** | Sunday, July 19, 2020 4:40 PM |
| **To:** | Inflight Base - LAX-DG |
| **Subject:** | RE: Elena Karenev #96850 - SLOL |

Ellie called back. She is submitting an IR as well as a statement from an AA captain on the flight. She stated that there was a couple who came on the plane and one of the customers was severely underdressed. She asked the customer if she had a sweater that she could put on and she said that the customer met her at a "10" and started yelling at her about how she was being a "Karen" and singling the woman out. Ellie stated that she tried to de-escalate the situation, and that at one point another person was filming the situation. She asked the person to put her phone away and the person complied. When the situation could not be de-escalated, the crew made the decision to remove the couple from the flight. During this situation, Ellie was being called various name (in addition to Karen) and felt that she was being made into something that she was not because she was white and the customer was a person of color.

She said that during the flight, it was brought up again with the crew (the situation) and Ellie started to panic that she was going to be represented in a way that was not true of her character. She stated that she became extremely emotional and when they landed in LAS she called to say that mentally she was not fit to fly and that she was calling off. She stated that she spoke with scheduling and they transferred her to the NOC and that she was crying so hard that the NOC manager put her on hold and then she just couldn't handle it so she hung up. She then said, scheduling was calling, the NOC was calling, and then CISM called all at the same time.

She answered CISM's call and spoke with them for a bit and decided to turn her ringer off because she was not in a space to speak to anyone. She was NRMR to BUR by scheduling I believe.

I called her this morning and left a message. She did not call back, so I texted her and received a text back that she was okay and safe. She then ended up calling me and explained the above. She stated that she wrote an IR (2 submissions) and was going to send the Captain email to me as well as she couldn't figure out how to put it with her IR.

I let her know that we are here for her and that I was sorry that she experienced the situation that she did. She appreciated the help she received and my phone call. I made sure that she had the numbers for clear skies and CISM in case she needed them again.

Will forward captain email when I receive it.

**Mal Foust**
LAX Inflight Supervisor
Inflight Operations
310-665-5591
LAX-9FA



**From:** Mal Foust <Mal.Foust@wnco.com>
**Sent:** Sunday, July 19, 2020 9:18 AM
**To:** Inflight Base - LAX-DG <InflightBase-LAX-DG@wnco.com>
**Subject:** RE: Elena Karenev #96850 - SLOL

Reached out to Ellie. Call went straight to VM. Left cell number and base phone. This seems out of character for her so hopefully she calls back soon.

SWA 001565

**Mal Foust**
LAX Inflight Supervisor
Inflight Operations
310-665-5591
LAX-9FA



**From:** Duane Smith <Duane.Smith@wnco.com>
**Sent:** Saturday, July 18, 2020 7:59 PM
**To:** Inflight Base - LAX-DG <InflightBase-LAX-DG@wnco.com>
**Cc:** Base Manager NOC-DG <BaseManagerNOC-DG@wnco.com>; Inflight Senior Manager-DG <InflightSeniorManager-DG@wnco.com>
**Subject:** Elena Karenev #96850 - SLOL

Team LAX,

Elena called this evening, crying due to an incident with another passenger on the aircraft.  It was very difficult to understand what she was saying other than a passenger accused her of being a racist and she's not.  I told her to take a few deep breaths and I'd call her back in just a minute so I could understand her better.  I called back three minutes later and got her voicemail.  I called back a couple more times but never could get in touch with Elena.  She apparently called in sick for the rest of her trip.  Please follow up with her as you see fit.  Thanks!  -Duane

| Elena Karenev #96850 | **LAX** | 469-834-5478 |
|---|---|---|

**Duane Smith**
Inflight Base Manager - NOC
Southwest Airlines Co.
2432 Wyman Street, Building B
Dallas, Tx. 75235

NOC:  469.603.0401 | SDN:  8.662.0401

2

SWA 001566