# EXHIBIT 53

Richard A. Lazenby (State Bar No.: 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No.: 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**SOUTHWEST AIRLINES CO.'S FOURTH SUPPLEMENTAL DISCLOSURES** |

Defendant Southwest Airlines Co. (hereinafter, "Southwest"), by and through its attorneys of record, Victor Rane, hereby provides its fourth supplemental disclosures pursuant to and in the manner required by Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure as follows:

**(i)     Individuals Likely to Have Discoverable Information.**

At present, Southwest does not have sufficient facts to determine which individuals are likely to have discoverable information that Southwest may use to support its claims or defenses in this matter.  Southwest will provide the information that is required by the Federal Rules of Civil Procedure as the facts are developed and reserves its right to supplement its disclosures pursuant to and in the

manner provided under these rules. Subject to the foregoing, at present, Southwest identifies the following individuals who may have discoverable information that Southwest may use to support its claims or defenses in this matter:

   1.   **Adelene Sanders, plaintiff.**

   <u>Subjects of Information</u>: Facts and circumstances surrounding the alleged incident that is the subject of plaintiff's complaint, plaintiff's physical and mental condition prior to and after the alleged incident, plaintiff's treatment with healthcare providers prior to and after the alleged incident, and plaintiff's alleged damages.

   2.   **Shelly Phillips.**

   <u>Subjects of Information</u>: Facts and circumstances surrounding the alleged incident that is the subject of plaintiff's complaint, plaintiff's physical and mental condition prior to and after the alleged incident, plaintiff's treatment with healthcare providers prior to and after the alleged incident, and plaintiff's alleged damages.

   3.   **Plaintiff's health care providers.**

   <u>Subjects of Information</u>: Plaintiff's physical and mental condition prior to and after the alleged incident, plaintiff's treatment with health care providers prior to and after the alleged incident, and plaintiff's alleged damages.

   4.   **Alex Meifert.** Captain of Southwest flight no. 577 on July 18, 2020. He can be contacted through Southwest's counsel of record.

   <u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

   5.   **Justin Moyer.** First Officer of Southwest flight no. 577 on July 18, 2020. He can be contacted through Southwest's counsel of record.

   <u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

/ /

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S FOURTH SUPPLEMENTAL DISCLOSURES
CASE NO.: 2:21-CV-00451-DDP-MRW
- 2 -

**6.     Elena Karenev.** Flight Attendant on Southwest flight no. 577 on July 18, 2020. She can be contacted through Southwest's counsel of record.

<u>Subjects of Information</u>:  Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**7.     Phyllis Benedict.** Flight Attendant on Southwest flight no. 577 on July 18, 2020. She can be contacted through Southwest's counsel of record.

<u>Subjects of Information</u>:  Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**8.     Chante Andrus.** Flight Attendant on Southwest flight no. 577 on July 18, 2020. She can be contacted through Southwest's counsel of record.

<u>Subjects of Information</u>:  Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**9.     Justin Thomas.** Southwest Customer Service Supervisor. He can be contacted through Southwest's counsel of record.

<u>Subjects of Information</u>:  Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**10.    Dell Jackson.** Southwest Customer Service Supervisor. She can be contacted through Southwest's counsel of record.

<u>Subjects of Information</u>:  Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**11.    Doug Mueller.** Passenger on subject flight. 1646 Riviera Court, Boulder City, NV 89005; (702)-499-4989; canav84u@gmail.com.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**12.    Randi Wilson Mier.** Passenger on subject flight. 1314 E. Saint Andrews St., Ontario, CA 91761; (909) 244-4325; randirenee@gmail.com.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S FOURTH SUPPLEMENTAL DISCLOSURES
CASE NO.: 2:21-CV-00451-DDP-MRW
- 3 -

**13.     Sydney Barta.** Passenger on subject flight. 568 N. Grass Valley Rd., Lake Arrowhead, CA 92352; (909) 234-4198; sgbarta@yahoo.com.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**14.     Cheryl Chapmanhumes.** Passenger on subject flight. (901) 428-5875; samonemorgan@yahoo.com.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**15.     Sara Gizaw.** Passenger on subject flight. 6650 West Warmspring, Unit 1033, Las Vegas, NV 89118; (559) 916-6146.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**16.     Kalah Heitz.** Passenger on subject flight. 31806 Wagonwheel Drive, Running Springs, CA 92382; (208) 920-1331.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**17.     Celia Koshak.** Passenger on subject flight. 1327 N San Antonio Avenue, Upland, CA 91786-2751; (818) 915-9707.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**18.     Patricia Landrum.** Passenger on subject flight. 3350 N Durango Drive, Apt. 1039, Las Vegas, NV 89129-7290; (951) 519-8066.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**19.     Tuuhetoka Sekona.** Passenger on subject flight. (909) 664-7020; dreasekona5@gmail.com.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S FOURTH SUPPLEMENTAL DISCLOSURES
CASE NO.: 2:21-CV-00451-DDP-MRW

- 4 -

**20.   Adam Webb.** Passenger on subject flight. 2960 Foothill Drive, Provo, UT 84604; (801) 821-3189.

<u>Subjects of Information</u>: Facts and circumstances surrounding the incident alleged in plaintiff's complaint.

**21.   Tracey Shepherd, PhD.** Plaintiff's treating psychologist. Foothills Psychological Services, Inc., 954 W. Foothill Blvd., Suite A, Upland CA 91786; (909) 946-4222.

<u>Subjects of Information</u>: Plaintiff's physical and mental condition prior to and after the alleged incident, plaintiff's treatment with Tracey Shepherd prior to and after the alleged incident, and plaintiff's alleged damages.

**22.   Aizzel Trieu, NP.** Plaintiff's treating nurse practitioner. Haven Psychological Associates, 8253 White Oak Avenue Rancho Cucamonga, CA 91730; (909) 362-8002.

<u>Subjects of Information</u>: Plaintiff's physical and mental condition prior to and after the alleged incident, plaintiff's treatment with Aizzel Trieu prior to and after the alleged incident, and plaintiff's alleged damages

**(ii)   Documents, Electronically Stored Information, and Tangible Things.**

At present, Southwest does not have sufficient facts to determine which documents, electronically stored information, and tangible things in its possession, custody or control Southwest may use to support its claims or defenses in this matter.  Southwest is continuing its investigation to ascertain the facts and identify documents, electronically stored information and tangible things in its possession, custody or control Southwest may use to support its claims or defenses in this matter.  Southwest reserves its right to supplement its disclosure pursuant to and in the manner required by the Federal Rules of Civil Procedure.  Subject to the foregoing, Southwest identifies the following documents, electronically stored

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

information and tangible things:

1. Records that pertain to plaintiff's treatment with healthcare providers prior to and after the alleged incident.

2. Plaintiff's passenger name record ("PNR").

3. Shelly Phillips' PNR.

4. Reports submitted by Southwest employees.

5. Southwest Airlines' Contract of Carriage.

6. Excerpts of Southwest's policies and procedures.

7. Videos produced by Plaintiff regarding the incident.

8. Video recorded by Elena Karenev while Plaintiff deplaned the subject aircraft.

9. Pre-incident Instagram posts and stories by Elena Karenev regarding the Black Lives Matter movement.

10. Videos recorded by passenger Randi Wilson Mier.

11. Videos recorded by passenger Sydney Barta.

12. Excerpts of Southwest's training documents.

**(iii)    A Computation of Each Category of Damages Claimed.**

Southwest is not claiming any damages, other than its recoverable costs, in this action at this time. However, Southwest hereby requests that plaintiff provide, pursuant to and in the manner required by Rule 26(a)(1)(A)(iii), a computation of each category of damages claimed by plaintiff and to make available for inspection and copying under Rule 34, the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of the damages claimed by plaintiff.

**(iv)    Insurance Agreement.**

Southwest has sufficient liability insurance to satisfy any judgment which may be entered against it in this action. *See Wegner v. Cliff Viessman, Inc.*, 153

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

F.R.D. 154, 160-61 (N.D. Iowa 1994). Inspection and copying of the relevant part of the policy, if needed, will be allowed pursuant to entry of a stipulated protective order.

Dated: May 26, 2022

Respectfully submitted,

By: *[signature]*
Richard A. Lazenby
Natasha Mikha Pardasani
Nicole A. Poltash
VICTOR RANE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S FOURTH SUPPLEMENTAL DISCLOSURES
CASE NO.: 2:21-CV-00451-DDP-MRW

- 7 -