# EXHIBIT 56

**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**ANAHITA SEDAGHATFAR, ESQ. (SBN 217289)**
Email: asedaghatfar@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile:  (323) 282-5280

Attorneys for Plaintiff ADELENE SANDERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>          Defendants.<br>_____ | **CASE NO.: 2:21-CV-00451-DDP-MRW**<br><br>**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANTS, AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff ADELENE SANDERS hereby makes the following initial disclosures. These disclosures are made on the basis of information reasonably available to Plaintiff at this time, recognizing that discovery is at its inception, and that Plaintiff has not completed her investigation of this matter. Facts and allegations discovered during investigation and discovery may reveal other

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff therefore make the following disclosures, reserving all rights to amend, supplement, or modify the information as investigation and discovery proceeds.

## A. WITNESSES

Plaintiff makes the following disclosure, pursuant to Rule 26(a)(1)(A)(I) of the Federal Rules of Civil Procedure, of persons likely to have discoverable information that Plaintiff may use to support her claims, except those persons having information to be used solely for impeachment. Plaintiff states that based on the information currently known to her, at least the following persons (exclusive of expert witnesses, attorneys, and their support staff) have knowledge of facts that Plaintiff may use to support her material allegations. The subjects of information specified are those of which Plaintiff is currently aware or Plaintiff reasonably believes are within the knowledge of the identified individuals. Facts and allegations discovered during investigation and discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff contemplates that some of the witnesses will not be called upon for testimony or may have information that is protected from disclosure by the attorney-client privilege or attorney work product doctrine. Without waiving said objections, the following witnesses are responsive to this request:

1. Plaintiff Adeline Sanders. Plaintiff may be contacted through her attorneys of record, Anahita Sedaghatfar, Esq. of The Cochran Firm-CA, 4929 Wilshire Blvd., Suite 1010, Los Angeles, CA 90012, (323) 434-8205. Plaintiff has information regarding the circumstances surrounding the subject incident and the injuries Plaintiff suffered as a result of the incident.

2. Shelly Philips. 1020 Alta Vista Drive, Alta Dena, CA 91001. Ms. Philips was with Plaintiff during the incident and has information regarding the circumstances surrounding

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26
OF THE FEDERAL RULES OF CIVIL PROCEDURE

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

the subject incident.

3. Foothills Psychological Services, Inc. 954 West Foothill Blvd., Suite A, Upland, CA 91786, (909) 946-4222. This is the facility where Plaintiff received and continues to receive mental health treatment for injuries sustained as a result of the incident and thus has knowledge regarding the subject incident and Plaintiff's damages.

4.  Southwest employees present during the subject incident (whose names Plaintiff does not currently know, but Southwest knows) will have knowledge regarding the incident.

**B. DOCUMENTS**

Plaintiff makes the following disclosure, pursuant to Rule 26(a)(1)(A)(II) of the Federal Rules of Civil Procedure, of persons likely to have discoverable information that Plaintiff may use to support her claims, except those persons having information to be used solely for impeachment. Plaintiff states that based on the information currently known to her, at least the following documents that Plaintiff may use to support Plaintiff's material allegations. The subjects of information specified are those of which Plaintiff is currently aware or Plaintiff reasonably believes may support Plaintiff's material allegations. Facts and allegations discovered during investigation and discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff contemplates that some of the witnesses will not be called upon for testimony or may have information that is protected from disclosure by the attorney-client privilege or attorney work product doctrine. Without waiving said objections, the following documents are responsive to this request:

1. Medical Records from Foothills Psychological Services, Inc.

2. Two photographs of Plaintiff's outfit worn on the date of the subject incident.

3. A video recording depicting some of the subject incident.

**C.  COMPUTATION OF DAMAGES**

Plaintiff makes the following computation of damages, pursuant to Rule

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26
OF THE FEDERAL RULES OF CIVIL PROCEDURE

26(a)(1)(A)(III) of the Federal Rules of Civil Procedure. Plaintiff does not intend for any of the following computations to reflect damages, economic, non-economic, or otherwise, to be reflective of computations which may exist at the trial of this matter. Because discovery has not yet commenced, Plaintiff reserves the right to amend the computations set forth herein to conform to the evidence. Plaintiff has not, at this time received expert witness computations.

Non-economic Damages

$1,000,000 to $5,000,000 based on pain and suffering and associated emotional and physical distress.

Economic Damages

$10,000 to $100,000 based on medical expenses and lost income as a result of the incident.

Plaintiff also reserve the right to seek punitive damages against Defendant Southwest in an amount to be proven at trial, attorneys' fees and costs associated with litigation.

Plaintiff reserves the right to amend and or supplement the computations set forth herein according to proof at trial.

**D. INSURANCE AGREEMENTS**

Plaintiff has no insurance agreement that affects this matter.

DATED: May 24, 2021                    Respectfully submitted,

                                       **THE COCHRAN FIRM CALIFORNIA**

                                       By:  /s/ ANAHITA SEDAGHATFAR
                                            BRIAN T. DUNN
                                            ANAHITA SEDAGHATFAR
                                            Attorneys for Plaintiff ADELENE
                                            SANDERS

PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26
OF THE FEDERAL RULES OF CIVIL PROCEDURE

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

Foothills Psychological Services, Inc.
954 W. Foothill Blvd. Suite A
Upland, CA 91786-3782
Phone: (909) 946-4222 Fax: (909) 946-8243

## Examination

**Name:** Adelene Sanders                                    **Exam Date:** 11/03/2020
**Acct #:** 18249
**Date of Birth:** 10/15/1979

| Allergies |
| --- |

Patient reported no known drug allergies.

### History of Presenting Problem
C/C: " Depressed and anxious."
History of present illness: Patient reported depresses and anxious x 1 week. The patient denies having any other symptoms of
mania, or psychosis. The patient currently denies any suicidal ideation/homicidal ideation; patient is goal-oriented and
motivated for treatment.
Past Psychiatric History: denies but seen a provider 4 year ago.
Medical History: denies any medical conditions (no acute medical conditions noted (recent seizure)
Allergies: NKDA

Personal History: Living alone, with family (Full-term, adolescence, friends, sports, hobby, adulthood, relationship computer
games, dev't milestones, support system: family, friends)
Education: college degree, high school graduate ( special ED)
Employment: Currently unemployed
Marital relationship: Single
Legal: none
Trauma/abuse:denies
MSE; Adequately groomed
Behavior/psychomotor activity: good eye contact, no hyperactivity, abnormal/verbal activity
Cognition: Alert and oriented x3
Memory: exhibit no deficit, recent, remote or immediate memory
Concentration/Attention: shows no deficit
Speech/language: Normal rate and rhythm
Perception: denies perceptual abnormalities
Thought process:clear and coherent
Sleep: Poor
Appetite: good
Motivation: okay
Energy: okay
Concentration: poor
Mood: sad, depressed, anxious
risk factors assessed - will monitor
Dx:
Plan:
Sertraline 25 mg 1 tab PO q daily
Vistaril 25 mg 1-2 tab qHS PO PRN for anxiety
Patient was informed of risks and benefits of medications.
Referred to see therapist to address issues.
Risk factors assessed for SI/HI- currently denies plan and attempts- will monitor.
Pt agreed to use emergent resources (911, Emergency department) for sudden changes in behavior or for suicidal/homicidal
ideation. The patient is currently not a risk for suicide/homicide and does not meet the criteria for an involuntary hold; currently
denies access to guns/weapons. However, the potential for violence will depend on treatment adherence and course of
situational factors. Violent behavior is the result of a variety of clinical, personality, social, and environmental factors.
Patient agreed to follow up with primary care provider for physical health issues
RTC in 2-4 weeks or sooner if needed; patient was advised to call the clinic for any side effects from the medications or for any
concerns.

SAN-000001

| Current Psychiatric Medications | | | | |
|---|---|---|---|---|
| Started | Name | Prescribed This Visit | Strength | SIG |
| 05/14/2015 | bupropion HCl | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| | | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| 06/26/2015 | | No | 300 mg U2 | 1 tablet by mouth daily |

| Diagnosis And Plan |
|---|

Code:  F33.1   Major depressive disorder, recurrent episode, moderate

Code:  F41.9   Unspecified anxiety disorder

Professionals Contributing To Medical Record:  AIZZEL TRIEU, NP

**Foothills Psychological Services, Inc**
13193 Central Ave. Suite 200
Chino, CA 91710- 4179
Phone: (909)946-4222 Fax: (909) 902-9199

---

## Examination

**Name:**   Adelene Sanders
**Acct #:**   18249
**Date of Birth:** 10/15/1979

Exam Date: 12/09/2020

---

### Allergies

Patient reported no known drug allergies.

---

| Current Psychiatric Medications | | | | |
|---|---|---|---|---|
| **Started** | **Name** | **Prescribed This Visit** | **Strength** | **SIG** |
| 05/14/2015 | bupropion HCl | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| | | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| 06/26/2015 | | No | 300 mg U2 | 1 tablet by mouth daily |
| 12/09/2020 | clonazepam | No | 0.25 mg U2 | Take 1 tablet by mouth twice a day as needed PRN |
| | bupropion HCl | Yes | 300 mg U2 | Take 1 tablet by mouth daily |
| | | Yes | 150 mg U2 | Take 1 tablet by mouth as directed Take tab 150 mg HCL XL q daily x1 week then 300 mg HCL XL 1 tab q daily thereafter |

---

### Diagnosis And Plan

**Code: F41.9   Unspecified anxiety disorder**
Plan:
   clonazepam .025 mg 1 PO BID PRN for anxiety

**Code: F33.1   Major depressive disorder, recurrent episode, moderate**
Assessment:
   PHONE CONSULT C/C: " worsening depression, hopeless, and have poor self esteem."
   History of present illness: Patient reported worsening depression, sertraline made it worst, hopeless, started wondering " why am I here." She has no support system and prefers her own company. She reported that she wanted to go to Mexico and do cosmetic surgery. She reported having SI but no plans. Instructed to contact Crisis Hotline or got to the nearest ER for assistance for emergency situation. She wanted to go back to work but it has been hard to leave the house, she rather want to stay in bed." Patient denies having any other symptoms of mania, or psychosis. The patient currently denies any suicidal ideation/homicidal ideation; patient is goal-oriented and motivated for treatment.
   MSE:
   Behavior/psychomotor activity: good eye contact, no hyperactivity, abnormal/verbal activity
   Cognition: Alert and oriented x3
   Memory: exhibit no deficit, recent, remote or immediate memory
   Concentration/Attention: shows no deficit
   Speech/language: Normal rate and rhythm
   Perception: denies perceptual abnormalities
   Thought process: clear and coherent
   Sleep: Poor
   Appetite: good
   Motivation: None
   Energy: okay
   Concentration: poor

| Diagnosis And Plan |
| --- |

Mood: sad, depressed, anxious
risk factors assessed - will monitor
Plan:
Discontinue previous order of sertraline and start bupropion HCL XL 150 mg 1 tab q daily x 1 week then bupropion HCL XL 300 mg 1 tab PO q daily thereafter.
Patient was informed of risks and benefits of medications.
Referred to see therapist to address issues.
Risk factors assessed for SI/HI- currently denies plan and attempts- will monitor.
Pt agreed to use emergent resources (911, Emergency department) for sudden changes in behavior or for suicidal/homicidal Ideation.  The patient is currently not a risk for suicide/homicide and does not meet the criteria for an involuntary hold; currently denies access to guns/weapons. However, the potential for violence will depend on treatment adherence and course of situational factors. Violent behavior is the result of a variety of clinical, personality, social, and environmental factors.
Patient agreed to follow up with primary care provider for physical health issues
RTC in 2-4 weeks or sooner if needed; patient was advised to call the clinic for any side effects from the medications or for any concerns.
Plan:
Discontinue sertraline.
Start bupropion HCL XL 150 mg 1 TAB q daily x 1 week then bupropion HCL XL 300 mg 1 tab PO q daily thereafter

**Professionals Contributing To Medical Record:** AIZZEL TRIEU, NP
VANESSA ORTIZ

**Foothills Psychological Services, Inc**
13193 Central Ave. Suite 200
Chino, CA 91710- 4179
Phone: (909)946-4222 Fax: (909) 902-9199

## Examination

**Name:**  Adelene Sanders
**Acct #:**  18249
**Date of Birth:** 10/15/1979

**Exam Date:** 12/23/2020

| Allergies |
| --- |

Patient reported no known drug allergies.

| Current Psychiatric Medications | | | | |
| --- | --- | --- | --- | --- |
| Started | Name | Prescribed This Visit | Strength | SIG |
| 05/14/2015 | bupropion HCl | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| | | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| 06/26/2015 | | No | 300 mg U2 | 1 tablet by mouth daily |
| 12/09/2020 | clonazepam | No | 0.25 mg U2 | Take 1 tablet by mouth twice a day as needed PRN |
| | buproplon HCl | No | 300 mg U2 | Take 1 tablet by mouth daily |
| | | No | 150 mg U2 | Take 1 tablet by mouth as directed Take tab 150 mg HCL XL q daily x1 week then 300 mg HCL XL 1 tab q daily thereafter |
| 12/23/2020 | | Yes | 300 mg U2 | Take 1 tablet by mouth daily |

| Diagnosis And Plan |
| --- |

**Code:  F33.1   Major depressive disorder, recurrent episode, moderate**
Assessment:
C/C: " less depressed, less crying spell and less anxious."
History of present illness: Patient reported feeling less depress, less of the crying spell and The patient denies having any other symptoms of mania, or psychosis. The patient currently denies any suicidal ideation/homicidal ideation; patient is goal-oriented and motivated for treatment.
MSE:
Appearance: Well groomed
Behavior/psychomotor activity: good eye contact, no hyperactivity, abnormal/verbal activity
Cognition: Alert and oriented x3
Memory: exhibit no deficit, recent, remote or immediate memory
Concentration/Attention: shows no deficit
Speech/language: Normal rate and rhythm
Perception: denies perceptual abnormalities
Thought process: linear, goal oriented
Sleep: Good
Appetite: good
Motivation: okay
Energy: okay
Concentration: Ok
Mood: sad, depressed, anxious
risk factors assessed - will monitor
Patient was informed of risks and benefits of medications.
Referred to see therapist to address issues.
Risk factors assessed for SI/HI- currently denies plan and attempts- will monitor.

| Diagnosis And Plan |
|---|

Pt agreed to use emergent resources (911, Emergency department) for any emergencies.
Patient agreed to follow up with primary care provider for physical health issues.
RTC in 2-4 weeks or sooner if needed; patient was advised to call the clinic for any side effects from the medications or for any concerns.
Plan:
    Zoloft 50 mg 1 tab PO q day
    clonazepam 0.25 mg 1 tab PO BID PRN for anxiety

**Professionals Contributing To Medical Record:** AIZZEL TRIEU, NP

**Foothills Psychological Services, Inc**
13193 Central Ave. Suite 200
Chino, CA 91710- 4179
Phone: (909)946-4222 Fax: (909) 902-9199

## Examination

**Name:** Adelene Sanders
**Acct #:** 18249
**Date of Birth:** 10/15/1979

**Exam Date:** 01/06/2021

| Allergies |
| --- |

Patient reported no known drug allergies.

| Current Psychiatric Medications | | | | |
| --- | --- | --- | --- | --- |
| Started | Name | Prescribed This Visit | Strength | SIG |
| 05/14/2015 | bupropion HCl | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| | | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| 08/26/2015 | | No | 300 mg U2 | 1 tablet by mouth daily |
| 12/09/2020 | clonazepam | No | 0.25 mg U2 | Take 1 tablet by mouth twice a day as needed PRN |
| | bupropion HCl | No | 300 mg U2 | Take 1 tablet by mouth daily |
| | | No | 150 mg U2 | Take 1 tablet by mouth as directed Take tab 150 mg HCL XL q daily x1 week then 300 mg HCL XL 1 tab q daily thereafter |
| 01/06/2021 | Zoloft | Yes | 50 mg U2 | Take 1 tablet by mouth daily |

| Discontinued Psychiatric Medications | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Name | Strength | SIG | Stop Date | Reason |
| 12/23/2020 | bupropion HCl | 300 mg | Take 1 tablet by mouth daily | 01/06/2021 | Pt Refused |

| Diagnosis And Plan |
| --- |

**Code: F33.1  Major depressive disorder, recurrent episode, moderate**
Assessment:
  C/C: " Depressed and anxious."
  History of present illness: Patient reported feeling depress and anxious. The patient denies having any other symptoms of mania, or psychosis. The patient currently denies any suicidal ideation/homicidal ideation; patient is goal-oriented and motivated for treatment.
  MSE:
  Behavior/psychomotor activity: good eye contact, no hyperactivity, abnormal/verbal activity
  Cognition: Alert and oriented x3
  Memory: exhibit no deficit, recent, remote or immediate memory
  Concentration/Attention: shows no deficit
  Speech/language: Normal rate and rhythm
  Perception: denies perceptual abnormalities
  Thought process: Goal oriented and linear
  Sleep: Good
  Appetite: good
  Motivation: okay
  Energy: okay

---

**Diagnosis And Plan**

---

Concentration: OK
Mood: sad, depressed, anxious
Affect: Congruent to mood
Insight: Fair
Judgment: Fair
risk factors assessed - will monitor
Patient was informed of risks and benefits of medications.
Referred to see therapist to address issues.
Risk factors assessed for SI/HI- currently denies plan and attempts- will monitor.
Patient agreed to follow up with primary care provider for physical health issues.
RTC in 2-4 weeks or sooner if needed; patient was advised to go to ER or call the clinic for any for any concerns.
Plan:
Continue current medications.

**Code:  F41.9  Unspecified anxiety disorder**

**Professionals Contributing To Medical Record:**  AIZZEL TRIEU, NP

Foothills Psychological Services, Inc
13193 Central Ave. Suite 200
Chino, CA 91710- 4179
Phone: (909)946-4222 Fax: (909) 902-9199

## Examination

**Name:** Adelene Sanders
**Acct #:** 18249
**Date of Birth:** 10/15/1979

**Exam Date:** 01/20/2021

### Allergies

Patient reported no known drug allergies.

| Current Psychiatric Medications | | | | |
|---|---|---|---|---|
| **Started** | **Name** | **Prescribed This Visit** | **Strength** | **SIG** |
| 05/14/2015 | bupropion HCl | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| | | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| 06/26/2015 | | No | 300 mg U2 | 1 tablet by mouth daily |
| 12/09/2020 | clonazepam | No | 0.25 mg U2 | Take 1 tablet by mouth twice a day as needed PRN |
| | bupropion HCl | No | 300 mg U2 | Take 1 tablet by mouth daily |
| | | No | 150 mg U2 | Take 1 tablet by mouth as directed Take tab 150 mg HCL XL q daily x1 week then 300 mg HCL XL 1 tab q daily thereafter |
| 01/06/2021 | Zoloft | No | 50 mg U2 | Take 1 tablet by mouth daily |

| Discontinued Psychiatric Medications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Name** | **Strength** | **SIG** | **Stop Date** | **Reason** |
| 12/23/2020 | bupropion HCl | 300 mg | Take 1 tablet by mouth daily | 01/06/2021 | Pt Refused |

### Goals / Objectives

**Develop healthy coping skills**
Date: 01/10/2021   Code: F43.10   Type: Long Term

### Diagnosis And Plan

**Code: F43.10   Post-traumatic stress disorder**

**Code: F41.9   Unspecified anxiety disorder**

**Code: F33.1   Major depressive disorder, recurrent episode, moderate**
Assessment:
C/C: " Depressed and anxious."
History of present illness: Patient reported feeling depress and anxious.
MSE
Behavior/psychomotor activity:, abnormal/verbal activity
Cognition: Alert and oriented x3
Memory: exhibit no deficit, recent, remote or immediate memory

| Diagnosis And Plan |
| --- |

Concentration/Attention: shows no deficit
Speech/language: Normal rate and rhythm
Perception: denies perceptual abnormalities
Thought process: Goal oriented and linear
Sleep: Good
Appetite: good
Motivation: okay
Energy: okay
Concentration: OK
Mood: sad, depressed, anxious
Affect: Congruent to mood
Insight: Fair
Judgment: Fair
AIMS:
CURES:
risk factors assessed - will monitor
Patient was informed of risks and benefits of medications.
Referred to see therapist to address issues.
Risk factors assessed for SI/HI- currently denies plan and attempts- will monitor.
Patient agreed to follow up with primary care provider for physical health issues.
RTC in 2-4 weeks or sooner if needed; patient was advised to go to ER or call the clinic for any for any concerns.
Plan:
Continue Zoloft 50 mg 1 tab PO q daily for MDD

**Professionals Contributing To Medical Record:** AIZZEL TRIEU, NP

**Foothills Psychological Services, Inc**
13193 Central Ave. Suite 200
Chino, CA 91710- 4179
Phone: (909)946-4222 Fax: (909) 902-9199

## Examination

**Name:** Adelene Sanders
**Acct #:** 18249
**Date of Birth:** 10/15/1979

**Exam Date:** 02/03/2021

### Allergies

Patient reported no known drug allergies.

| Current Psychiatric Medications | | | | |
|---|---|---|---|---|
| Started | Name | Prescribed This Visit | Strength | SIG |
| 05/14/2015 | bupropion HCl | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| | | No | 150 mg U2 | 1 tablet by mouth twice a day 1 tab QAM for 3 days then 1 tab QAM and 1 tab Q Noon |
| 06/26/2015 | | No | 300 mg U2 | 1 tablet by mouth daily |
| 12/09/2020 | clonazepam | No | 0.25 mg U2 | Take 1 tablet by mouth twice a day as needed PRN |
| | bupropion HCl | No | 300 mg U2 | Take 1 tablet by mouth daily |
| | | No | 150 mg U2 | Take 1 tablet by mouth as directed Take tab 150 mg HCL XL q daily x1 week then 300 mg HCL XL 1 tab q daily thereafter |
| 01/06/2021 | Zoloft | No | 50 mg U2 | Take 1 tablet by mouth daily |
| 01/07/2021 | clonazepam | No | 0.5 mg U2 | Take 1 tablet by mouth daily as needed PRN |
| 02/03/2021 | Zoloft | Yes | 50 mg U2 | Take 1 tablet by mouth daily |

| Discontinued Psychiatric Medications | | | | | |
|---|---|---|---|---|---|
| Date | Name | Strength | SIG | Stop Date | Reason |
| 12/23/2020 | bupropion HCl | 300 mg | Take 1 tablet by mouth daily | 01/06/2021 | Pt Refused |

### Goals / Objectives

**Develop healthy coping skills**
Date: 01/10/2021  Code: F43.10  Type: Long Term

### Diagnosis And Plan

**Code: F41.9  Unspecified anxiety disorder**

**Code: F33.1  Major depressive disorder, recurrent episode, moderate**
Assessment:
    PHONE CONSULT
    C/C: "follow up appt"
    HPI: Patient reported feeling better with current medications. The patient denies having any other symptoms of mania, or psychosis. The patient currently denies any SI/HI; is goal-oriented and motivated for treatment.
    MSE:

## Diagnosis And Plan

Behavior/psychomotor activity: good eye contact, no hyperactivity, abnormal/verbal activity
Cognition: Alert and oriented x3
Memory: exhibit no deficit, recent, remote or immediate memory
Concentration/Attention: shows no deficit
Speech/language: Normal rate and rhythm
Perception: denies perceptual abnormalities
Thought process: Goal oriented and linear
Sleep: Good
Appetite: good
Motivation: okay
Energy: okay
Concentration: OK
Mood: EUTHYMIC
Affect: Congruent to mood
Insight: Fair
Judgment: Fair
AIMS:
CURES:
Patient was informed of risks and benefits of medications.
Risk factors assessed for SI/HI- currently denies plan and attempts- will monitor.
Referred to see therapist to address issues.
Follow up with primary care provider for physical health issues.
Advised to go to ER or call the clinic for any for any emergencies.
RTC in 2-4 weeks or sooner if needed.
Plan:
    Refill:
    Zoloft 50 mg 1 tab PO q daily for MDD
    Clonazepam 0.5 mg 1 tab PO q daily PRN

**Professionals Contributing To Medical Record:** AIZZEL TRIEU, NP





**CERTIFICATION OF SERVICE VIA E-SERVICE [PROOF OF SERVICE]**
FRCP 5(a) *et seq.*

        I am a resident of or employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action.  My business address is: The Cochran Firm-California, 4929 Wilshire Boulevard, Suite 1010, Los Angeles, California 90010.

        On May 24, 2021, I served the following listed document(s): **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the interested parties in this action by placing [   ] the original  [xx ] a true copy thereof enclosed in a sealed envelope addressed as follows (or as shown on the attached Service List):

Richard A. Lazenby, Esq.
Natasha Mikha Pardasani, Esq.
VICTOR RANE
9350 Wilshire Boulevard, Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849
Facsimile:  (310) 388-4969
E-Mail: rlazenby@fictorrane.com
        npardasani@victorrane.com
Attorneys for Defendant SOUTHWEST AIRLINES CO.

[x ]     BY ELECTRONIC TRANSMISSION/E-SERVICE:  I transmitted the foregoing document by e-mail to the e-mail address of the addressee as noted above.

[x ]     Federal:  I hereby swear and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on May 24, 2021 at Los Angeles, California.

       / s /

_____
       Daniel-Michael Torres