# EXHIBIT 57

**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**ANAHITA SEDAGHATFAR, ESQ. (SBN 217289)**
Email: asedaghatfar@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile:  (323) 282-5280

Attorneys for Plaintiff ADELENE SANDERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 2:21-CV-00451-DDP-MRW**<br><br>**PLAINTIFF'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANTS, AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff ADELENE SANDERS hereby makes the following supplemental disclosures. These disclosures are made on the basis of information reasonably available to Plaintiff at this time, recognizing that discovery is at its inception, and that Plaintiff has not completed her investigation of this matter. Facts and allegations discovered during investigation and

discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff therefore make the following disclosures, reserving all rights to amend, supplement, or modify the information as investigation and discovery proceeds.

**A. WITNESSES**

Plaintiff makes the following disclosure, pursuant to Rule 26(a)(1 )(A)(I) of the Federal Rules of Civil Procedure, of persons likely to have discoverable information that Plaintiff may use to support her claims, except those persons having information to be used solely for impeachment. Plaintiff states that based on the information currently known to her, at least the following persons (exclusive of expert witnesses, attorneys, and their support staff) have knowledge of facts that Plaintiff may use to support her material allegations. The subjects of information specified are those of which Plaintiff is currently aware or Plaintiff reasonably believes are within the knowledge of the identified individuals. Facts and allegations discovered during investigation and discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff contemplates that some of the witnesses will not be called upon for testimony or may have information that is protected from disclosure by the attorney-client privilege or attorney work product doctrine. Without waiving said objections, the following witnesses are responsive to this request:

1. Plaintiff Adeline Sanders. Plaintiff may be contacted through her attorneys of record, Anahita Sedaghatfar, Esq. of The Cochran Firm-CA, 4929 Wilshire Blvd., Suite 1010, Los Angeles, CA 90012, (323) 434-8205. Plaintiff has information regarding the circumstances surrounding the subject incident and the injuries Plaintiff suffered as a result of the incident.

2. Shelly Philips. 1020 Alta Vista Drive, Alta Dena, CA 91001. Ms. Philips was with Plaintiff during the incident and has information regarding the circumstances surrounding

2
PLAINTIFF'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26
OF THE FEDERAL RULES OF CIVIL PROCEDURE

the subject incident.

3. Foothills Psychological Services, Inc. 954 West Foothill Blvd., Suite A, Upland, CA 91786, (909) 946-4222. This is the facility where Plaintiff received and continues to receive mental health treatment for injuries sustained as a result of the incident and thus has knowledge regarding the subject incident and Plaintiff's damages.

4. Southwest employees present during the subject incident (whose names Plaintiff does not currently know, but Southwest knows) will have knowledge regarding the incident.

**B. DOCUMENTS**

Plaintiff makes the following disclosure, pursuant to Rule 26(a)(1)(A)(II) of the Federal Rules of Civil Procedure, of persons likely to have discoverable information that Plaintiff may use to support her claims, except those persons having information to be used solely for impeachment. Plaintiff states that based on the information currently known to her, at least the following documents that Plaintiff may use to support Plaintiff's material allegations. The subjects of information specified are those of which Plaintiff is currently aware or Plaintiff reasonably believes may support Plaintiff's material allegations. Facts and allegations discovered during investigation and discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff contemplates that some of the witnesses will not be called upon for testimony or may have information that is protected from disclosure by the attorney-client privilege or attorney work product doctrine. Without waiving said objections, the following documents are responsive to this request:

1. Medical Records from Foothills Psychological Services, Inc.
2. Two photographs of Plaintiff's outfit worn on the date of the subject incident.
3. A video recording depicting some of the subject incident.
4. Medical Records and documents related to plastic surgeries Plaintiff underwent at Top Plastic Surgeons Mexico (Bates Stamped SAN-000015-000040).

## C. COMPUTATION OF DAMAGES

Plaintiff makes the following computation of damages, pursuant to Rule 26(a)(1)(A)(III) of the Federal Rules of Civil Procedure. Plaintiff does not intend for any of the following computations to reflect damages, economic, non-economic, or otherwise, to be reflective of computations which may exist at the trial of this matter. Because discovery has not yet commenced, Plaintiff reserves the right to amend the computations set forth herein to conform to the evidence. Plaintiff has not, at this time received expert witness computations.

<u>Non-economic Damages</u>

$1,000,000 to $5,000,000 based on pain and suffering and associated emotional and physical distress.

<u>Economic Damages</u>

$10,000 to $100,000 based on medical expenses and lost income as a result of the incident.

Plaintiff also reserve the right to seek punitive damages against Defendant Southwest in an amount to be proven at trial, attorneys' fees and costs associated with litigation.

Plaintiff reserves the right to amend and or supplement the computations set forth herein according to proof at trial.

## D. INSURANCE AGREEMENTS

Plaintiff has no insurance agreement that affects this matter.

/ / /

/ / /

DATED: March 3, 2022          Respectfully submitted,

**THE COCHRAN FIRM CALIFORNIA**

By: /s/ ANAHITA SEDAGHATFAR
BRIAN T. DUNN
ANAHITA SEDAGHATFAR
Attorneys for Plaintiff ADELENE SANDERS

## CERTIFICATION OF SERVICE VIA E-SERVICE [PROOF OF SERVICE]
Fed.R.Civ.P. 6(e).

I am a resident of or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: The Cochran Firm-California, 4929 Wilshire Boulevard, Suite 1010, Los Angeles, California 90010.

On March 3, 2022, I served the following listed document(s): **PLAINTIFF'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the interested parties in this action by placing [ ] the original [XX] a true copy thereof addressed as follows (or as shown on the attached Service List):

Richard A. Lazenby, Esq.
Natasha Mikha Pardasani, Esq.
VICTOR RANE
9350 Wilshire Boulevard, Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4969
E-Mail: rlazenby@victorrane.com
         npardasani@victorrane.com

Attorneys for Defendant SOUTHWEST AIRLINES CO.

[x] BY ELECTRONIC TRANSMISSION/E-SERVICE: I transmitted the foregoing document by e-mail to the e-mail address of the addressee as noted above.

[x] Federal: I hereby swear and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2022 at Los Angeles, California.

/ s /

_____
Daniel-Michael Torres