# EXHIBIT 58

**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**ANAHITA SEDAGHATFAR, ESQ. (SBN 217289)**
Email: asedaghatfar@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff ADELENE SANDERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:21-CV-00451-DDP-MRW<br><br>**PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO DEFENDANTS, AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff ADELENE SANDERS hereby makes the following supplemental disclosures. These disclosures are made on the basis of information reasonably available to Plaintiff at this time, recognizing that discovery is at its inception, and that Plaintiff has not completed her investigation of this matter. Facts and allegations discovered during investigation and

1
PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff therefore make the following disclosures, reserving all rights to amend, supplement, or modify the information as investigation and discovery proceeds.

**A. WITNESSES**

Plaintiff makes the following disclosure, pursuant to Rule 26 of the Federal Rules of Civil Procedure, of persons likely to have discoverable information that Plaintiff may use to support her claims, except those persons having information to be used solely for impeachment. Plaintiff states that based on the information currently known to her, at least the following persons (exclusive of expert witnesses, attorneys, and their support staff) have knowledge of facts that Plaintiff may use to support her material allegations. The subjects of information specified are those of which Plaintiff is currently aware or Plaintiff reasonably believes are within the knowledge of the identified individuals. Facts and allegations discovered during investigation and discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Plaintiff contemplates that some of the witnesses will not be called upon for testimony or may have information that is protected from disclosure by the attorney-client privilege or attorney work product doctrine. Without waiving said objections, the following witnesses are responsive to this request:

1. **Plaintiff Adeline Sanders**. Plaintiff may be contacted through her attorneys of record, Anahita Sedaghatfar, Esq. of The Cochran Firm-CA, 4929 Wilshire Blvd., Suite 1010, Los Angeles, CA 90012, (323) 434-8205. Plaintiff has information regarding the circumstances surrounding the subject incident and the injuries Plaintiff suffered as a result of the incident.

2. **Shelly Philips**. 1020 Alta Vista Drive, Alta Dena, CA 91001. Ms. Philips was with Plaintiff during the incident and has information regarding the circumstances surrounding the subject incident.

2
PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

3. **Foothills Psychological Services, Inc.**/ **Tracey Shepard, PhD.** (Plaintiff's treating psychologist)/ **Aizzel Trieu, N.P.** (Plaintiff's treating nurse practitioner)/ **Maritrini Maldonado** (Plaintiff's treating behavioral health assistant)/ **Tashana Lewis, N.P.** (Plaintiff's treating nurse practitioner), 954 West Foothill Blvd., Suite A, Upland, CA 91786, (909) 946-4222. This is the facility where Plaintiff received and continues to receive mental health treatment for injuries sustained as a result of the incident and thus these providers have knowledge regarding the subject incident and Plaintiff's damages.

4. Southwest employees present during the subject incident: **Elena Karenev**, **Dell Jackson**, **Justin Moyer**, **Justin Thomas**, **Phylis Benedict**, **Alex Meifert**, **Chante Andrus**. These individuals have knowledge regarding the incident and were designated by Defendant as the Rule 30(b)(6) witness regarding their respective employment and other designated topics set forth in Plaintiff's Notice of Deposition to Defendant.

5. Southwest employee **Sarah Vandermark**. Ms. Vandermark was designated by Defendant as the Rule 30(b)(6) witness regarding certain designated topics set forth in Plaintiff's Notice of Deposition to Defendant. Ms. Vandermark thus has information regarding those topics.

6. Southwest employee **Mary Noel Hennes.** Ms. Hennes was designated by Defendant as the Rule 30(b)(6) witness regarding certain designated topics set forth in Plaintiff's Notice of Deposition to Defendant. Ms. Hennes thus has information regarding those topics.

7. **Kalah Heitz**. 31806 Wagonwheel Drive, Running Springs, CA 92382; (208) 920-1331. Ms. Heitz was a passenger on the subject flight and has information regarding the circumstances surrounding the subject incident.

8. **Randi Wilson Mier**. 1314 E. Saint Andrews St., Ontario, CA 91761; (909) 244-4325; randirenee@gmail.com. Ms. Mier was a passenger on the subject flight and has information regarding the circumstances surrounding the subject incident.

3
PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

9. **Sydney Barta**. 568 N. Grass Valley Rd., Lake Arrowhead, CA 92352; (909) 234-4198; sgbarta@yahoo.com. Ms. Barta was a passenger on the subject flight and has information regarding the circumstances surrounding the subject incident.

10. **Tuuhetoka Sekona**. (909) 664-7020; dreasekona5@gmail.com. Mr. Sekona was a passenger on the subject flight and has information regarding the circumstances surrounding the subject incident.

11. **Doug Mueller.** 1646 Riviera Court, Boulder City, NV 89005; (702)-499-4989; canav84u@gmail.com. Mr. Mueller was a passenger on the subject flight and has information regarding the circumstances surrounding the subject incident.

## B. DOCUMENTS

Plaintiff makes the following disclosure, pursuant to Rule 26 of the Federal Rules of Civil Procedure, of documents, electronically stored information, and tangible things Plaintiff may use to support her claims, except those to be used solely for impeachment. Plaintiff states that based on the information currently known to her, at least the following documents may be used to support Plaintiff's material allegations. Facts and allegations discovered during investigation and discovery may reveal other information, add new facts, documents, or witnesses, or lend new meaning to facts already known. Without waiving any objections, Plaintiff identifies the following documents, electronically stored information, and tangible things:

1. Medical Records from Foothills Psychological Services, Inc.
2. Two photographs of Plaintiff's outfit worn on the date of the subject incident.
3. Video recordings that have been produced in this case depicting some of the subject incident, taken by Plaintiff, Randi Wilson Meir and Sydney Barta.
4. Medical Records and documents related to plastic surgeries Plaintiff underwent at Top Plastic Surgeons Mexico (Bates Stamped SAN-000015-000040).

4
PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

5. The video recording produced by Elena Karenev depicting some of the incident.

6. Defendant's policies/procedures regarding discrimination and harassment, and Defendant's training documents regarding same.

7. Defendant's Contract of Carriage.

8. The personnel files of the Southwest employees listed above.

9. Threat Level classification documents produced by Defendant.

10. Excerpts of Defendant's Flight Attendant Manual.

11. Excerpts of Defendant's Ground Operations Manual.

12. Excerpts of Defendant's policies and procedures.

13. "Irregularity Reports" regarding the incident.

14. Southwest Flight Attendant Work Rules.

15. U.S. Department of Transportation Guidance for Airline Personnel on Non-discrimination in Air Travel.

16. Emails between Elena Karenev and Doug Mueller.

17. Texts between Justin Moyer and Alex Meifert.

## C. COMPUTATION OF DAMAGES

Plaintiff makes the following computation of damages, pursuant to Rule 26(a)(1)(A)(III) of the Federal Rules of Civil Procedure. Plaintiff does not intend for any of the following computations to reflect damages, economic, non-economic, or otherwise, to be reflective of computations which may exist at the trial of this matter. Because discovery has not yet commenced, Plaintiff reserves the right to amend the computations set forth herein to conform to the evidence. Plaintiff has not, at this time received expert witness computations.

<u>Non-economic Damages</u>

$1,000,000 to $5,000,000 based on pain and suffering and associated emotional and physical distress.

Economic Damages

$10,000 to $100,000 based on medical expenses and lost income as a result of the incident.

Plaintiff also reserve the right to seek punitive damages against Defendant Southwest in an amount to be proven at trial, attorneys' fees and costs associated with litigation.

Plaintiff reserves the right to amend and or supplement the computations set forth herein according to proof at trial.

## D. INSURANCE AGREEMENTS

Plaintiff has no insurance agreement that affects this matter.

DATED: May 30, 2022        Respectfully submitted,

**THE COCHRAN FIRM CALIFORNIA**

By: /s/ ANAHITA SEDAGHATFAR
BRIAN T. DUNN
ANAHITA SEDAGHATFAR
Attorneys for Plaintiff ADELENE SANDERS

THE COCHRAN FIRM – CALIFORNIA
4929 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90010
(323) 435-8205 Telephone . (323) 282-5280 Facsimile

# CERTIFICATION OF SERVICE VIA E-SERVICE [PROOF OF SERVICE]

FRCP 5(a) et seq.

I am a resident of or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: The Cochran Firm-California, 4929 Wilshire Boulevard, Suite 1010, Los Angeles, California 90010.

On May 30, 2022, I served the following listed document(s): **PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES** on the interested parties in this action to:

Richard A. Lazenby, Esq.
Natasha Mikha Pardasani, Esq.
VICTOR RANE
9350 Wilshire Boulevard, Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4969
E-Mail: rlazenby@fictorrane.com
npardasani@victorrane.com
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

[x] BY ELECTRONIC TRANSMISSION/E-SERVICE: I transmitted the foregoing document by e-mail to the e-mail address of the addressee as noted above.

[x] Federal: I hereby swear and affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2022 at Los Angeles, California.

_____/s/_____

Anahita Sedaghatfar

7
PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE