| | |
|---|---|
| 1 | Richard A. Lazenby (State Bar No.: 202105) |
| | Email: rlazenby@victorrane.com |
| 2 | Natasha Mikha Pardasani (State Bar No.: 270731) |
| | Email: npardasani@victorrane.com |
| 3 | Nicole A. Poltash (State Bar No. 323420) |
| | Email: npoltash@victorrane.com |
| 4 | VICTOR RANE |
| | 9350 Wilshire Blvd., Suite 308 |
| 5 | Beverly Hills, California 90212 |
| | Telephone: (310) 388-4849 |
| 6 | Facsimile: (310) 388-4869 |
| 7 | Attorneys for Defendants |
| | SOUTHWEST AIRLINES CO. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADELENE SANDERS, an individual,

Plaintiff,

vs.

SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,

Defendants.

Case No.: 2:21-CV-00451-DDP-MRW

**DECLARATION OF JACQUELINE DeWARR IN SUPPORT OF SOUTHWEST AIRLINES CO.'S REPLY RE MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

I, Jacqueline DeWarr, declare as follows:

1. I am an attorney with the law firm of Victor Rane, counsel of record for defendant Southwest Airlines Co. (hereinafter, "Southwest") in the above-referenced matter.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify thereto.

3. On March 3, 2022, I began calling some of the passengers on Southwest flight no. 577 from Ontario to Las Vegas on July 18, 2020 ("Subject Flight"). I used the contact phone number provided in passenger Randi Mier's

1 Passenger Name Record ("PNR") to call Ms. Mier. While we spoke on the phone, I
2 took down notes of our conversation, which I documented in an email that was sent
3 to my colleague, Natasha Mikha Pardasani, on the same day.

4   4.   My notes from the March 3, 2022 conversation with Ms. Mier reflect
5 the following:

   a. I asked Ms. Mier if she boarded the Subject Flight with a to-go beverage. She responded that she boarded with a "large soda cup" and that she did not remember whether there was alcohol in her cup. She stated that no one smelled her cup.
   b. I also asked Ms. Mier if she recalled seeing another passenger wearing a low-cut top. Ms. Mier stated that she did not remember anyone specifically with a low-cut top, but she recalled other passengers wearing shorts, tank tops, and halter tops.
   c. Ms. Mier told me that she believed Plaintiff and her aunt were singled out by Southwest crew "because they stood out."
   d. When I asked Ms. Mier what her race is, she responded that she and her husband are Hispanic.

5.   I also used the contact phone number provided in passenger Cheryl Chapmanhumes' PNR to call Ms. Chapmanhumes. While we spoke on the phone, I took down notes of our conversation, which I documented in the same email that I sent to my colleague, Ms. Pardasani, on the same day.

6.   My notes from the March 3, 2022 conversation with Ms. Chapmanhumes reflect the following:
   a. I asked Ms. Chapmanhumes what she recalled about the incident. She responded in part that Plaintiff "had a mouth on her" and "cursed," and was wearing something "totally inappropriate (half-naked)."
   b. When I asked Ms. Chapmanhumes what her race is, she responded that she is Black. She further stated that she was sitting in the front of

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

DECLARATION OF JACQUELINE D. DEWARR
CASE NO.: 2:21-CV-00451-DDP-MRW
- 2 -

the plane, next to another Black lady she met on the plane, and she thinks there may have been a few other Black passengers.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed August 29, 2022, in San Francisco, California.

_____
JACQUELINE D. DeWARR

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

DECLARATION OF JACQUELINE D. DEWARR
CASE NO.: 2:21-CV-00451-DDP-MRW
- 3 -