Richard A. Lazenby (State Bar No.: 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**DECLARATION OF MICHELLE BUCKLEY IN SUPPORT OF SOUTHWEST AIRLINES CO.'S REPLY RE MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

I, Michelle Buckley, declare as follows:

1. I am employed as Senior Director in the Customer Experience and Engagement Department at Southwest Airlines Co. ("Southwest"). Until July 2022, the Department in which I am employed was known as the Customer Relations Department. In July 2022, the Department's name was officially changed to the Customer Experience and Engagement Department. In my position, my duties include leading operations, people leadership, overseeing customer complaints and escalation inquiries, answering questions and comments, as well as ensuring compliance with Department of Transportation and other regulatory requirements for customer complaints. I have personal knowledge of the facts set

forth in this Declaration and, if called as a witness, could competently testify thereto.

2. As part of my duties as Senior Director in Customer Experience and Engagement, I am knowledgeable of Southwest's business, policies, and communications relating to customers, including the aforementioned aspects of customer relations.

3. Southwest customers can contact the Customer Experience and Engagement Department through the following ways:

   a. An email submission at https://www.southwest.com/html/contact-us/index.html;
   b. A phone call to Customer Experience and Engagement at 1-800-i-fly-swa (1-800-435-9792);
   c. A direct message on Facebook through @SouthwestAir;
   d. Twitter through @SouthwestAir;
   e. Chat through the Southwest mobile application; and
   f. Mail at Southwest Airlines, P.O. Box 36647-1CR, Dallas, Texas 75235.

4. When a customer submits a complaint relating to racial discrimination to Southwest's Customer Experience and Engagement Department, an investigation is opened. The Customer Experience and Engagement Department will contact the relevant other internal departments (e.g., if a complaint is made against a flight attendant, Customer Experience and Engagement will reach out to Inflight, the department that employs Southwest's flight attendants) to obtain more information regarding the complaint. If the incident underlying the complaint was included in any written reports, Customer Experience and Engagement will obtain and review those reports. If the incident underlying the complaint was not included in any written reports, Customer Experience and Engagement will liaise with the appropriate internal department to obtain written statements from the employees

1 with knowledge of the incident.

2     5. Depending on the circumstances of the incident and complaint, Customer Experience and Engagement may also interview the employees with knowledge of the incident and, once Customer Experience and Engagement has obtained all the information it can about the incident, Customer Experience and Engagement will respond to the complaining customer with the results of the investigation. Depending on the results of the investigation, the department in which the involved employee(s) work may submit the matter to the employee(s)' supervisor for appropriate handling and/or disciplinary action, if warranted.

    6. According to a Southwest report submitted by Customer Service Supervisor Justin Thomas, identified as Exhibit 12 to the Declaration of Deborah Carroll, Plaintiff Adelene Sanders ("Plaintiff") was provided with "the number to Customer Relations for recourse." However, there is no record of Plaintiff having contacted the Customer Experience and Engagement Department (at that time known as Customer Relations) to lodge a complaint. Thus, Customer Experience and Engagement did not conduct an investigation relating to any complaint by Plaintiff.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of August 2022, in Dallas, Texas.

*/s/ Michelle Buckley*

MICHELLE BUCKLEY