Richard A. Lazenby (State Bar No.: 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendants
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**DECLARATION OF SARAH VANDERMARK IN SUPPORT OF SOUTHWEST AIRLINES CO.'S REPLY RE MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

I, Sarah Vandermark, declare as follows:

1. I am employed as Senior Manager of the Inflight division at Southwest Airlines Co. ("Southwest"). Southwest Inflight encompasses all flight attendants who work onboard the flights that Southwest operates. In my current position as Senior Manager, which I have held since 2014, my duties include overseeing the employees in Southwest's Inflight division, and I am familiar with the training that flight attendants receive with respect to inflight procedures and use of medical and emergency kits. Prior to becoming a Senior Manager, I was employed as a flight attendant with Southwest from 2010-2014. I have personal

knowledge of the facts set forth in this Declaration and, if called as a witness, could competently testify thereto.

2. Pursuant to federal aviation regulations, Southwest aircraft are each equipped with emergency equipment, including one emergency medical kit per aircraft. Southwest flight attendants are trained with respect to the following regarding emergency medical kits:

    a. Emergency medical kits are only to be opened in the event of a medical emergency.

    b. Items in the emergency medical kits cannot be used for any purpose other than a medical emergency.

    c. If an emergency medical kit is opened onboard an aircraft, any items removed from the kit must be documented in a report detailing the medical emergency for which the items were used.

3. In addition to emergency medical kits, each aircraft is equipped with two sealed bags that each contain one medical blanket. With respect to these medical blankets, Southwest's Flight Attendant Manual provides: "Medical blankets are contained in sealed bags and must not be provided to Passengers or used by Flight Attendants for non medical events."

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of August 2022, in Dallas, Texas.

*Sarah Vandermark*
SARAH VANDERMARK

DECLARATION OF SARAH VANDERMARK
CASE NO.: 2:21-CV-00451-DDP-MRW
- 2 -