Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Brian T. Dunn (State Bar No.:176502)
bdunn@cochranfirm.com
Anahita Sedaghatfar (State Bar No.: 217289)
asedaghatfar@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Blvd., Ste. 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff
ADELENE SANDERS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:21-CV-00451-DDP-MRW <br><br> **JOINT PROPOSED JURY INSTRUCTIONS** <br><br> Pretrial Conference: June 5, 2023 <br> Time: 11:00 a.m. <br> Judge: Dean D. Pregerson <br> Courtroom: 9C |

In accordance with Local Rule 51, the parties jointly submit the following proposed jury instructions. The instructions are submitted in sequential order, but

the parties reserve the right to request that they be read to the jury in a different order. Unless otherwise indicated, the instructions are from the Manual of Model Civil Jury Instructions for the District Courts of the Ninth Circuit (2017 Edition, last updated March 2023) ("Ninth Circuit Manual") (available at: https://www.ce9.uscourts.gov/jury-instructions/model-civil).

**INDEX OF JURY INSTRUCTIONS**

| NO. | TITLE | SOURCE | PAGE NO. |
|-----|-------|--------|----------|
| 1.15 | CONDUCT OF THE JURY | NINTH CIRCUIT MANUAL | 1 |
| 1.16 | PUBLICITY DURING TRIAL | NINTH CIRCUIT MANUAL | 3 |
| 1.17 | NO TRANSCRIPT AVAILABLE TO JURY | NINTH CIRCUIT MANUAL | 4 |
| 1.20 | BENCH CONFERENCES AND RECESSES | NINTH CIRCUIT MANUAL | 5 |
| 1.21 | OUTLINE OF TRIAL | NINTH CIRCUIT MANUAL | 6 |
| 2.2 | STIPULATION OF FACT | NINTH CIRCUIT MANUAL | 7 |
| 2.16 | EVIDENCE IN ELECTRONIC FORMAT | NINTH CIRCUIT MANUAL | 8 |
| 2.4 | DEPOSITION IN LIEU OF LIVE TESTIMONY | NINTH CIRCUIT MANUAL | 10 |
| 1.4 | DUTY OF JURY | NINTH CIRCUIT MANUAL | 11 |
| 1.6 | BURDEN OF PROOF | NINTH CIRCUIT | 12 |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | | | MANUAL | |
|---|---|---|---|---|
| | 1.7 | BURDEN OF PROOF – CLEAR AND CONVINCING EVIDENCE | NINTH CIRCUIT MANUAL | 13 |
| | 1.9 | WHAT IS EVIDENCE | NINTH CIRCUIT MANUAL | 14 |
| | 1.10 | WHAT IS NOT EVIDENCE | NINTH CIRCUIT MANUAL | 15 |
| | 1.12 | DIRECT AND CIRCUMSTANTIAL EVIDENCE | NINTH CIRCUIT MANUAL | 16 |
| | 1.13 | RULING ON OBJECTIONS | NINTH CIRCUIT MANUAL | 17 |
| | 1.14 | CREDIBILITY OF WITNESSES | NINTH CIRCUIT MANUAL | 18 |
| | 1.18 | TAKING NOTES | NINTH CIRCUIT MANUAL | 20 |
| | 2.9 | IMPEACHMENT EVIDENCE - WITNESS | NINTH CIRCUIT MANUAL | 21 |
| | 2.11 | USE OF INTERROGATORIES | NINTH CIRCUIT MANUAL | 22 |
| | 2.13 | EXPERT OPINION | NINTH CIRCUIT MANUAL | 23 |
| | 3.1 | DUTY TO DELIBERATE | NINTH CIRCUIT MANUAL | 24 |
| | 3.3 | COMMUNICATING WITH COURT | NINTH CIRCUIT MANUAL | 25 |
| | 3.5 | RETURN TO VERDICT | NINTH CIRCUIT MANUAL | 26 |
| | 4.1 | CORPORATIONS AND | NINTH CIRCUIT | 27 |

| | | | |
|---|---|---|---|
| | PARTNERSHIPS – FAIR TREATMENT | MANUAL | |
| 4.2 | LIABILITY OF CORPORATIONS – SCOPE OF AUTHORITY NOT IN ISSUE | NINTH CIRCUIT MANUAL | 28 |
| 1600 | INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – ESSENTIAL FACTUAL ELEMENTS | CACI JURY INSTRUCTION NO. 1600 | 29 |
| 1602 | INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS— "OUTRAGEOUS CONDUCT" DEFINED | CACI JURY INSTRUCTION NO. 1602 | 30 |
| 1603 | INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS— "RECKLESS DISREGARD" DEFINED | CACI JURY INSTRUCTION NO. 1603 | 31 |
| 1604 | INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS— "SEVERE EMOTIONAL DISTRESS" DEFINED | CACI JURY INSTRUCTION NO. 1604 | 32 |
| 430 | CAUSATION | CACI JURY INSTRUCTION NO. 430 | 33 |
| 3700 | INTRODUCTION TO VICARIOUS RESPONSIBILITY | CACI JURY INSTRUCTION NO. 3700 | 34 |
| 3900 | TORT DAMAGES-LIABILITY | CACI JURY | 35 |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

| | CONTESTED | INSTRUCTION NO. 3900 | |
|---|---|---|---|
| 3902 | ECONOMIC AND NON ECONOMIC DAMAGES | CACI JURY INSTRUCTION NO. 3902 | 36 |
| 3903 | ITEMS OF ECONOMIC DAMAGE AND CACI 3903(A) – MEDICAL EXPENSES – PAST AND FUTURE | CACI JURY INSTRUCTION NO. 3903 | 37 |
| 3905 | ITEMS OF NONECONOMIC DAMAGES AND 3905(A) – PHYSICAL PAIN, MENTAL SUFFERING, AND EMOTIONAL DISTRESS | CACI JURY INSTRUCTION NO. 3905 | 38 |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

# INTRODUCTORY INSTRUCTIONS AT START OF TRIAL

## 1.15 CONDUCT OF THE JURY

I will now say a few words about your conduct as jurors.

First, keep an open mind throughout the trial, and do not decide what the verdict should be until you and your fellow jurors have completed your deliberations at the end of the case.

Second, because you must decide this case based only on the evidence received in the case and on my instructions as to the law that applies, you must not be exposed to any other information about the case or to the issues it involves during the course of your jury duty. Thus, until the end of the case or unless I tell you otherwise:

Do not communicate with anyone in any way and do not let anyone else communicate with you in any way about the merits of the case or anything to do with it.  This includes discussing the case in person, in writing, by phone, tablet, or computer, or any other electronic means, via email, text messaging, or any internet chat room, blog, website or application, including but not limited to Facebook, YouTube, Twitter, Instagram, LinkedIn, Snapchat, Tiktok, or any other forms of social media.  This applies to communicating with your fellow jurors until I give you the case for deliberation, and it applies to communicating with everyone else including your family members, your employer, the media or press, and the people involved in the trial, although you may notify your family and your employer that you have been seated as a juror in the case, and how long you expect the trial to last.  But, if you are asked or approached in any way about your jury service or anything about this case, you must respond that you have been ordered not to discuss the matter and report the contact to the court.

Because you will receive all the evidence and legal instruction you properly may consider to return a verdict:  do not read, watch or listen to any news or media accounts or commentary about the case or anything to do with it, although I have

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

no information that there will be news reports about this case; do not do any research, such as consulting dictionaries, searching the Internet, or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own.  Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial.  Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers— until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible.

These rules protect each party's right to have this case decided only on evidence that has been presented here in court. Witnesses here in court take an oath to tell the truth, and the accuracy of their testimony is tested through the trial process. If you do any research or investigation outside the courtroom, or gain any information through improper communications, then your verdict may be influenced by inaccurate, incomplete or misleading information that has not been tested by the trial process. Each of the parties is entitled to a fair trial by an impartial jury, and if you decide the case based on information not presented in court, you will have denied the parties a fair trial. Remember, you have taken an oath to follow the rules, and it is very important that you follow these rules.

A juror who violates these restrictions jeopardizes the fairness of these proceedings, and a mistrial could result that would require the entire trial process to start over. If any juror is exposed to any outside information, please notify the court immediately.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

1   **1.16 PUBLICITY DURING TRIAL**

2        If there is any news media account or commentary about the case or

3   anything to do with it, you must ignore it.  You must not read, watch, or listen to

4   any news media account or commentary about the case or anything to do with it.

5   The case must be decided by you solely and exclusively on the evidence that will

6   be received in the case and on my instructions as to the law that applies.  If any

7   juror is exposed to any outside information, please notify me immediately.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**1.17 NO TRANSCRIPT AVAILABLE TO JURY**

I urge you to pay close attention to the trial testimony as it is given.  During deliberations you will not have a transcript of the trial testimony.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849

JOINT PROPOSED JURY INSTRUCTIONS
CASE NO.: 2:21-CV-00451-DDP-MRW

- 4 -

**1.20 BENCH CONFERENCES AND RECESSES**

From time to time during the trial, it [may become] [became] necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury [is] [was] present in the courtroom, or by calling a recess.  Please understand that while you [are] [were] waiting, we [are] [were] working.  The purpose of these conferences is not to keep relevant information from you, but to decide how certain evidence is to be treated under the rules of evidence and to avoid confusion and error.

Of course, we [will do] [have done] what we [can] [could] to keep the number and length of these conferences to a minimum.  I [may] [did] not always grant an attorney's request for a conference.  Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**1.21 OUTLINE OF TRIAL**

Trials proceed in the following way:  First, each side may make an opening statement.  An opening statement is not evidence.  It is simply an outline to help you understand what that party expects the evidence will show.  A party is not required to make an opening statement.

The plaintiff will then present evidence, and counsel for the defendant may cross-examine.  Then the defendant may present evidence, and counsel for the plaintiff may cross-examine.

After the evidence has been presented, I will instruct you on the law that applies to the case and the attorneys will make closing arguments.

After that, you will go to the jury room to deliberate on your verdict.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**2.2 STIPULATIONS OF FACT**

The parties have agreed to certain facts [to be placed in evidence as Exhibit __] [that will be read to you]. You must therefore treat these facts as having been proved.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**2.16 EVIDENCE IN ELECTRONIC FORMAT**

Those exhibits received in evidence that are capable of being displayed electronically will be provided to you in that form, and you will be able to view them in the jury room.  A computer, projector, printer, and accessory equipment will be available to you in the jury room.

A court technician will show you how to operate the computer and other equipment; how to locate and view the exhibits on the computer; and how to print the exhibits.  You will also be provided with a paper list of all exhibits received in evidence.  You may request a paper copy of any exhibit received in evidence by sending a note through the [clerk] [bailiff].)  If you need additional equipment or supplies or if you have questions about how to operate the computer or other equipment, you may send a note to the [clerk] [bailiff], signed by your foreperson or by one or more members of the jury.  Do not refer to or discuss any exhibit you were attempting to view.

If a technical problem or question requires hands-on maintenance or instruction, a court technician may enter the jury room with [the clerk] [the bailiff] present for the sole purpose of assuring that the only matter that is discussed is the technical problem.  When the court technician or any nonjuror is in the jury room, the jury shall not deliberate.  No juror may say anything to the court technician or any nonjuror other than to describe the technical problem or to seek information about operation of the equipment.  Do not discuss any exhibit or any aspect of the case.

The sole purpose of providing the computer in the jury room is to enable jurors to view the exhibits received in evidence in this case.  You may not use the computer for any other purpose.  At my direction, technicians have taken steps to

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

1   ensure that the computer does not permit access to the Internet or to any "outside"

2   website, database, directory, game, or other material.  Do not attempt to alter the

3   computer to obtain access to such materials.  If you discover that the computer

4   provides or allows access to such materials, you must inform the court immediately

5   and refrain from viewing such materials.  Do not remove the computer or any

6   electronic data [disk] from the jury room, and do not copy any such data.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

JOINT PROPOSED JURY INSTRUCTIONS
CASE NO.: 2:21-CV-00451-DDP-MRW

**2.4 DEPOSITION IN LIEU OF LIVE TESTIMONY**

A deposition is the sworn testimony of a witness taken before trial.  The witness is placed under oath to tell the truth and lawyers for each party may ask questions.  The questions and answers are recorded.  When a person is unavailable to testify at trial, the deposition of that person may be used at the trial.

The depositions of several witnesses will be presented to you by their deposition testimony. Insofar as possible, you should consider deposition testimony, presented to you in court in lieu of live testimony, in the same way as if the witness had been present to testify.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

# INSTRUCTIONS PRIOR TO DELIBERATIONS

## 1.4 DUTY OF JURY

Members of the Jury: Now that you have heard all of the evidence and the arguments of the attorneys, it is my duty to instruct you on the law that applies to this case.

A copy of these instructions will be sent to the jury room for you to consult during your deliberations.

It is your duty to find the facts from all the evidence in the case. To those facts you will apply the law as I give it to you. You must follow the law as I give it to you whether you agree with it or not. And you must not be influenced by any personal likes or dislikes, opinions, prejudices, or sympathy. That means that you must decide the case solely on the evidence before you. You will recall that you took an oath to do so.

Please do not read into these instructions or anything that I may say or do or have said or done that I have an opinion regarding the evidence or what your verdict should be.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**1.6 BURDEN OF PROOF**

When a party has the burden of proving any claim [or affirmative defense] by a preponderance of the evidence, it means you must be persuaded by the evidence that the claim [or affirmative defense] is more probably true than not true.

You should base your decision on all of the evidence, regardless of which party presented.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

## 1.7 BURDEN OF PROOF— CLEAR AND CONVINCING EVIDENCE

When a party has the burden of proving any claim or defense by clear and convincing evidence, it means that the party must present evidence that leaves you with a firm belief or conviction that it is highly probable that the factual contentions of the claim or defense are true.  This is a higher standard of proof than proof by a preponderance of the evidence, but it does not require proof beyond a reasonable doubt.

**1.9 WHAT IS EVIDENCE**

The evidence you are to consider in deciding what the facts are consists of:

1.    the sworn testimony of any witness;

2.    the exhibits that are admitted into evidence;

3.    any facts to which the lawyers have agreed; and

4.    any facts that I have instructed you to accept as proved.

**1.10 WHAT IS NOT EVIDENCE**

In reaching your verdict, you may consider only the testimony and exhibits received into evidence. Certain things are not evidence, and you may not consider them in deciding what the facts are.  I will list them for you:

(1)     Arguments and statements by lawyers are not evidence. The lawyers are not witnesses. What they have said in their opening statements, closing arguments and at other times is intended to help you interpret the evidence, but it is not evidence. If the facts as you remember them differ from the way the lawyers have stated them, your memory of them controls.

(2)     Questions and objections by lawyers are not evidence. Attorneys have a duty to their clients to object when they believe a question is improper under the rules of evidence. You should not be influenced by the objection or by the court's ruling on it.

(3)     Testimony that is excluded or stricken, or that you have been instructed to disregard, is not evidence and must not be considered.  In addition, some evidence was received only for a limited purpose; when I have instructed you to consider certain evidence only for a limited purpose, you must do so, and you may not consider that evidence for any other purpose.

(4)     Anything you may have seen or heard when the court was not in session is not evidence. You are to decide the case solely on the evidence received at the trial.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849

**1.12 DIRECT AND CIRCUMSTANTIAL EVIDENCE**

Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.  Circumstantial evidence is proof of one or more facts from which you could find another fact.  You should consider both kinds of evidence.  The law makes no distinction between the weight to be given to either direct or circumstantial evidence.  It is for you to decide how much weight to give to any evidence.

By way of example, if you wake up in the morning and see that the sidewalk is wet, you may find from that fact that it rained during the night. However, other evidence, such as a turned-on garden hose, may provide a different explanation for the presence of water on the sidewalk.  Therefore, before you decide that a fact has been proved by circumstantial evidence, you must consider all the evidence in the light of reason, experience, and common sense.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

JOINT PROPOSED JURY INSTRUCTIONS
CASE NO.: 2:21-CV-00451-DDP-MRW

- 16 -

**1.13 RULING ON OBJECTIONS**

There are rules of evidence that control what can be received into evidence. When a lawyer asks a question or offers an exhibit into evidence and a lawyer on the other side thinks that it is not permitted by the rules of evidence, that lawyer may object.  If I overrule the objection, the question may be answered, or the exhibit received.  If I sustain the objection, the question cannot be answered, and the exhibit cannot be received.  Whenever I sustain an objection to a question, you must ignore the question and must not guess what the answer might have been.

Sometimes I may order that evidence be stricken from the record and that you disregard or ignore that evidence.  That means when you are deciding the case, you must not consider the stricken evidence for any purpose.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**1.14 CREDIBILITY OF WITNESSES**

In deciding the facts in this case, you may have to decide which testimony to believe and which testimony not to believe. You may believe everything a witness says, or part of it, or none of it.

In considering the testimony of any witness, you may take into account:

(1)     the opportunity and ability of the witness to see or hear or know the things testified to;

(2)     the witness's memory;

(3)     the witness's manner while testifying;

(4)     the witness's interest in the outcome of the case, if any;

(5)     the witness's bias or prejudice, if any;

(6)     whether other evidence contradicted the witness's testimony;

(7)     the reasonableness of the witness's testimony in light of all the evidence; and

(8)     any other factors that bear on believability.

Sometimes a witness may say something that is not consistent with something else he or she said. Sometimes different witnesses will give different versions of what happened.  People often forget things or make mistakes in what they remember.  Also, two people may see the same event but remember it differently.  You may consider these differences, but do not decide that testimony is untrue just because it differs from other testimony.

However, if you decide that a witness has deliberately testified untruthfully about something important, you may choose not to believe anything that witness said.  On the other hand, if you think the witness testified untruthfully about some things but told the truth about others, you may accept the part you think is true and

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

1    ignore the rest.

2

3         The weight of the evidence as to a fact does not necessarily depend on the

4    number of witnesses who testify.  What is important is how believable the

5    witnesses were, and how much weight you think their testimony deserves.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**1.18 TAKING NOTES**

If you wish, you may take notes to help you remember the evidence.  If you do take notes, please keep them to yourself until you go to the jury room to decide the case.  Do not let notetaking distract you.  When you leave, your notes should be left in the courtroom.  No one will read your notes.

Whether or not you take notes, you should rely on your own memory of the evidence. Notes are only to assist your memory. You should not be overly influenced by your notes or those of other jurors.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

JOINT PROPOSED JURY INSTRUCTIONS
CASE NO.: 2:21-CV-00451-DDP-MRW

## 2.9 IMPEACHMENT EVIDENCE — WITNESS

The evidence that a witness [e.g., has been convicted of a crime, lied under oath on a prior occasion, etc.] may be considered, along with all other evidence, in deciding whether or not to believe the witness and how much weight to give to the testimony of the witness and for no other purpose.

V<small>ICTOR</small> R<small>ANE</small>
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

## 2.11 USE OF INTERROGATORIES

Evidence [will now be] [was] presented to you in the form of answers of one of the parties to written interrogatories submitted by the other side. These answers were given in writing and under oath before the trial in response to questions that were submitted under established court procedures. You should consider the answers, insofar as possible, in the same way as if they were made from the witness stand.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**2.13 EXPERT OPINION**

You [have heard] [are about to hear] testimony from [name] who [testified] [will testify] to opinions and the reasons for [his] [her] opinions. This opinion testimony is allowed, because of the education or experience of this witness.

Such opinion testimony should be judged like any other testimony. You may accept it or reject it and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**3.1 DUTY TO DELIBERATE**

Before you begin your deliberations, elect one member of the jury as your presiding juror.  The presiding juror will preside over the deliberations and serve as the spokesperson for the jury in court.

You shall diligently strive to reach agreement with all of the other jurors if you can do so.  Your verdict must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all of the evidence, discussed it fully with the other jurors, and listened to their views.

It is important that you attempt to reach a unanimous verdict but, of course, only if each of you can do so after having made your own conscientious decision. Do not be unwilling to change your opinion if the discussion persuades you that you should.  But do not come to a decision simply because other jurors think it is right or change an honest belief about the weight and effect of the evidence simply to reach a verdict.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

### 3.3 COMMUNICATION WITH COURT

If it becomes necessary during your deliberations to communicate with me, you may send a note through the [clerk] [bailiff], signed by any one or more of you.  No member of the jury should ever attempt to communicate with me except by a signed writing.  I will not communicate with any member of the jury on anything concerning the case except in writing or here in open court.  If you send out a question, I will consult with the lawyers before answering it, which may take some time.  You may continue your deliberations while waiting for the answer to any question.  Remember that you are not to tell anyone—including the court—how the jury stands, whether in terms of vote count or otherwise, until after you have reached a unanimous verdict or have been discharged.

1

**3.5 RETURN OF VERDICT**

2

      A verdict form has been prepared for you.  [Explain verdict form as needed.]

3

After you have reached unanimous agreement on a verdict, your [presiding juror]

4

[foreperson] should complete the verdict form according to your deliberations, sign

5

and date it, and advise the [clerk] [bailiff] that you are ready to return to the

6

courtroom.

7

8

9

10

11

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**4.1 CORPORATIONS AND PARTNERSHIPS – FAIR TREATMENT**

All parties are equal before the law and a corporation is entitled to the same fair and conscientious consideration by you as any party.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

## 4.2 LIABILITY OF CORPORATIONS — SCOPE OF AUTHORITY NOT IN ISSUE

Under the law, a corporation is considered to be a person. It can only act through its employees, agents, directors, or officers. Therefore, a corporation is responsible for the acts of its employees, agents, directors, and officers performed within the scope of authority.

**1600. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS — ESSENTIAL FACTUAL ELEMENTS**

Adelene Sanders claims that Southwest Airlines Co.'s conduct caused her to suffer severe emotional distress. To establish this claim, Adelene Sanders must prove all of the following:

1. That Southwest Airlines Co.'s conduct was outrageous;

2. [That Southwest Airlines Co. intended to cause Adelene Sanders emotional distress;]

2. [or]

2. [That Southwest Airlines Co. acted with reckless disregard of the probability that Adelene Sanders would suffer emotional distress, knowing that Adelene Sanders was present when the conduct occurred;]

3. That Adelene Sanders suffered severe emotional distress; and

4. That Southwest Airlines Co.'s conduct was a substantial factor in causing Adelene Sanders' severe emotional distress.

Source: CACI Jury Instruction No. 1600, available at: https://www.courts.ca.gov/partners/documents/Judicial_Council_of_California_Civil_Jury_Instructions.pdf.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**1602. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS — "OUTRAGEOUS CONDUCT" DEFINED**

"Outrageous conduct" is conduct so extreme that it goes beyond all possible bounds of decency. Conduct is outrageous if a reasonable person would regard the conduct as intolerable in a civilized community.

Outrageous conduct does not include trivialities such as indignities, annoyances, hurt feelings, or bad manners that a reasonable person is expected to endure.

In deciding whether Southwest Airlines Co.'s conduct was outrageous, you may consider, among other factors, the following:

(a) Whether Southwest Airlines Co. abused a position of authority or a relationship that gave it real or apparent power to affect Adelene Sanders' interests;

(b) Whether Southwest Airlines Co. knew that Adelene Sanders was particularly vulnerable to emotional distress; and

(c) Whether Southwest Airlines Co. knew that its conduct would likely result in harm due to mental distress.

Source: CACI Jury Instruction No. 1602.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**1603. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS — "RECKLESS DISREGARD" DEFINED**

Southwest Airlines Co. acted with reckless disregard in causing [name of plaintiff] emotional distress if:

1. Southwest Airlines Co. knew that emotional distress would probably result from its conduct; or

2. Southwest Airlines Co. gave little or no thought to the probable effects of its conduct.

Source: CACI Jury Instruction No. 1603.

**1604. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS — "SEVERE EMOTIONAL DISTRESS" DEFINED**

Emotional distress includes suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame.

"Severe emotional distress" is not mild or brief; it must be so substantial or long lasting that no reasonable person in a civilized society should be expected to bear it. Plaintiff is not required to prove physical injury to recover damages for severe emotional distress.

Source:  CACI Jury Instruction No. 1604.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

1

**CACI 430 – CAUSATION**

2

     A substantial factor in causing harm is a factor that a reasonable person

3

would consider to have contributed to the harm. It must be more than a remote or

4

trivial factor. It does not have to be the only cause of the harm.

5

6

Source:  CACI Jury Instruction No. 430.

7

8

9

10

11

12

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CACI 3700 – INTRODUCTION TO VICARIOUS RESPONSIBILITY**

An employer is responsible for harm caused by the wrongful conduct of its employees while acting within the scope of their employment.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

1

**CACI 3900- TORT DAMAGES-LIABILITY CONTESTED**

2

3    If you decide that Adelene Sanders has proved her claim against Southwest

4    Airlines Co., you also must decide how much money will reasonably compensate

     Adelene Sanders for the harm. This compensation is called "damages."

5

6    The amount of damages must include an award for each item of harm that

7    was caused by Southwest Airlines Co.'s wrongful conduct, even if the particular

     harm could not have been anticipated.

8

9    Adelene Sanders does not have to prove the exact amount of damages that

10   will provide reasonable compensation for the harm. However, you must not

     speculate or guess in awarding damages.

11

12   Source:  CACI Jury Instruction No. 3900.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

JOINT PROPOSED JURY INSTRUCTIONS
CASE NO.: 2:21-CV-00451-DDP-MRW

**CACI 3902 – ECONOMIC AND NON ECONOMIC DAMAGES**

The damages claimed by Adelene Sanders for the harm caused by Southwest Airlines Co. fall into two categories called economic damages and noneconomic damages. You will be asked on the verdict form to state the two categories of damages separately.

Source:  CACI Jury Instruction No. 3902.

**CACI 3903 ITEMS OF ECONOMIC DAMAGE AND CACI 3903(A) –
MEDICAL EXPENSES – PAST AND FUTURE**

The following are the specific items of economic damages claimed by
Adelene Sanders:

1. [Past] [and] [future] medical expenses.

[To recover damages for past medical expenses, Adelene Sanders must
prove the reasonable cost of reasonably necessary medical care that she has
received.]

[To recover damages for future medical expenses, Adelene Sanders must
prove the reasonable cost of reasonably necessary medical care that she is
reasonably certain to need in the future.]

Source:  CACI Jury Instruction No. 3903.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**CACI 3905 ITEMS OF NONECONOMIC DAMAGES AND 3905(A) – PHYSICAL PAIN, MENTAL SUFFERING, AND EMOTIONAL DISTRESS**

1. [Past] [and] [future] [physical pain/mental suffering/loss of enjoyment of life/disfigurement/physical impairment/inconvenience/grief/anxiety/humiliation/emotional distress].

No fixed standard exists for deciding the amount of these noneconomic damages. You must use your judgment to decide a reasonable amount based on the evidence and your common sense.

[To recover for future [*insert item of pain and suffering*], Adelene Sanders must prove that she is reasonably certain to suffer that harm.

For future [*insert item of pain and suffering*], determine the amount in current dollars paid at the time of judgment that will compensate Adelene Sanders for future [*insert item of pain and suffering*]. [This amount of noneconomic damages should not be further reduced to present cash value because that reduction should only be performed with respect to economic damages.]]

Source:  CACI Jury Instruction No. 3905.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

1

Dated:  May 30, 2023                              Respectfully submitted,

2

3

4                                                 By: /s/ Natasha Mikha Pardasani

5                                                      Richard A. Lazenby
                                                     Natasha Mikha Pardasani
                                                     Nicole A. Poltash
6                                                    VICTOR RANE
                                                     Attorneys for Defendant
7                                                    SOUTHWEST AIRLINES CO.

8

9

Dated:  May 30, 2023                              Respectfully submitted,

10

11

12                                                By: /s/ Anahita Sedaghatfar (w/ permission)
                                                     Brian T. Dunn
13                                                   Anahita Sedaghatfar
                                                     THE COCHRAN FIRM
14                                                   Attorneys for Plaintiff
                                                     ADELENE SANDERS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone:  (310) 388-4849