Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Brian T. Dunn (State Bar No.:176502)
bdunn@cochranfirm.com
Anahita Sedaghatfar (State Bar No.: 217289)
asedaghatfar@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Blvd., Ste. 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff
ADELENE SANDERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:21-CV-00451-DDP-MRW <br><br> **DISPUTED PROPOSED VERDICT FORMS** <br><br> Pretrial Conference: June 5, 2023 <br> Time: 11:00 a.m. <br> Judge: Dean D. Pregerson <br> Courtroom: 9C <br><br> Trial Date: June 13, 2023 |

/ /

/ /

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

Defendant Southwest Airlines Co., by and through its attorneys at Victor Rane, and Plaintiff Adelene Sanders, by and through her attorneys at The Cochran Firm – CA, hereby submits the following verdict forms, which are disputed.

## Plaintiff's Proposed Verdict Forms

### VF-1600. Intentional Infliction of Emotional Distress

We answer the questions submitted to us as follows:

1. Was Southwest's conduct outrageous?

   Yes ___ No ___

   *If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

2. Did Southwest intend to cause Adelene Sanders emotional distress, or did Southwest act with reckless disregard of the probability that Adelene Sanders would suffer emotions distress knowing that Adelene Sanders was present when the conduct occurred?

   Yes ___ No ___

   *If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

3. Did Adelene Sanders suffer severe emotional distress?

   Yes ___ No ___

   *If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

4. Was Southwest's conduct a substantial factor in causing Adelene Sanders' severe emotional distress?

   Yes ___ No ___

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

5. What are Adelene Sanders' damages?

Past economic loss:

    Medical Expenses $_____

    Other Past Economic loss: $_____

    Total Past Economic Damages: $ _____

Future economic loss:

    Medical Expenses $_____

    Other Future Economic loss: $_____

    Total Future Economic Damages: $ _____

Past noneconomic loss, including mental suffering: $ _____

Past noneconomic loss, including mental suffering: $ _____

TOTAL _____$

Signed:
Presiding Juror
Dated:

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

Victor Rane
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**VF-3900. Punitive Damages**

We answer the questions submitted to us as follows:

    1. Did Southwest engage in the conduct with malice, oppression, or fraud?

       Yes   No

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

    2. What amount of punitive damages, if any, do you award Adelene Sanders?

_____$

Signed:

Presiding Juror

Dated:

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

DISPUTED PROPOSED VERDICT FORMS
CASE NO.: 2:21-CV-00451-DDP-MRW

- 4 -

**Defendant's Proposed Verdict Forms**

**VF-1600. Intentional Infliction of Emotional Distress and Special Verdict Form re MSJ Ruling**

We answer the questions submitted to us as follows:

1. For all Southwest conduct that occurred before [Flight Attendant Elena Karenev asked Plaintiff's aunt what was in her to-go cup][Flight Attendant Elena Karenev asked Plaintiff if she had something with which to cover her outfit after seeing two passengers and the First Officer taken aback by Plaintiff's outfit][Plaintiff stated to Flight Attendant Elena Karenev that she would not cover her attire even if she had something to cover up with], was Southwest's conduct outrageous?

1.     Yes     No

1. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Southwest intend to cause Adelene Sanders emotional distress?

2.     Yes     No

2. If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Adelene Sanders suffer severe emotional distress?

3.     Yes     No

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

3. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Was Southwest's conduct a substantial factor in causing Adelene Sanders' severe emotional distress?

4.     Yes    No

4. If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What are Adelene Sanders' damages?

a. Past economic loss

medical expenses $

a. Total Past Economic Damages: $

b. Past noneconomic loss, including mental suffering: $

d. TOTAL $

Signed:

Presiding Juror

Dated:

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

**VF-3900, 3902, 3903, and 3904 Punitive Damages and Special Verdict Form re MSJ Ruling**

We answer the questions submitted to us as follows:

1. For all Southwest conduct that occurred before [Flight Attendant Elena Karenev asked Plaintiff's aunt what was in her to-go cup][Flight Attendant Elena Karenev asked Plaintiff if she had something with which to cover her outfit after seeing two passengers and the First Officer taken aback by Plaintiff's outfit][Plaintiff stated to Flight Attendant Elena Karenev that she would not cover her attire even if she had something to cover up with], did Southwest engage in the conduct with malice, oppression, or fraud?

1.     Yes     No

1. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did you find by clear and convincing evidence that the conduct constituting malice, oppression, or fraud was committed by one or more officers, directors, or managing agents of Southwest?

2.     Yes     No

2. If your answer to question 2 is no, then answer question 3. If your answer to question 2 is yes, then skip to question 5.

3. Did you find by clear and convincing evidence that the conduct constituting malice, oppression, or fraud was authorized by one or more officers, directors, or managing agents of Southwest?

3.     Yes     No

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

3. If your answer to question 3 is no, then answer question 4. If your answer to question 3 is yes, then skip to question 5.

4. Did you find by clear and convincing evidence that one or more officers, directors, or managing agents of Southwest knew of the conduct constituting malice, oppression, or fraud and adopted or approved that conduct after it occurred?

4.      Yes    No

4. If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What amount of punitive damages, if any, do you award Adelene Sanders?

$

Signed:

Presiding Juror

Dated:

After all verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.

Dated: May 30, 2023

Respectfully submitted,

By: /s/ Natasha Mikha Pardasani
Richard A. Lazenby
Natasha Mikha Pardasani
Nicole A. Poltash
VICTOR RANE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

Dated: May 30, 2023

Respectfully submitted,

By: /s/ Anahita Sedaghatfar (w/ permission)
Brian T. Dunn
Anahita Sedaghatfar
THE COCHRAN FIRM
Attorneys for Plaintiff
ADELENE SANDERS

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849