Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Natasha Mikha Pardasani (State Bar No.: 270731)
Email: npardasani@victorrane.com
Nicole A. Poltash (State Bar No. 323420)
Email: npoltash@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**SOUTHWEST AIRLINES CO.'S PROPOSED ADDITIONAL VOIR DIRE**<br><br>Pretrial Conference: June 5, 2023<br>Time: 11:00 a.m.<br>Judge: Dean D. Pregerson<br>Courtroom: 9C |

Defendant Southwest Airlines Co. ("Southwest"), by and through its attorneys of record at Victor Rane, hereby submits its proposed additional voir dire questions.

1. Have you ever asserted a claim against an airline?
2. Have you ever been injured by an airline?
3. Have you ever been removed from a flight?
4. Do you have strong feelings about airlines?
5. Do you have strong feelings about Southwest Airlines?
6. Do you travel frequently by airplane?

7. In your experience, do you believe there are more incidents involving unruly airline passengers, or more incidents involving flight attendants and crew overstepping their bounds? For your answer, would you say that there are slightly more, more, or a lot more?

8. Do you believe there are too many passenger rules, too few passenger rules, or just the right amount of passenger rules related to ensuring a safe flight? Why?

Dated: May 30, 2023                                    Respectfully submitted,

By: /s/ Natasha Mikha Pardasani
Richard A. Lazenby
Natasha Mikha Pardasani
Nicole A. Poltash
VICTOR RANE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO.'S PROPOSED ADDITIONAL VOIR DIRE
CASE NO.: 2:21-CV-00451-DDP-MRW
- 2 -