1  Richard A. Lazenby (State Bar No. 202105)
   Email: rlazenby@victorrane.com
2  Natasha Mikha Pardasani (State Bar No. 270731)
   Email: npardasani@victorrane.com
3  Nicole A. Poltash (State Bar No. 323420)
   Email: npoltash@victorrane.com
4  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
5  Beverly Hills, California 90212
   Telephone: (310) 388-4849
6  Facsimile: (310) 388-4869

7  Attorneys for Defendant
   SOUTHWEST AIRLINES CO.
8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12  ADELENE SANDERS, an individual,          )  Case No.: 2:21-CV-00451-DDP-
                                             )  MRW
13         Plaintiff,                        )
                                             )  **DEFENDANT SOUTHWEST**
14         vs.                               )  **AIRLINES CO.'S NOTICE OF**
                                             )  **MOTION AND MOTION FOR**
15  SOUTHWEST AIRLINES CO., a                )  **JUDGMENT AS A MATTER OF**
    business entity of unknown form; and     )  **LAW AS TO THE ENTIRE**
16  DOES 1 through 100, inclusive,           )  **ACTION PURSUANT TO F.R.C.P.**
                                             )  **50(a)**
17         Defendants.                       )
                                             )
18                                           )  Judge:       Dean D. Pregerson
                                             )  Courtroom:   9C
19                                           )
                                             )  [Filed concurrently with: Motion; and
20                                           )  [Proposed] Order]
                                             )
21                                           )
                                             )
22                                           )
                                             )
23                                           )

24  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

25         PLEASE TAKE NOTICE that on June 28, 2023, at 12:00 p.m., or as soon

26  thereafter as counsel may be heard, in Courtroom 9C of the above-entitled Court

27  located at United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012,

28  Defendant Southwest Airlines Co. (hereinafter, "Southwest") by and through its

attorneys of record at Victor Rane, will move this Court for an order granting its Motion for Judgment as a Matter of Law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

This motion is based upon this notice of motion and motion, the memorandum of points and authorities in support thereof, on all papers and records on file in the above-entitled action, on all evidence that was presented at trial, as well as such oral and documentary evidence as may be presented at any hearing of this motion.

Dated: June 28, 2023                    Respectfully submitted,

By: _____
Richard A. Lazenby
Natasha Mikha Pardasani
Nicole A. Poltash
VICTOR RANE
Attorneys for Defendant
SOUTHWEST AIRLINES CO.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

SOUTHWEST AIRLINES CO'S NOTICE OF MOTION AND MOTION FOR JUDGMENT
CASE NO.: 2:21-CV-00451-DDP-MRW
- 2 -