UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a business entity of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**[PROPOSED] ORDER ON DEFENDANT SOUTHWEST AIRLINES CO.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO ENTIRE ACTION, OR IN THE ALTERNATIVE, ON THE ISSUE OF PUNITIVE DAMAGES, PURSUANT TO F.R.C.P., RULE 50(a)**<br><br>Judge: Hon. Dean D. Pregerson<br>Magistrate Judge: Hon. Michael R. Wilner |

Having considered Southwest Airlines Co.'s Motion ("Southwest") for Judgment as a Matter of Law as to entire action, or in the alternative, on the issue of punitive damages, pursuant to F.R.C.P., Rule 50(a), the opposition thereto, and the arguments of the parties, IT IS HEREBY ORDERED that the Motion is GRANTED and judgment is entered in favor of Southwest.

Dated: _____, 2023

_____
Honorable Dean D. Pregerson
U.S. District Court Judge