UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO,<br><br>Defendant. | Case No.: 2:21-CV-00451-DDP-MRW<br><br>**VERDICT FORM** |

1. Was the conduct of one or more of Southwest's flight attendants outrageous?

    Yes ____    No  X

*If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the foreperson sign and date the last page of this form.*

VERDICT FORM
CASE NO.: 2:21-CV-00451-DDP-MRW

2. Did one or more of Southwest's flight attendants intend to cause Adelene Sanders severe emotional distress, or did one or more of Southwest's flight attendants act with reckless disregard of the probability that Adelene Sanders would suffer severe emotional distress knowing that Adelene Sanders was present when the conduct occurred?

Yes ____   No  X

*If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the foreperson sign and date the last page of this form.*

3. Were one or more of Southwest's flight attendants acting within the scope of their employment when they intentionally or recklessly harmed Adelene Sanders?

Yes ____   No ____

*If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the foreperson sign and date the last page of this form.*

4. Did Adelene Sanders suffer severe emotional distress?

Yes ____   No ____

*If your answer to question 5 is yes, then answer question 6. If you answered*

*no, stop here, answer no further questions, and have the foreperson sign and date the last page of this form.*

5. Was the conduct of one or more of Southwest's flight attendants a substantial factor in causing Adelene Sanders' severe emotional distress?

Yes \_\_\_\_   No \_\_\_\_

*If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the foreperson sign and date the last page of this form.*

6. What are Adelene Sanders' damages?

Past economic loss:

    Medical Expenses $_____

    Past noneconomic loss, including mental suffering: $_____

    Future noneconomic loss, including mental suffering: $_____

TOTAL _____ $

*Have the foreperson sign and date this form.*

Signed: REDACTED    Dated: 6/28/23

Foreperson

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

---

VERDICT FORM
CASE NO.: 2:21-CV-00451-DDP-MRW

- 4 -