UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:21cv00451DDP(MRWx) | Date | August 8, 2023 |
|---|---|---|---|
| Title | *ADELENE SANDERS v. SOUTHWEST AIRLINES CO.* | | |

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - DEFENDANT'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION RE ORDER ON MOTION FOR SUMMARY JUDGMENT [170]; and

NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE BASIS OF: RULE 50(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE [186]

Defendant's Motion for Reconsideration (Dkt. 170) is DENIED.

Defendant's Motion for Judgment as a Matter of Law (Dkt. 186) is DENIED as moot.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |