JS-6  O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELENE SANDERS, an individual, | Case No.: 2:21cv00451DDP(MRWx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| SOUTHWEST AIRLINES CO., | |
| Defendant. | |

Prior to the commencement of trial, the Court dismissed at summary judgment all of Plaintiff's causes of action except the cause of action for intentional infliction of emotional distress. Thus, the jury trial in this matter was held from June 13 through June 28, 2023 on Plaintiff's sole remaining cause of action for intentional infliction of emotional distress.

A jury of eight persons was empaneled and sworn. After hearing the evidence and arguments of counsel, the jury was duly instructed by the court and the cause was submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter returned a unanimous verdict for Defendant.

///

1  Accordingly:

2      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT

3  Plaintiff Adelene Sanders takes nothing by reason of her Complaint against

4  Defendant Southwest Airlines Co. and judgment is entered in favor of Southwest

5  Airlines Co. and against Plaintiff Adelene Sanders.

6

7  Dated: September 20, 2023              _____

8                                        Honorable Dean D. Pregerson
                                      U.S. District Court Judge